UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| YILI QIU, Individually and on Behalf of All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| vs | :    21-cv-3502 (PKC) (RML) <br> : |
| TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG, | : <br> : <br> : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Tarena International, Inc. ("Tarena") states that Tarena has no parent company, but KKR & Co., Inc., a publicly traded company whose shares are listed on the New York Stock Exchange, owns more than 10% of Tarena's stock.

Dated: New York, New York
        August 30, 2021

                                            Respectfully submitted,

                                            /s/ Robert A. Fumerton
                                            Scott D. Musoff
                                            Robert A. Fumerton
                                            Michael C. Griffin
                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                            One Manhattan West
                                            New York, New York 10001
                                            Phone: (212) 735-3000
                                            Fax:   (212) 735-2000
                                            scott.musoff@skadden.com
                                            robert.fumerton@skadden.com
                                            michael.griffin@skadden.com

                                            *Counsel for Defendant Tarena International, Inc.*