# Exhibit 3

| RMB (in thousands) | Based on 12/31/2014, 1 USD = 6.2068 RMB | | | |
|---|---|---|---|---|
| **As of December 31** | 2014 | 2014 | 2014 | 2014 |
| | **Reported (False)** | **Restated (Actual)** | **Error** | **Errors: % of actual** |
| Net revenues | 845,391 | 712,328 | 133,063 | 19% |
| Cost of revenues | (242,562) | (240,483) | (2,079) | 1% |
| **Gross profit** | 602,829 | 471,845 | 130,984 | 28% |
| Selling and marketing expenses | (264,174) | (261,417) | (2,757) | 1% |
| General and administrative expenses | (185,881) | (209,091) | 23,210 | N/A |
| Research and development expenses | (33,802) | (33,453) | (349) | 1% |
| **Operating income/(loss)** | 118,972 | (32,116) | 151,088 | N/A |
| Interest income | 27,062 | 25,118 | 1,944 | 8% |
| Other income (loss) | | 14,568 | (14,568) | N/A |
| Loss on foreign currency forward contract | | - | - | - |
| Foreign currency exchange gains (loss) | 7,430 | 7,343 | 87 | 1% |
| **Income/(loss) before income taxes** | 168,179 | 14,913 | 153,266 | 1028% |
| **Net income/(loss)** | 153,252 | 3,679 | 149,573 | 4066% |
| | | | | |
| Cost of revenues | 354 | 348 | 6 | 2% |
| Sales and marketing expenses | 1,049 | 1,035 | 14 | 1% |
| General and administrative expenses | 22,512 | 22,305 | 207 | 1% |
| Research and development expenses | 1,303 | 1,287 | 16 | 1% |
| | | | | |
| Cash and cash equivalents | 264,782 | 261,035 | 3,747 | 1% |
| Time deposits, including non-current portion | 770,562 | 759,662 | 10,900 | 1% |
| Restricted cash | | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | 153,134 | 12,707 | 140,427 | 1105% |
| Property and equipment, net | 83,010 | 78,608 | 4,402 | 6% |
| Long-term investments | | - | - | - |
| **Total assets** | 1,352,797 | 1,200,927 | 151,870 | 13% |
| Deferred revenue | 119,648 | 136,685 | (17,037) | N/A |
| **Total liabilities** | 217,654 | 230,009 | (12,355) | N/A |
| **Total equity attributable to the shareholders of Tarena International, Inc.** | 1,135,143 | 970,918 | 164,225 | 17% |
| **Total equity** | | 970,918 | (970,918) | N/A |
| Class A and Class B ordinary shares | | | - | - |
| Number of outstanding Class A and Class B ordinary shares | | | - | - |

1

| RMB (in thousands) | Based on 12/31/2015, 1 USD = 6.5138 RMB | | | |
|---|---|---|---|---|
| **As of December 31** | 2015 | 2015 | 2015 | 2015 |
| | **Reported (False)** | **Restated (Actual)** | Error | **Errors: % of actual** |
| Net revenues | 1,232,346 | 1,100,242 | 132,104 | 12% |
| Cost of revenues | (348,944) | (332,262) | (16,682) | 5% |
| **Gross profit** | 883,402 | 767,980 | 115,422 | 15% |
| Selling and marketing expenses | (402,709) | (384,573) | (18,136) | 5% |
| General and administrative expenses | (262,890) | (186,863) | (76,027) | 41% |
| Research and development expenses | (52,846) | (50,515) | (2,331) | 5% |
| **Operating income/(loss)** | 164,955 | 146,029 | 18,926 | 13% |
| Interest income | 44,704 | 36,155 | 8,549 | 24% |
| Other income (loss) | | 11,812 | (11,812) | N/A |
| Loss on foreign currency forward contract | | - | - | - |
| Foreign currency exchange gains (loss) | (30,862) | (29,499) | (1,363) | 5% |
| **Income/(loss) before income taxes** | 191,154 | 164,497 | 26,657 | 16% |
| **Net income/(loss)** | 187,005 | 157,692 | 29,313 | 19% |
| | | | | |
| Cost of revenues | 697 | 664 | 33 | 5% |
| Sales and marketing expenses | 2,052 | 1,959 | 93 | 5% |
| General and administrative expenses | 29,579 | 28,274 | 1,305 | 5% |
| Research and development expenses | 2,117 | 2,022 | 95 | 5% |
| | | | | |
| Cash and cash equivalents | 515,535 | 513,938 | 1,597 | 0% |
| Time deposits, including non-current portion | 565,860 | 564,105 | 1,755 | 0% |
| Restricted cash | 150,469 | 150,000 | 469 | 0% |
| Accounts receivable, net of allowance for doubtful accounts | 155,250 | 21,856 | 133,394 | 610% |
| Property and equipment, net | 128,263 | 124,286 | 3,977 | 3% |
| Long-term investments | | 24,000 | (24,000) | N/A |
| **Total assets** | 1,659,039 | 1,499,299 | 159,740 | 11% |
| Deferred revenue | 165,034 | 205,311 | (40,277) | N/A |
| **Total liabilities** | 316,258 | 329,922 | (13,664) | N/A |
| **Total equity attributable to the shareholders of Tarena International, Inc.** | 1,342,781 | 1,169,377 | 173,404 | 15% |
| **Total equity** | | 1,169,377 | (1,169,377) | N/A |
| Class A and Class B ordinary shares | | | - | - |
| Number of outstanding Class A and Class B ordinary shares | | | - | - |

2

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| As of December 31 | 2016 | 2016 | 2016 | 2016 |
| | Reported (False) | Restated (Actual) | Error | Errors: % of actual |
| Net revenues | 1,579,604 | 1,520,035 | 59,569 | 4% |
| Cost of revenues | (449,104) | (443,467) | (5,637) | 1% |
| **Gross profit** | 1,130,500 | 1,076,568 | 53,932 | 5% |
| Selling and marketing expenses | (527,553) | (524,077) | (3,476) | 1% |
| General and administrative expenses | (307,519) | (264,445) | (43,074) | 16% |
| Research and development expenses | (65,594) | (65,594) | - | 0% |
| **Operating income/(loss)** | 229,834 | 222,452 | 7,382 | 3% |
| Interest income | 23,974 | 25,065 | (1,091) | N/A |
| Other income (loss) | | 15,960 | (15,960) | N/A |
| Loss on foreign currency forward contract | (12,898) | (12,898) | - | 0% |
| Foreign currency exchange gains (loss) | 3,760 | 3,760 | - | 0% |
| **Income/(loss) before income taxes** | 260,630 | 254,339 | 6,291 | 2% |
| **Net income/(loss)** | 241,854 | 226,120 | 15,734 | 7% |
| | | | | |
| Cost of revenues | 4,124 | 4,124 | - | 0% |
| Sales and marketing expenses | 5,496 | 5,496 | - | 0% |
| General and administrative expenses | 51,154 | 51,154 | - | 0% |
| Research and development expenses | 7,050 | 7,050 | - | 0% |
| | | | | |
| Cash and cash equivalents | 810,672 | 810,672 | - | 0% |
| Time deposits, including non-current portion | 475,391 | 475,391 | - | 0% |
| Restricted cash | - | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | 98,550 | 18,315 | 80,235 | 438% |
| Property and equipment, net | 437,337 | 427,001 | 10,336 | 2% |
| Long-term investments | 41,760 | 41,760 | - | 0% |
| **Total assets** | 2,085,012 | 1,974,010 | 111,002 | 6% |
| Deferred revenue | 266,061 | 328,782 | (62,721) | N/A |
| **Total liabilities** | 486,792 | 560,762 | (73,970) | N/A |
| **Total equity attributable to the shareholders of Tarena International, Inc.** | 1,598,220 | 1,413,248 | 184,972 | 13% |
| **Total equity** | | 1,413,248 | (1,413,248) | N/A |
| Class A and Class B ordinary shares | 388 | | 388 | |
| Number of outstanding Class A and Class B ordinary shares | 56,055,497 | | 56,055,497 | |

3

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| As of December 31 | 2017 | 2017 | 2017 | 2017 |
| | Reported (False) | Restated (Actual) | Error | Errors: % of actual |
| Net revenues | 1,973,806 | 1,753,695 | 220,111 | 13% |
| Cost of revenues | (599,199) | (592,946) | (6,253) | 1% |
| **Gross profit** | 1,374,607 | 1,160,749 | 213,858 | 18% |
| Selling and marketing expenses | (713,120) | (707,157) | (5,963) | 1% |
| General and administrative expenses | (392,296) | (354,832) | (37,464) | 11% |
| Research and development expenses | (100,032) | (100,032) | - | 0% |
| **Operating income/(loss)** | 169,159 | (1,272) | 170,431 | N/A |
| Interest income | 21,000 | 16,097 | 4,903 | 30% |
| Other income (loss) | | 16,702 | (16,702) | N/A |
| Loss on foreign currency forward contract | - | - | - | - |
| Foreign currency exchange gains (loss) | (6,284) | (6,284) | - | 0% |
| **Income/(loss) before income taxes** | 210,577 | 25,243 | 185,334 | 734% |
| **Net income/(loss)** | 184,807 | (147) | 184,954 | N/A |
| | | | | |
| Cost of revenues | 1,285 | 1,285 | - | 0% |
| Sales and marketing expenses | 4,863 | 4,863 | - | 0% |
| General and administrative expenses | 60,491 | 60,491 | - | 0% |
| Research and development expenses | 10,776 | 10,776 | - | 0% |
| | | | | |
| Cash and cash equivalents | 686,691 | 686,691 | - | 0% |
| Time deposits, including non-current portion | 433,041 | 433,041 | - | 0% |
| Restricted cash | - | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | 231,282 | 51,643 | 179,639 | 348% |
| Property and equipment, net | 519,691 | 502,339 | 17,352 | 3% |
| Long-term investments | 101,920 | 77,170 | 24,750 | 32% |
| **Total assets** | 2,282,645 | 2,018,427 | 264,218 | 13% |
| Deferred revenue | 302,163 | 352,260 | (50,097) | N/A |
| **Total liabilities** | 628,460 | 748,918 | (120,458) | N/A |
| **Total equity attributable to the shareholders of Tarena International, Inc.** | 1,654,185 | 1,269,509 | 384,676 | 30% |
| **Total equity** | 1,654,185 | 1,269,509 | 384,676 | 30% |
| Class A and Class B ordinary shares | 401 | | 401 | |
| Number of outstanding Class A and Class B ordinary shares | 56,215,589 | | 56,215,589 | |

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| **As of December 31** | 2,018 | 2,018 | 2,018 | 2,018 |
| | **Reported (False)** | **Restated (Actual)** | **Error** | **Errors: % of actual** |
| Net revenues | 2,239,328 | 2,085,371 | 153,957 | 7% |
| Cost of revenues | (919,530) | (918,549) | (981) | 0% |
| **Gross profit** | 1,319,798 | 1,166,822 | 152,976 | 13% |
| Selling and marketing expenses | (1,108,565) | (1,047,632) | (60,933) | 6% |
| General and administrative expenses | (643,119) | (546,568) | (96,551) | 18% |
| Research and development expenses | (167,254) | (167,254) | - | 0% |
| **Operating income/(loss)** | (599,140) | (594,632) | (4,508) | 1% |
| Interest income | 24,516 | 26,200 | (1,684) | N/A |
| Other income (loss) | (1,144) | (33,583) | 32,439 | N/A |
| Loss on foreign currency forward contract | - | - | - | - |
| Foreign currency exchange gains (loss) | 4,951 | 4,951 | - | N/A |
| **Income/(loss) before income taxes** | (570,817) | (597,064) | 26,247 | N/A |
| **Net income/(loss)** | (597,779) | (592,199) | (5,580) | 1% |
| | | | | |
| Cost of revenues | 2,265 | 2,265 | - | 0% |
| Sales and marketing expenses | 8,866 | 8,866 | - | 0% |
| General and administrative expenses | 84,645 | 84,645 | - | 0% |
| Research and development expenses | 28,477 | 28,477 | - | 0% |
| | | | | |
| Cash and cash equivalents | 496,103 | 530,984 | (34,881) | N/A |
| Time deposits, including non-current portion | 158,585 | 159,102 | (517) | 0% |
| Restricted cash | 14,700 | 14,700 | - | 0% |
| Accounts receivable, net of allowance for doubtful accounts | 143,932 | 39,901 | 104,031 | 261% |
| Property and equipment, net | 647,225 | 626,068 | 21,157 | 3% |
| Long-term investments | 94,826 | 59,651 | 35,175 | 59% |
| **Total assets** | 2,031,293 | 1,878,047 | 153,246 | 8% |
| Deferred revenue | 664,078 | 830,019 | (165,941) | N/A |
| **Total liabilities** | 1,095,299 | 1,306,404 | (211,105) | N/A |
| **Total equity attributable to the shareholders of Tarena International, Inc.** | 936,946 | 572,618 | 364,328 | 64% |
| **Total equity** | 936,946 | 571,643 | 365,303 | N/A |
| Class A and Class B ordinary shares | 405 | | 405 | |
| Number of outstanding Class A and Class B ordinary shares | | | | |