# Exhibit 4

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| As of December 31 | 2016 Reported (False) | 2016 Restated (Actual) | 2016 Error | 2016 Errors: % of actual |
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | 810,672 | 810,672 | - | 0% |
| Time deposits | 416,724 | 416,724 | - | 0% |
| Restricted cash | - | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | 97,374 | 18,315 | 79,059 | 432% |
| Amounts due from a related party | - | 4,978 | - | - |
| Invenstory, Net | - | - | - | - |
| Prepaid expenses and other current assets | 126,088 | 131,105 | (5,017) | N/A |
| **Total current assets** | 1,450,858 | 1,381,794 | 69,064 | 5% |
| Time deposits | 58,667 | 58,667 | - | 0% |
| Accounts receivable, net of allowance for doubtful accounts-non current | 1,176 | 9,265 | (8,089) | N/A |
| Amounts due from a related party | - | 6,500 | - | - |
| Property and equipment, net | 437,337 | 427,001 | 10,336 | 2% |
| Intangible assets, net | - | 5,194 | - | - |
| Goodwill | 3,365 | 3,365 | - | 0% |
| Long term investments | 41,760 | 41,760 | - | 0% |
| Deferred income tax assets | 54,127 | 4,552 | 49,575 | 1089% |
| Other non-current assets | 37,722 | 35,912 | 1,810 | 5% |
| **Total assets** | 2,085,012 | 1,974,010 | 111,002 | 6% |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Short-term bank loans | | | | |
| Accounts payable | 4,502 | 4,502 | - | 0% |
| Amounts due to related parties | 79 | 526 | (447) | N/A |
| Income taxes payable | 91,240 | 50,387 | 40,853 | 81% |
| Deferred revenue | 266,061 | 328,782 | (62,721) | N/A |
| Accrued expenses and other current liabilities | 117,867 | 169,522 | (51,655) | N/A |
| **Total current liabilities** | 479,749 | 553,719 | (73,970) | N/A |
| Other non-current liabilities | 7,043 | 7,043 | - | 0% |
| **Total liabilities** | 486,792 | 560,762 | (73,970) | N/A |
| **Shareholders' equity:** | | | | |
| Ordinary shares | 388 | 388 | - | 0% |
| Treasury shares | (93,761) | (93,761) | - | 0% |
| Additional paid-in capital | 995,216 | 995,216 | - | 0% |
| Accumulated other comprehensive income | 58,204 | 58,204 | - | 0% |
| Retained earnings | 638,173 | 453,201 | 184,972 | 41% |
| **Total shareholders' equity** | 1,598,220 | 1,413,248 | 184,972 | 13% |
| **Non-controlling interest** | | | | |
| **Total liabilities and equity** | 2,085,012 | 1,974,010 | 111,002 | 6% |
| | | | | |
| Net revenues | 1,579,604 | 1,520,035 | 59,569 | 4% |
| Cost of revenues | (449,104) | (443,467) | (5,637) | 1% |
| Gross profit | | | | |
| Selling and marketing expenses | (527,553) | (524,077) | (3,476) | 1% |

1

| | | | | |
|---|---|---|---|---|
| General and administrative expenses | (307,519) | (264,445) | (43,074) | 16% |
| Research and development expenses | (65,594) | (65,594) | - | 0% |
| **Operating income** | 229,834 | 222,452 | 7,382 | 3% |
| Interest income | 23,974 | 25,065 | (1,091) | N/A |
| Other income | 15,960 | 15,960 | - | 0% |
| Loss on foreign currency forward contract | (12,898) | (12,898) | - | 0% |
| Foreign currency exchange (loss) gain | 3,760 | 3,760 | - | 0% |
| **Income before income taxes** | 260,630 | 254,339 | 6,291 | 2% |
| Income tax expense | (18,776) | (28,219) | 9,443 | N/A |
| **Net income** | 241,854 | 226,120 | 15,734 | 7% |
| | | | | |
| **Operating activities:** | | | | |
| Net income | 241,854 | 226,120 | 15,734 | 7% |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 72,757 | 73,636 | (879) | N/A |
| Bad debt expense | 33,605 | - | - | - |
| Loss on disposal of property and equipment | 297 | 297 | - | 0% |
| Deferred income tax benefit | (18,895) | (1,547) | (17,348) | 1121% |
| Share based compensation expense | 67,824 | 67,824 | - | 0% |
| Investment loss (gain) | 29 | (71) | 100 | N/A |
| Foreign currency exchange gain, net | (3,760) | (33,405) | 29,645 | N/A |
| Impairment of long-term investments | | | | |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | | |
| Accounts receivable | 22,928 | 3,994 | 18,934 | 474% |
| Amounts due from a related party | - | (3,753) | - | - |
| Prepaid expenses and other current assets | (60,362) | (65,491) | 5,129 | N/A |
| Accrued interest income on time deposits | 5,264 | 5,264 | - | 0% |
| Other non-current assets | (7,071) | (5,707) | (1,364) | 24% |
| Accounts payable | (248) | (248) | - | 0% |
| Amounts due to related parties | (800) | (800) | - | 0% |
| Income taxes payable | 34,947 | 27,043 | 7,904 | 29% |
| Deferred revenue | 101,439 | 123,373 | (21,934) | N/A |
| Accrued expenses and other current liabilities | 36,781 | 82,077 | (45,296) | N/A |
| Other non-current liabilities | (2,559) | (2,559) | - | 0% |
| **Net cash provided by operating activities** | 524,030 | 496,047 | 27,983 | 6% |
| | | | | |
| **Investing activities:** | | | | |
| Purchase of property and equipment and intangible assets | (381,982) | (383,675) | 1,693 | 0% |
| Proceeds from disposal of property and equipment | 358 | 446 | (88) | N/A |
| Purchase of short-term investments | (1,937,000) | (420,000) | (1,517,000) | 361% |
| Proceeds from maturity of short-term investments | 1,937,000 | 420,000 | 1,517,000 | 361% |
| Purchase of long-term investments | (12,755) | (12,755) | - | 0% |
| Payment of long-term investment deposit | | | | |
| Purchase of time deposits | (421,170) | (638,170) | 217,000 | N/A |
| Proceeds from maturity of time deposits | 678,741 | 925,386 | (246,645) | N/A |
| Payment for acquisition of Hanru Hangzhou | (4,360) | (4,360) | - | 0% |
| Cash acquired from acquisition of Hanru Hangzhou | 148 | 148 | - | 0% |
| Issuance of loan to a related party | (6,500) | (6,500) | - | 0% |

| | | | | |
|---|---:|---:|---:|---:|
| Issuance of loans to employees | (12,025) | (12,143) | 118 | N/A |
| Proceeds from repayment of loans from employees | 3,096 | 3,157 | (61) | N/A |
| **Net cash used in investing activities** | (156,449) | (128,466) | (27,983) | 22% |
| | | | | |
| **Financing activities:** | | | | |
| Issuance of Class A ordinary shares in connection with exercise of share options | 20,388 | 20,388 | - | 0% |
| Payment of dividend | (54,026) | (54,026) | - | 0% |
| Repurchase of treasury shares | (44,406) | (44,406) | - | 0% |
| **Net cash used in financing activities** | (78,044) | (78,044) | - | 0% |
| Changes in cash and cash equivalents | 289,537 | 289,537 | - | 0% |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | 7,197 | 7,197 | - | 0% |
| Net change in cash, cash equivalents and restricted cash | 296,734 | 296,734 | - | 0% |
| | | | | |
| Cash, cash equivalents and restricted cash at beginning of year | 513,938 | 513,938 | - | 0% |
| Cash, cash equivalents and restricted cash at end of year | 810,672 | 810,672 | - | 0% |

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| As of December 31 | 2017 | 2017 | 2017 | 2017 |
| | Reported (False) | Restated (Actual) | Error | Errors: % of actual |
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | 686,691 | 686,691 | - | 0% |
| Time deposits | 432,536 | 432,536 | - | 0% |
| Restricted cash | - | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | 216,700 | 51,643 | 165,057 | 320% |
| Amounts due from a related party | 231 | 6,942 | (6,711) | N/A |
| Invenstory, Net | - | - | - | - |
| Prepaid expenses and other current assets | 156,360 | 155,707 | 653 | 0% |
| **Total current assets** | 1,492,518 | 1,333,519 | 158,999 | 12% |
| Time deposits | 505 | 505 | - | 0% |
| Accounts receivable, net of allowance for doubtful accounts-non current | 14,582 | 6,404 | 8,178 | 128% |
| Amounts due from a related party | - | 6,500 | - | - |
| Property and equipment, net | 519,691 | 502,339 | 17,352 | 3% |
| Intangible assets, net | - | 4,753 | - | - |
| Goodwill | 3,365 | 3,365 | - | 0% |
| Long term investments | 101,920 | 77,170 | 24,750 | 32% |
| Deferred income tax assets | 72,600 | 5,621 | 66,979 | 1192% |
| Other non-current assets | 77,464 | 78,251 | (787) | N/A |
| **Total assets** | 2,282,645 | 2,018,427 | 264,218 | 13% |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Short-term bank loans | | | | |
| Accounts payable | 11,351 | 11,351 | - | 0% |
| Amounts due to related parties | - | 216 | - | - |
| Income taxes payable | 125,971 | 67,333 | 58,638 | 87% |
| Deferred revenue | 302,163 | 352,260 | (50,097) | N/A |
| Accrued expenses and other current liabilities | 184,646 | 313,429 | (128,783) | N/A |
| **Total current liabilities** | 624,131 | 744,589 | (120,458) | N/A |
| Other non-current liabilities | 4,329 | 4,329 | - | 0% |
| **Total liabilities** | 628,460 | 748,918 | (120,458) | N/A |
| **Shareholders' equity:** | | | | |
| Ordinary shares | 401 | 401 | - | 0% |
| Treasury shares | (255,103) | (255,103) | - | 0% |
| Additional paid-in capital | 1,094,872 | 1,094,872 | - | 0% |
| Accumulated other comprehensive income | 54,122 | 39,372 | 14,750 | 37% |
| Retained earnings | 759,893 | 389,967 | 369,926 | 95% |
| **Total shareholders' equity** | 1,654,185 | 1,269,509 | 384,676 | 30% |
| **Non-controlling interest** | | | | |
| **Total liabilities and equity** | 2,282,645 | 2,018,427 | 264,218 | 13% |
| | | | | |
| Net revenues | 1,973,806 | 1,753,695 | 220,111 | 13% |
| Cost of revenues | (599,199) | (592,946) | (6,253) | 1% |
| Gross profit | 1,374,607 | 1,160,749 | 213,858 | 18% |
| Selling and marketing expenses | (713,120) | (707,157) | (5,963) | 1% |
| General and administrative expenses | (392,296) | (354,832) | (37,464) | 11% |
| Research and development expenses | (100,032) | (100,032) | - | 0% |

4

| | | | | |
|---|---|---|---|---|
| **Operating income** | 169,159 | (1,272) | 170,431 | N/A |
| Interest income | 21,000 | 16,097 | 4,903 | 30% |
| Other income | 26,702 | 16,702 | 10,000 | 60% |
| Loss on foreign currency forward contract | | | | |
| Foreign currency exchange (loss) gain | (6,284) | (6,284) | - | 0% |
| **Income before income taxes** | 210,577 | 25,243 | 185,334 | 734% |
| Income tax expense | (25,770) | (25,390) | (380) | 1% |
| **Net income** | 184,807 | (147) | 184,954 | N/A |
| | | | | |
| **Operating activities:** | | | | |
| Net income | 184,807 | (147) | 184,954 | N/A |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 100,724 | 100,763 | (39) | 0% |
| Bad debt expense | 31,499 | - | - | - |
| Loss on disposal of property and equipment | 917 | 917 | - | 0% |
| Deferred income tax benefit | (18,473) | (1,171) | (17,302) | 1478% |
| Share based compensation expense | 77,415 | 77,415 | - | 0% |
| Investment loss (gain) | (19,267) | 47 | (19,314) | N/A |
| Foreign currency exchange gain, net | 6,471 | 6,097 | 374 | 6% |
| Impairment of long-term investments | - | 10,000 | - | - |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | | |
| Accounts receivable | (164,231) | (30,466) | (133,765) | 439% |
| Amounts due from a related party | - | (1,964) | - | - |
| Prepaid expenses and other current assets | (18,712) | (33,126) | 14,414 | N/A |
| Accrued interest income on time deposits | 1,809 | 1,809 | - | 0% |
| Other non-current assets | (12,432) | 6,581 | (19,013) | N/A |
| Accounts payable | (196) | (196) | - | 0% |
| Amounts due to related parties | (310) | (310) | - | 0% |
| Income taxes payable | 34,731 | 17,049 | 17,682 | 104% |
| Deferred revenue | 36,102 | 23,477 | 12,625 | 54% |
| Accrued expenses and other current liabilities | 50,407 | 127,534 | (77,127) | N/A |
| Other non-current liabilities | (2,604) | (2,604) | - | 0% |
| **Net cash provided by operating activities** | 288,657 | 301,705 | (13,048) | N/A |
| | | | | |
| **Investing activities:** | | | | |
| Purchase of property and equipment and intangible assets | (177,251) | (176,819) | (432) | 0% |
| Proceeds from disposal of property and equipment | 462 | 423 | 39 | 9% |
| Purchase of short-term investments | (1,970,000) | (950,000) | (1,020,000) | 107% |
| Proceeds from maturity of short-term investments | 1,989,314 | 950,000 | 1,039,314 | 109% |
| Purchase of long-term investments | (50,500) | (50,500) | - | 0% |
| Payment of long-term investment deposit | (4,380) | (4,380) | - | 0% |
| Purchase of time deposits | (509,739) | (515,739) | 6,000 | N/A |
| Proceeds from maturity of time deposits | 528,999 | 534,958 | (5,959) | N/A |
| Payment for acquisition of Hanru Hangzhou | | - | | |
| Cash acquired from acquisition of Hanru Hangzhou | | - | | |
| Issuance of loan to a related party | | - | | |
| Issuance of loans to employees | (35,379) | (30,626) | (4,753) | 16% |
| Proceeds from repayment of loans from employees | 5,352 | 6,139 | (787) | N/A |
| **Net cash used in investing activities** | (223,122) | (236,544) | 13,422 | N/A |
| | | | | |
| **Financing activities:** | | | | |

5

| | | | | |
|---|---:|---:|---:|---:|
| Issuance of Class A ordinary shares in connection with exercise of share options | 22,254 | 22,254 | - | 0% |
| Payment of dividend | (63,087) | (63,087) | - | 0% |
| Repurchase of treasury shares | (143,389) | (143,389) | - | 0% |
| **Net cash used in financing activities** | (184,222) | (184,222) | - | 0% |
| Changes in cash and cash equivalents | (118,687) | (119,061) | 374 | 0% |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | (5,294) | (4,920) | (374) | 8% |
| Net change in cash, cash equivalents and restricted cash | (123,981) | (123,981) | - | 0% |
| Cash, cash equivalents and restricted cash at beginning of year | 810,672 | 810,672 | - | 0% |
| Cash, cash equivalents and restricted cash at end of year | 686,691 | 686,691 | - | 0% |

| RMB (in thousands) | | | | |
|---|---|---|---|---|
| **As of December 31** | **2018** | **2018** | **2018** | **2018** |
| | Reported (False) | Restated (Actual) | Error | Errors: % of actual |
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | 496,103 | 530,984 | (34,881) | N/A |
| Time deposits | 158,585 | 158,585 | - | 0% |
| Restricted cash | 14,700 | 14,700 | - | 0% |
| Accounts receivable, net of allowance for doubtful accounts | 143,932 | 39,901 | 104,031 | 261% |
| Amounts due from a related party | - | 9,938 | - | - |
| Invenstory, Net | 1,774 | - | - | - |
| Prepaid expenses and other current assets | 195,098 | 171,466 | 23,632 | 14% |
| **Total current assets** | **1,010,192** | **925,574** | **84,618** | **9%** |
| Time deposits | 517 | 517 | - | 0% |
| Accounts receivable, net of allowance for doubtful accounts-non current | 5,610 | 12,157 | (6,547) | N/A |
| Amounts due from a related party | - | 6,500 | - | - |
| Property and equipment, net | 647,225 | 626,068 | 21,157 | 3% |
| Intangible assets, net | 1,907 | 19,046 | (17,139) | N/A |
| Goodwill | 63,247 | 52,782 | 10,465 | 20% |
| Long term investments | 94,826 | 59,651 | 35,175 | 59% |
| Deferred income tax assets | - | 53,752 | - | - |
| Other non-current assets | 207,769 | 122,000 | 85,769 | 70% |
| **Total assets** | **2,031,293** | **1,878,047** | **153,246** | **8%** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Short-term bank loans | 13,726 | | 13,726 | |
| Accounts payable | 18,541 | 18,529 | 12 | 0% |
| Amounts due to related parties | 413 | 872 | (459) | N/A |
| Income taxes payable | 138,605 | 71,847 | 66,758 | 93% |
| Deferred revenue | 664,078 | 830,019 | (165,941) | N/A |
| Accrued expenses and other current liabilities | 254,330 | 365,428 | (111,098) | N/A |
| **Total current liabilities** | **1,089,693** | **1,300,421** | **(210,728)** | **N/A** |
| Other non-current liabilities | 5,606 | 5,983 | (377) | N/A |
| **Total liabilities** | **1,095,299** | **1,306,404** | **(211,105)** | **N/A** |
| Shareholders' equity: | | | | |
| Ordinary shares | 405 | 405 | - | 0% |
| Treasury shares | (457,169) | (457,169) | - | 0% |
| Additional paid-in capital | 1,222,072 | 1,222,072 | - | 0% |
| Accumulated other comprehensive income | 50,477 | 50,472 | 5 | 0% |
| Retained earnings | 121,161 | (243,162) | 364,323 | N/A |
| **Total shareholders' equity** | **936,946** | **572,618** | **364,328** | **64%** |
| **Non-controlling interest** | **(952)** | | **(952)** | |
| **Total liabilities and equity** | **2,031,293** | **1,878,047** | **153,246** | **8%** |
| | | | - | |
| Net revenues | 2,239,328 | 2,085,371 | 153,957 | 7% |
| Cost of revenues | (919,530) | (918,549) | (981) | 0% |
| **Gross profit** | **1,319,798** | **1,166,822** | **152,976** | **13%** |
| Selling and marketing expenses | (1,108,565) | (1,047,632) | (60,933) | 6% |
| General and administrative expenses | (643,119) | (546,568) | (96,551) | 18% |
| Research and development expenses | (167,254) | (167,254) | - | 0% |

| | | | | |
|---|---:|---:|---:|---:|
| **Operating income** | | (599,140) | (594,632) | (4,508) | 1% |
| Interest income | | 24,516 | 26,200 | (1,684) | N/A |
| Other income | | (1,144) | (33,583) | 32,439 | N/A |
| Loss on foreign currency forward contract | | | | | |
| Foreign currency exchange (loss) gain | | 4,951 | 4,951 | - | 0% |
| **Income before income taxes** | | (570,817) | (597,064) | 26,247 | N/A |
| Income tax expense | | (26,962) | 4,865 | (31,827) | N/A |
| **Net income** | | (597,779) | (592,199) | (5,580) | 1% |
| | | | | | |
| **Operating activities:** | | | | | |
| Net income | | | (592,199) | | |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | |
| Depreciation and amortization | | | 158,757 | | |
| Bad debt expense | | | | | |
| Loss on disposal of property and equipment | | | 1,238 | | |
| Deferred income tax benefit | | | (46,595) | | |
| Share based compensation expense | | | 124,253 | | |
| Investment loss (gain) | | | 1,548 | | |
| Foreign currency exchange gain, net | | | (4,440) | | |
| Impairment of long-term investments | | | 35,524 | | |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | | | |
| Accounts receivable | | | 6,000 | | |
| Amounts due from a related party | | | (2,996) | | |
| Prepaid expenses and other current assets | | | (3,454) | | |
| Accrued interest income on time deposits | | | 9,814 | | |
| Other non-current assets | | | (15,986) | | |
| Accounts payable | | | (390) | | |
| Amounts due to related parties | | | 656 | | |
| Income taxes payable | | | 2,978 | | |
| Deferred revenue | | | 445,854 | | |
| Accrued expenses and other current liabilities | | | 44,128 | | |
| Other non-current liabilities | | | (638) | | |
| **Net cash provided by operating activities** | | | 163,081 | | |
| | | | | | |
| **Investing activities:** | | | | | |
| Purchase of property and equipment and intangible assets | | | (276,253) | | |
| Proceeds from disposal of property and equipment | | | 8,905 | | |
| Purchase of short-term investments | | | - | | |
| Proceeds from maturity of short-term investments | | | - | | |
| Purchase of long-term investments | | | (14,580) | | |
| Payment of long-term investment deposit | | | - | | |
| Purchase of time deposits | | | (284,166) | | |
| Proceeds from maturity of time deposits | | | 563,354 | | |
| Payment for acquisition of Hanru Hangzhou | | | - | | |
| Cash acquired from acquisition of Hanru Hangzhou | | | - | | |
| Issuance of loan to a related party | | | - | | |
| Issuance of loans to employees | | | (69,784) | | |
| Proceeds from repayment of loans from employees | | | 26,823 | | |
| **Net cash used in investing activities** | | | (91,977) | | |
| | | | | | |
| **Financing activities:** | | | | | |

| | | |
|---|---:|---|
| Issuance of Class A ordinary shares in connection with exercise of share options | 2,952 | |
| Payment of dividend | (42,955) | |
| Repurchase of treasury shares | (196,957) | |
| **Net cash used in financing activities** | (222,682) | |
| Changes in cash and cash equivalents | (151,578) | |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | 10,571 | |
| Net change in cash, cash equivalents and restricted cash | (141,007) | |
| Cash, cash equivalents and restricted cash at beginning of year | 686,691 | |
| Cash, cash equivalents and restricted cash at end of year | 545,684 | |