UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YILI QIU, Individually and on Behalf of All   :
Others Similarly Situated,                     :
                                               :
                   Plaintiff,                  :
                                               :
          v.                                   :   21-cv-3502 (PKC) (RML)
                                               :
TARENA INTERNATIONAL, INC.,                    :   **Oral Argument Requested**
SHAOYUN HAN and YUDUO YANG,                    :
                                               :
                   Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF DEFENDANT TARENA INTERNATIONAL, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Tarena International, Inc. ("Tarena") in this action.

2.      I respectfully submit this declaration in support of Defendant Tarena International, Inc.'s Motion to Dismiss the Amended Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A.....................| Excerpts from Tarena's SEC Form 20-F, 2017 Annual Report (April 30, 2018) |
| Exhibit B .................... | Amended Complaint, ECF. No. 17 (November 1, 2021) |
| Exhibit C .................... | Tarena's SEC Form NT 20-F, Notification of Late Filing (April 30, 2019) |
| Exhibit D.................... | Tarena's SEC Form 6-K, Independent Review Update (July 24, 2019) |
| Exhibit E .................... | Tarena's SEC Form 6-K, Independent Review Update (September 9, 2019) |

Exhibit F.....................Tarena's SEC Form 6-K, Attaching Press Release *Tarena Announces Findings of Independent Investigation* (November 1, 2019)

Exhibit G....................Excerpts from Tarena's SEC Form 20-F, 2018 Annual Report (April 24, 2020)

Exhibit H....................Excerpts from Tarena's SEC Form 20-F, 2016 Annual Report (April 25, 2017)

Exhibit I .....................Tarena's SEC Form 6-K, 2018 Financial Results (March 12, 2019)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2022, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton, *he/him/his*