# Exhibit A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 20-F**

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2017.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report _____**
**For the transition period from _____ to _____**
**Commission file number: 001-36363**

# Tarena International, Inc.

**(Exact name of Registrant as specified in its charter)**

**N/A**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation or organization)**

**Suite 10017, Building E, Zhongkun Plaza, A18 Bei San Huan West Road, Haidian District**
**Beijing 100098, People's Republic of China**
**(Address of principal executive offices)**

**1/F, Block A, Training Building, 65 Kejiyuan Road, Baiyang Jie Dao, Economic Development District,**
**Hangzhou 310000, People's Republic of China**
**(Address of principal executive offices)**

**Yuduo Yang, Chief Financial Officer**
**E-mail: yangyd@tedu.cn**
**Suite 10017, Building E, Zhongkun Plaza, A18 Bei San Huan West Road, Haidian District**
**Beijing 100098, People's Republic of China**
**Telephone: +86 10-6213 5687**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **American Depositary Shares, each representing one Class A ordinary share, par value US$0.001 per share** | **The NASDAQ Stock Market LLC (The NASDAQ Global Select Market)** |
| **Class A ordinary shares, par value US$0.001 per share** | **The NASDAQ Stock Market LLC (The NASDAQ Global Select Market)\*** |

\*    Not for trading, but only in connection with the listing on The NASDAQ Global Select Market of American depositary shares, each representing one Class A ordinary share.

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**
**(Title of Class)**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**None**
**(Title of Class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report. As of December 31, 2017, there were 56,215,589 ordinary shares outstanding, par value $0.001 per share, being the sum of 49,009,530 Class A ordinary shares and 7,206,059 Class B ordinary shares.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

☐ Yes ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer," "large accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                                  Accelerated filer ☒
Non-accelerated filer ☐                                                  Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☒

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark which basis of accounting the registrant has been to prepare the financial statements included in this filing:

U.S. GAAP ☒                    International Financial Reporting Standards as issued by                    Other ☐
                               the International Accounting Standards Board ☐

If "other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.
☐ Yes ☐ No

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| INTRODUCTION | | 1 |
| FORWARD-LOOKING INFORMATION | | 1 |
| PART I. | | 2 |
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 2 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 2 |
| ITEM 3. | KEY INFORMATION | 2 |
| ITEM 4. | INFORMATION ON THE COMPANY | 45 |
| ITEM 4.A. | UNRESOLVED STAFF COMMENTS | 78 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 78 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 95 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 106 |
| ITEM 8. | FINANCIAL INFORMATION | 109 |
| ITEM 9. | THE OFFER AND LISTING | 110 |
| ITEM 10. | ADDITIONAL INFORMATION | 111 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 122 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 123 |
| PART II. | | 124 |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 124 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 124 |
| ITEM 15. | CONTROLS AND PROCEDURES | 125 |
| ITEM 16.A. | AUDIT COMMITTEE FINANCIAL EXPERT | 126 |
| ITEM 16.B. | CODE OF ETHICS | 126 |
| ITEM 16.C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 126 |
| ITEM 16.D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 127 |
| ITEM 16.E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 127 |
| ITEM 16.F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 127 |
| ITEM 16.G. | CORPORATE GOVERNANCE | 127 |
| ITEM 16.H. | MINE SAFETY DISCLOSURE | 128 |
| PART III. | | 128 |
| ITEM 17. | FINANCIAL STATEMENTS | 128 |
| ITEM 18. | FINANCIAL STATEMENTS | 128 |
| ITEM 19. | EXHIBITS | 128 |

i

We received net proceeds of approximately US$92.2 million from our initial public offering. Our expenses incurred and paid to others in connection with the issuance and distribution of the ADSs in our initial public offering totaled US$13.6 million, which included US$9.6 million for underwriting discounts and commissions and US$4.0 million for other expenses. Among the US$13.6 million in expenses, US$4.8 million were paid to Goldman Sachs (Asia) L.L.C., an affiliate of ours and one of the underwriters for our initial public offering.

For the period from April 2, 2014, the date that the F-1 Registration Statement was declared effective by the SEC, to December 31, 2017, we invested the net proceeds from our initial public offering in term deposits and still intend to use the proceeds from our initial public offering for general corporate purposes, which may include investing in course development, expanding our learning center network, sales and marketing activities, technology infrastructure and capital expenditures, upgrading facilities, paying dividends, repurchasing shares and other general and administrative matters. We may also use a portion of the net proceeds for investing in, or acquiring, complementary businesses.

**ITEM 15.          CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

As of the end of the period covered by this annual report, our management, with the participation of our chief executive officer and chief financial officer, has performed an evaluation of the effectiveness of our disclosure controls and procedures within the meaning of Rules 13a-15(e) and 15d-15(e) of the Exchange Act.

Based upon this evaluation, our management has concluded that, as of December 31, 2017, our existing disclosure controls and procedures were ineffective because of the material weakness described below under "Management's Annual Report on Internal Control over Financial Reporting." We have undertaken the remedial steps to address the material weakness in our disclosure controls and procedures as set forth below under "Management's Plan for Remediation of Material Weakness."

**Management's Annual Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements in accordance with U.S. GAAP and includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of a company's assets, (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with generally accepted accounting principles, and that a company's receipts and expenditures are being made only in accordance with authorizations of a company's management and directors, and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of a company's assets that could have a material effect on the consolidated financial statements. Our management, with the participation of our chief executive officer and chief financial officer, conducted an evaluation of the effectiveness of our company's internal control over financial reporting as of December 31, 2017 based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 Framework). Based on this evaluation, our management identified a material weakness as of December 31, 2017, which was the insufficient review in areas subject to significant estimates and judgments. This material weakness may result in a material misstatement to the Company's quarterly or annual consolidated financial statements that would not be prevented or detected. As a result of the material weakness, management has concluded that our internal control over financial reporting was ineffective as of December 31, 2017.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. In addition, projections of any evaluation of effectiveness of our internal control over financial reporting to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies and procedures may deteriorate. See "Item 3. Key Information—D. Risk Factors—Risks Relating to Our Business—If we fail to implement an effective system of internal controls, we may be unable to accurately report our results of operations or prevent fraud or fail to meet our reporting obligations, and investor confidence and the market price of our ADSs may be materially and adversely affected."

This annual report does not include an attestation report of our independent registered public accounting firm regarding internal control over financial reporting as we qualify as an "emerging growth company" under section 3(a) of the Securities Exchange Act of 1934, as amended, and are therefore exempt from the attestation requirement.

*Management's Plan for Remediation of Material Weakness*

Our management has been engaged in, and continues to be engaged in making necessary changes and improvements to the overall design of its control environment to address the material weakness in internal control over financial reporting and the ineffectiveness of our disclosure controls and procedures described above.

To remediate the material weakness described above, we plan to continue to: (i) reinforce the oversight and review procedure over areas subject to significant estimates and judgments; and (ii) enhance our accounting manual to provide our accounting team with more comprehensive guidelines on the accounting policies under U.S. GAAP and SEC rules and requirement. We plan to continue to assess our standardized processes to further enhance the effectiveness of our financial review, including the analysis and monitoring of financial information in a consistent and thorough manner.

**Changes in Internal Control over Financial Reporting**

We have adopted the following measures during the year ended December 31, 2017, which effectively improved our internal controls over financial reporting in areas subject to financial reporting disclosure. We have (i) executed improved workflow of system upgrade and performed quality control procedures regarding system design, development, testing and implementation, etc.; and (ii) reinforced the reasonableness test by accounting personnel over the system extracted data. However, we have insufficient review in areas subject to significant estimates and judgments. As such, management concluded that there was a material weakness at December 31, 2017.

We will continue to implement the necessary procedures and policies, including those outlined above, to improve our internal controls over financial reporting and remediate any potential significant deficiencies as we prepare for our initial Section 404 reporting requirement under the Sarbanes-Oxley Act of 2002.

Other than those measures mentioned above, there were no changes in our internal controls over financial reporting that occurred during the period covered by this annual report on Form 20-F that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 16.A.    AUDIT COMMITTEE FINANCIAL EXPERT**

Our board of directors has determined that Mr. Xiaosong Zhang, an independent director and member of our audit committee, is an audit committee financial expert.

**ITEM 16.B.    CODE OF ETHICS**

Our board of directors has adopted a code of ethics that applies to all of the directors, officers and employees of us and our subsidiaries, whether they work for us on a full-time, part-time, consultative, or temporary basis. Certain provisions of the code apply specifically to our chief executive officer, chief financial officer, senior finance officer, controller, senior vice presidents, vice presidents and any other persons who perform similar functions for us. We have posted a copy of our code of business conduct and ethics on our website at *http://ir.tarena.com.cn/*.

**ITEM 16.C.    PRINCIPAL ACCOUNTANT FEES AND SERVICES**

The following table sets forth the aggregate fees by the categories specified below in connection with certain professional services rendered by KPMG Huazhen LLP, our independent registered public accounting firm, for the periods indicated. We did not pay any other fees to our auditors during the periods indicated below.

|  | 2016 | 2017 |
|---|---|---|
|  | (in thousands) | |
| Audit Fees[1] | 5,659 | 5,875 |
| Audit-related Fees[2] | - | 763 |
| Tax Fees[3] | 294 | 667 |

(1) "Audit fees" means the aggregate fees in each of the fiscal years listed for professional services rendered by our independent registered public accounting firm for the audit of our annual financial statements or services that are normally provided by the auditors in connection with and regulatory filing or engagements.

126

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**11  RELATED PARTY TRANSACTIONS**

During the years ended December 31, 2015, 2016, and 2017, the Company entered into related party transactions with Mr. Han, Chuanbang Business Consulting (Beijing) Co., Ltd. ("Chuanbang"), which is wholly owned by Mr. Han, and Precise Advance Limited ("Precise"), which is owned by an executive of the Company's shareholder. The significant related party transactions are summarized as follows:

| | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | **2015** | **2016** | **2017** |
| | | **RMB** | **RMB** | **RMB** |
| **Transactions with Chuanbang** | | | | |
| Cash collection service fee | (a) | 2,053 | 6,445 | 3,230 |
| **Transactions with others** | | | | |
| Advances from Precise | (b) | (1,432) | — | — |
| Repayment of advances from Precise | (b) | 1,432 | — | — |

Notes:

(a) Pursuant to an agreement between Chuanbang and the Company, beginning August 2013, Chuanbang provides cash collection service on the Company's accounts receivable. The fee for the service is calculated based on 2%~12% of the amount collected. Employees of Chuanbang include former employees of the Company who worked in the credit evaluation department. Chuanbang also provides similar cash collection service to financial institutions in the PRC. The cash collection service fee which is included in general and administrative expenses in the consolidated statement of comprehensive income was RMB2,053, RMB6,445, and RMB3,230 for the years ended December 31, 2015, 2016 and 2017, respectively.

There was a receivable balance of RMB447 resulted from being a guarantor of historical student loans as of December 31, 2016 and December 31, 2017. There was no new transactions occurred during 2015, 2016 and 2017 as the guarantee business was terminated before the year of 2015.

There was a payable balance of RMB526 and RMB216 resulted from Chuanbang's cash collection services mentioned above as of December 31, 2016 and December 31, 2017.

The amount due to Chuanbang as of December 31, 2016 was RMB79, which has been fully paid by March 31, 2017. The amount due from Chuanbang as of December 31, 2017 was RMB231.

(b) In September 2015, Precise, which is owned by an executive of Kohlberg Kravis Roberts & Co. L.P ("KKR"), a shareholder of the Company, provided cash advances in the amount of RMB1,432 to the Company in order to fund its share repurchase plan. The Company has fully repaid the advances in October 2015.

F-34