# Exhibit D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington D.C. 20549**

# FORM 6-K

**REPORT OF FOREIGN PRIVATE ISSUER**
**PURSUANT TO RULE 13a-16 OR 15d-16 UNDER THE**
**SECURITIES EXCHANGE ACT OF 1934**
**For the month of July 2019**
**Commission File Number: 001-36363**

# TARENA INTERNATIONAL, INC.

**Suite 10017, Building E**
**Zhongkun Plaza, A18 Bei San Huan West Road**
**Haidian District, Beijing 100098**
**People's Republic of China**
**Tel: +86 10 6213-5687**
**1/F, Block A, Training Building,**
**65 Kejiyuan Road, Baiyang Jie Dao,**
**Economic Development District,**
**Hangzhou 310000, People's Republic of China**
**(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover Form 20-F or Form 40-F.

Form 20-F ☒   Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):

**Recent Development**

Tarena International, Inc. ("the Registrant" or "Tarena") reports that, as identified by the ongoing independent review conducted by its independent audit committee (the "Independent Audit Committee Review"), including review of issues related to the Registrant's revenue recognition, in addition to the financial results for 2018, the Registrant also expects that its historical disclosure of its financial results and audited financial statements for its fiscal year ended December 31, 2017, as well as the financial results and audited financial statements for periods prior to 2017, may need to be restated and should not be relied upon, pending the completion of the Independent Audit Committee Review.

The Registrant expects to file its annual report on Form 20-F for the fiscal year ended December 31, 2018 once the financial statements for inclusion therein become available and the Independent Audit Committee Review is completed.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
|  | **TARENA INTERNATIONAL, INC.** |
|  | By:   /s/ Yuduo Yang |
|  | Name:  Yuduo Yang |
|  | Title:   Chief Financial Officer |

Date: July 24, 2019