# Exhibit G

Case 1:21-cv-03502-PKC-RML   Document 26-7   Filed 05/19/22   Page 2 of 16 PageID #: 424

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 20-F**

**(Mark One)**

☐     **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2018.**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐     **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report _____**
**For the transition period from _____ to _____**
**Commission file number: 001-36363**

# Tarena International, Inc.

**(Exact name of Registrant as specified in its charter)**
**N/A**
**(Translation of Registrant's name into English)**
**Cayman Islands**
**(Jurisdiction of incorporation or organization)**
**6/F, No. 1 Andingmenwai Street, Lychee Plaza,**
**Chaoyang District, Beijing 100011,**
**People's Republic of China**
**(Address of principal executive offices)**
**1/F, Block A, Training Building, 65 Kejiyuan Road, Baiyang Jie Dao, Economic Development District,**
**Hangzhou 310000, People's Republic of China**
**(Address of principal executive offices)**
**Wing Kee Lau, Chief Financial Officer**
**E-mail: liuyongji@tedu.cn**
**6/F, No. 1 Andingmenwai Street, Lychee Plaza,**
**Chaoyang District, Beijing 100011,**
**People's Republic of China**
**Telephone: +86 139 0119 2404**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**
**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **American Depositary Shares, each representing one Class A ordinary share, par value US$0.001 per share** | **TEDU** | **The NASDAQ Stock Market LLC (The NASDAQ Global Select Market)** |
| **Class A ordinary shares, par value US$0.001 per share** | | **The NASDAQ Stock Market LLC (The NASDAQ Global Select Market)\*** |

\*     Not for trading, but only in connection with the listing on The NASDAQ Global Select Market of American depositary shares, each representing one Class A ordinary share.

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**
**(Title of Class)**
**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**None**
**(Title of Class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report. As of December 31, 2018, there were 53,079,496 ordinary shares outstanding, par value $0.001 per share, being the sum of 45,873,437 Class A ordinary shares (excluding 907,626 Class A ordinary shares issued to our depositary bank for bulk issuance of ADSs reserved for issuances upon the exercise or vesting of awards under our share incentive plan) and 7,206,059 Class B ordinary shares.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
☐ Yes ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Note - Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☐ Yes ☒ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
☐ Yes ☒ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer," "large accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                      Accelerated filer ☒

Non-accelerated filer ☐                                                Emerging growth company ☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☒                          International Financial Reporting Standards as issued by                          Other ☐
                                     the International Accounting Standards Board ☐

If "other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.
☐ Yes ☐ No

**TABLE OF CONTENTS**

| | |
|---|---|
| EXPLANATORY NOTE | 1 |
| INTRODUCTION | 1 |
| FORWARD-LOOKING INFORMATION | 2 |
| PART I. | 3 |
| TY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 3 |
| STATISTICS AND EXPECTED TIMETABLE | 3 |
| FORMATION | 3 |
| MATION ON THE COMPANY | 44 |
| ESOLVED STAFF COMMENTS | 78 |
| TING AND FINANCIAL REVIEW AND PROSPECTS | 78 |
| TORS, SENIOR MANAGEMENT AND EMPLOYEES | 96 |
| SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 105 |
| CIAL INFORMATION | 106 |
| FFER AND LISTING | 107 |
| TIONAL INFORMATION | 108 |
| TITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 119 |
| RIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 120 |
| PART II. | 121 |
| ULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 121 |
| RIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 122 |
| ROLS AND PROCEDURES | 122 |
| DIT COMMITTEE FINANCIAL EXPERT | 126 |
| E OF ETHICS | 126 |
| NCIPAL ACCOUNTANT FEES AND SERVICES | 126 |
| EMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 126 |
| CHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 126 |
| NGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 127 |
| PORATE GOVERNANCE | 128 |
| E SAFETY DISCLOSURE | 129 |
| PART III. | 129 |
| NCIAL STATEMENTS | 129 |
| NCIAL STATEMENTS | 129 |
| BITS | 129 |

i

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS**

Starting from April 2019, the Company's audit committee conducted an independent investigation (the "Investigation") regarding certain issues identified by its predecessor auditor during the course of the audit of the Company's financial statements for the year ended December 31, 2018. Through the Investigation, the Company has identified certain management members and personnel were involved in misconducts in certain transactions. In response, the Company has restated its financial statements for the fiscal years from 2014 to 2017.

F-28

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated balance sheets are as follows:

| | | As of December 31, 2016 | | |
| --- | --- | --- | --- | --- |
| | Item | As previously reported RMB | Restatement adjustments RMB | As Restated RMB |
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | | 810,672 | - | 810,672 |
| Time deposits | | 416,724 | - | 416,724 |
| Restricted cash | | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | (a), (b), (e) | 97,374 | (79,059) | 18,315 |
| Amounts due from a related party | (d) | - | 4,978 | 4,978 |
| Prepaid expenses and other current assets | (b) | 126,088 | 5,017 | 131,105 |
| **Total current assets** | | **1,450,858** | **(69,064)** | **1,381,794** |
| Time deposits | | 58,667 | - | 58,667 |
| Accounts receivable, net of allowance for doubtful accounts-non current | (a) | 1,176 | 8,089 | 9,265 |
| Amounts due from a related party | (d) | - | 6,500 | 6,500 |
| Property and equipment, net | (b), (e) | 437,337 | (10,336) | 427,001 |
| Intangible assets, net | (e) | - | 5,194 | 5,194 |
| Goodwill | | 3,365 | - | 3,365 |
| Long term investments | | 41,760 | - | 41,760 |
| Deferred income tax assets | (f) | 54,127 | (49,575) | 4,552 |
| Other non-current assets | (d), (e) | 37,722 | (1,810) | 35,912 |
| **Total assets** | | **2,085,012** | **(111,002)** | **1,974,010** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | | 4,502 | - | 4,502 |
| Amounts due to related parties | (d) | 79 | 447 | 526 |
| Income taxes payable | (f) | 91,240 | (40,853) | 50,387 |
| Deferred revenue | (a), (e) | 266,061 | 62,721 | 328,782 |
| Accrued expenses and other current liabilities | (a), (b), (e) | 117,867 | 51,655 | 169,522 |
| **Total current liabilities** | | **479,749** | **73,970** | **553,719** |
| Other non-current liabilities | | 7,043 | - | 7,043 |
| **Total liabilities** | | **486,792** | **73,970** | **560,762** |
| **Shareholders' equity:** | | | | |
| Ordinary shares | | 388 | - | 388 |
| Treasury shares | | (93,761) | - | (93,761) |
| Additional paid-in capital | | 995,216 | - | 995,216 |
| Accumulated other comprehensive income | | 58,204 | - | 58,204 |
| Retained earnings | (a), (b), (d), (e), (f) | 638,173 | (184,972) | 453,201 |
| **Total shareholders' equity** | | **1,598,220** | **(184,972)** | **1,413,248** |
| **Total liabilities and equity** | | **2,085,012** | **(111,002)** | **1,974,010** |

F-29

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

| | Item | As previously reported RMB | Restatement adjustments RMB | As Restated RMB |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | | 686,691 | - | 686,691 |
| Time deposits | | 432,536 | - | 432,536 |
| Accounts receivable, net of allowance for doubtful accounts | (a), (b), (e) | 216,700 | (165,057) | 51,643 |
| Amounts due from a related party | (d) | 231 | 6,711 | 6,942 |
| Prepaid expenses and other current assets | (b) | 156,360 | (653) | 155,707 |
| **Total current assets** | | **1,492,518** | **(158,999)** | **1,333,519** |
| Time deposits | | 505 | - | 505 |
| Accounts receivable, net of allowance for doubtful accounts-non current | (a) | 14,582 | (8,178) | 6,404 |
| Amounts due from a related party | (d) | - | 6,500 | 6,500 |
| Property and equipment, net | (b), (e) | 519,691 | (17,352) | 502,339 |
| Intangible assets, net | (e) | - | 4,753 | 4,753 |
| Goodwill | | 3,365 | - | 3,365 |
| Long term investments | (e) | 101,920 | (24,750) | 77,170 |
| Deferred income tax assets | (f) | 72,600 | (66,979) | 5,621 |
| Other non-current assets | (d), (e) | 77,464 | 787 | 78,251 |
| **Total assets** | | **2,282,645** | **(264,218)** | **2,018,427** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | | 11,351 | - | 11,351 |
| Amounts due to related parties | (d) | - | 216 | 216 |
| Income taxes payable | (f) | 125,971 | (58,638) | 67,333 |
| Deferred revenue | (a),(c),(e) | 302,163 | 50,097 | 352,260 |
| Accrued expenses and other current liabilities | (a), (b), (c), (e) | 184,646 | 128,783 | 313,429 |
| **Total current liabilities** | | **624,131** | **120,458** | **744,589** |
| Other non-current liabilities | | 4,329 | - | 4,329 |
| **Total liabilities** | | **628,460** | **120,458** | **748,918** |
| **Shareholders' equity:** | | | | |
| Ordinary shares | | 401 | - | 401 |
| Treasury shares | | (255,103) | - | (255,103) |
| Additional paid-in capital | | 1,094,872 | - | 1,094,872 |
| Accumulated other comprehensive income | (e) | 54,122 | (14,750) | 39,372 |
| Retained earnings | (a), (b), (d), (e), (f) | 759,893 | (369,926) | 389,967 |
| **Total shareholders' equity** | | **1,654,185** | **(384,676)** | **1,269,509** |
| **Total liabilities and equity** | | **2,282,645** | **(264,218)** | **2,018,427** |

F-30

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated statements of operations and comprehensive loss are as follows:

| | | Year Ended December 31, 2016 | | |
| | Item | As previously reported | Restatement adjustments | As Restated |
| --- | --- | --- | --- | --- |
| | | RMB | RMB | RMB |
| Net revenues | (a), (e) | 1,579,604 | (59,569) | 1,520,035 |
| Cost of revenues | (a), (b) | (449,104) | 5,637 | (443,467) |
| Selling and marketing expenses | (b) | (527,553) | 3,476 | (524,077) |
| General and administrative expenses | (a), (b), (d) | (307,519) | 43,074 | (264,445) |
| Research and development expenses | | (65,594) | - | (65,594) |
| **Operating income** | | **229,834** | **(7,382)** | **222,452** |
| Interest income | (a), (b) | 23,974 | 1,091 | 25,065 |
| Other income | | 15,960 | - | 15,960 |
| Loss on foreign currency forward contract | | (12,898) | - | (12,898) |
| Foreign currency exchange gains | | 3,760 | - | 3,760 |
| **Income before income taxes** | | **260,630** | **(6,291)** | **254,339** |
| Income tax expense | (f) | (18,776) | (9,443) | (28,219) |
| **Net income** | | **241,854** | **(15,734)** | **226,120** |

F-31

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)

|  | Item | Year Ended December 31, 2017 | | |
| --- | --- | --- | --- | --- |
|  |  | As previously reported | Restatement adjustments | As Restated |
|  |  | RMB | RMB | RMB |
| Net revenues | (a), (c), (e) | 1,973,806 | (220,111) | 1,753,695 |
| Cost of revenues | (a), (b) | (599,199) | 6,253 | (592,946) |
| Selling and marketing expenses | (b) | (713,120) | 5,963 | (707,157) |
| General and administrative expenses | (a), (b), (d) | (392,296) | 37,464 | (354,832) |
| Research and development expenses |  | (100,032) | - | (100,032) |
| **Operating income (loss)** |  | **169,159** | **(170,431)** | **(1,272)** |
| Interest income | (a), (b) | 21,000 | (4,903) | 16,097 |
| Other income (loss) | (e) | 26,702 | (10,000) | 16,702 |
| Foreign currency exchange loss |  | (6,284) | - | (6,284) |
| **Income before income taxes** |  | **210,577** | **(185,334)** | **25,243** |
| Income tax expense | (f) | (25,770) | 380 | (25,390) |
| **Net income (loss)** |  | **184,807** | **(184,954)** | **(147)** |

F-32

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated statements of cash flows are as follows:

|  | Year Ended December 31, 2016 | | |
|---|---|---|---|
|  | As previously reported | Restatement adjustments | As Restated |
|  | RMB | RMB | RMB |
| **Operating activities:** | | | |
| **Net income** | **241,854** | **(15,734)** | **226,120** |
| *Adjustments to reconcile net income to net cash provided by operating activities:* | | | |
| Depreciation and amortization | 72,757 | 879 | 73,636 |
| Bad debt expense | 33,605 | (33,605) | - |
| Loss on disposal of property and equipment | 297 | - | 297 |
| Deferred income tax benefit | (18,895) | 17,348 | (1,547) |
| Share based compensation expense | 67,824 | - | 67,824 |
| Investment loss (gain) | 29 | (100) | (71) |
| Foreign currency exchange gain, net | (3,760) | (29,645) | (33,405) |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | |
| Accounts receivable | 22,928 | (18,934) | 3,994 |
| Amounts due from a related party | - | (3,753) | (3,753) |
| Prepaid expenses and other current assets | (60,362) | (5,129) | (65,491) |
| Accrued interest income on time deposits | 5,264 | - | 5,264 |
| Other non-current assets | (7,071) | 1,364 | (5,707) |
| Accounts payable | (248) | - | (248) |
| Amounts due to related parties | (800) | - | (800) |
| Income taxes payable | 34,947 | (7,904) | 27,043 |
| Deferred revenue | 101,439 | 21,934 | 123,373 |
| Accrued expenses and other current liabilities | 36,781 | 45,296 | 82,077 |
| Other non-current liabilities | (2,559) | - | (2,559) |
| **Net cash provided by operating activities** | **524,030** | **(27,983)** | **496,047** |
| **Investing activities:** | | | |
| Purchase of property and equipment and intangible assets | (381,982) | (1,693) | (383,675) |
| Proceeds from disposal of property and equipment | 358 | 88 | 446 |
| Purchase of short-term investments | (1,937,000) | 1,517,000 | (420,000) |
| Proceeds from maturity of short-term investments | 1,937,000 | (1,517,000) | 420,000 |
| Purchase of long-term investments | (12,755) | - | (12,755) |
| Purchase of time deposits | (421,170) | (217,000) | (638,170) |
| Proceeds from maturity of time deposits | 678,741 | 246,645 | 925,386 |
| Payment for acquisition of Hanru Hangzhou | (4,360) | - | (4,360) |
| Cash acquired from acquisition of Hanru Hangzhou | 148 | - | 148 |
| Issuance of loan to a related party | (6,500) | - | (6,500) |
| Issuance of loans to employees | (12,025) | (118) | (12,143) |
| Proceeds from repayment of loans from employees | 3,096 | 61 | 3,157 |
| **Net cash used in investing activities** | **(156,449)** | **27,983** | **(128,466)** |
| **Financing activities:** | | | |
| Issuance of Class A ordinary shares in connection with exercise of share options | 20,388 | - | 20,388 |
| Payment of dividend | (54,026) | - | (54,026) |
| Repurchase of treasury shares | (44,406) | - | (44,406) |
| **Net cash used in financing activities** | **(78,044)** | **-** | **(78,044)** |
| Changes in cash and cash equivalents | 289,537 | - | 289,537 |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | 7,197 | - | 7,197 |
| Net change in cash, cash equivalents and restricted cash | 296,734 | - | 296,734 |
| Cash, cash equivalents and restricted cash at beginning of year | 513,938 | - | 513,938 |
| Cash, cash equivalents and restricted cash at end of year | **810,672** | **-** | **810,672** |

F-33

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)

| | Year Ended December 31, 2017 | | |
|---|---|---|---|
| | As previously reported | Restatement adjustments | As Restated |
| | RMB | RMB | RMB |
| **Operating activities:** | | | |
| **Net income (loss)** | **184,807** | **(184,954)** | **(147)** |
| *Adjustments to reconcile net income to net cash provided by operating activities:* | | | |
| Depreciation and amortization | 100,724 | 39 | 100,763 |
| Bad debt expense | 31,499 | (31,499) | - |
| Loss on disposal of property and equipment | 917 | - | 917 |
| Deferred income tax benefit | (18,473) | 17,302 | (1,171) |
| Share based compensation expense | 77,415 | - | 77,415 |
| Investment income | (19,267) | 19,314 | 47 |
| Foreign currency exchange losses, net | 6,471 | (374) | 6,097 |
| Impairment of long-term investments | - | 10,000 | 10,000 |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | |
| Accounts receivable | (164,231) | 133,765 | (30,466) |
| Amounts due from related parties | - | (1,964) | (1,964) |
| Prepaid expenses and other current assets | (18,712) | (14,414) | (33,126) |
| Accrued interest income on time deposits | 1,809 | - | 1,809 |
| Other non-current assets | (12,432) | 19,013 | 6,581 |
| Accounts payable | (196) | - | (196) |
| Amounts due to related parties | (310) | - | (310) |
| Income taxes payable | 34,731 | (17,682) | 17,049 |
| Deferred revenue | 36,102 | (12,625) | 23,477 |
| Accrued expenses and other current liabilities | 50,407 | 77,127 | 127,534 |
| Other non-current liabilities | (2,604) | - | (2,604) |
| **Net cash provided by operating activities** | **288,657** | **13,048** | **301,705** |
| **Investing activities:** | | | |
| Purchase of property and equipment and intangible assets | (177,251) | 432 | (176,819) |
| Proceeds from disposal of property and equipment | 462 | (39) | 423 |
| Purchase of short-term investments | (1,970,000) | 1,020,000 | (950,000) |
| Proceeds from maturity of short-term investments | 1,989,314 | (1,039,314) | 950,000 |
| Purchase of long-term investments | (50,500) | - | (50,500) |
| Payment of long-term investment deposit | (4,380) | - | (4,380) |
| Purchase of time deposits | (509,739) | (6,000) | (515,739) |
| Proceeds from maturity of time deposits | 528,999 | 5,959 | 534,958 |
| Issuance of loans to employees | (35,379) | 4,753 | (30,626) |
| Proceeds from repayment of loans from employees | 5,352 | 787 | 6,139 |
| **Net cash used in investing activities** | **(223,122)** | **(13,422)** | **(236,544)** |
| **Financing activities:** | | | |
| Issuance of Class A ordinary shares in connection with exercise of share options | 22,254 | - | 22,254 |
| Payment of dividend | (63,087) | - | (63,087) |
| Repurchase of treasury shares | (143,389) | - | (143,389) |
| **Net cash used in financing activities** | **(184,222)** | **-** | **(184,222)** |
| Changes in cash and cash equivalents | (118,687) | (374) | (119,061) |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | (5,294) | 374 | (4,920) |
| Net change in cash, cash equivalents and restricted cash | (123,981) | - | (123,981) |
| Cash, cash equivalents and restricted cash at beginning of year | 810,672 | - | 810,672 |
| Cash, cash equivalents and restricted cash at end of year | **686,691** | **-** | **686,691** |

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The following errors in the Company's annual financial statements were identified and corrected as part of the restatement:

**(a)    Restatement adjustments to inaccurate revenue and relevant accounts**

The Company restated the inaccurate revenue recorded for years ended December 31, 2016 and 2017, which was due to the misstatement of revenue resulted from intentional revenue inflation, inaccurate student account status and loan data recorded in the Company's customer relationship management (CRM) system, premature recognition of revenue from certain students, and inaccurate accounting treatment of tuition refunds.

The restatement resulted in a decrease of RMB54,086 and RMB33,605 in revenue and general and administrative expenses for bad debt provision, respectively, for the year ended December 31, 2016, a decrease of RMB133,027 in current and non-current accounts receivable net balances, respectively, and an increase of RMB64,385 in deferred revenue as of December 31, 2016.

The restatement resulted in a decrease of RMB193,303 and RMB31,499 in revenue and general and administrative expenses for bad debt provision, respectively, for the year ended December 31, 2017, a decrease of RMB270,520 in current and non-current accounts receivable net balances, and an increase of RMB97,553 in deferred revenue as of December 31, 2017.

In addition, the interest income and cost of revenue for the years ended December 31, 2016 and 2017, and tax and other tax payable as of December 31, 2016 and 2017 were also restated accordingly.

**(b)    Restatement adjustments to expense inaccuracies**

The Company discovered instances of improper charges against accounts receivable and/or bad debts, and certain students' tuition fee refund due to early termination of study through payment for irregular expense or loan from an individual.

The restatement resulted in an increase of RMB61,088, RMB48,539 and RMB5,015 in accounts receivable, other payable and other receivables, respectively, a decrease of RMB450 in property and equipment as of December 31, 2016, and an increase of RMB2,539 of interests expense, a decrease of RMB17,195 in cost of revenue, general and administrative expense and selling expenses collectively for the year ended December 31, 2016.

The restatement resulted in an increase of RMB93,372, RMB58,697 and RMB1,563 in accounts receivable, other payable and other receivables, respectively, a decrease of RMB882 in property and equipment as of December 31, 2017, and an increase of RMB4,958 of interests expense, a decrease of RMB23,199 in cost of revenue, general and administrative expense and selling expenses collectively for the year ended December 31, 2017.

**(c)    Restatement adjustment to accrue guarantee liabilities for the guarantee provided for students' loan**

The Company did not recognize guarantee liabilities in accordance with ASC Topic 460 to reflect that it provided guarantee to certain students who borrowed the tuition fee from financial service providers. Thus the Company proposed restatement adjustments which resulted in an increase of RMB83,693 in accrued expenses and other current liabilities-guarantee liabilities, and a decrease of RMB46,165 in deferred revenue as of December 31, 2017, and a decrease of RMB37,529 in revenue for year ended December 31, 2017.

**(d)    Incomplete disclosed related party transactions**

The Company has properly classified and presented the related party balances and transactions in the restated consolidation financial statements and disclosed in Note 14, in response to the audit committee's finding on undisclosed conflict of interest and related party transactions. The restatement resulted in an increase of RMB11,478 in current and non-current amount due from related parties, and RMB447 in amount due to related parties as of December 31, 2016, and an increase of RMB13,211 in current and non-current amount due from related parties, and RMB216 in amount due to related parties as of December 31, 2017.

F-35

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

**(e)   Restatement and reclassification adjustments to miscellaneous items**

The Company also corrected and reclassified some minor errors, which led to increase or decrease in certain accounts, i.e. accounts receivable, advance from customers, long-term investment and investment income, cost and expenses, as well as reclassification in property and equipment, intangible assets and other non-current assets, etc.

**(f)   Adjustments on tax payable due to the restatement**

According to the restatement adjustments above, the Company restated the income tax payable and deferred tax assets, which resulted in an increase of RMB9,443 in income tax expense in year ended December 31, 2016, a decrease of RMB49,574 and RMB40,853 in non-current deferred tax assets and income tax payable, respectively, as of December 31, 2016, and a decrease of RMB380 in income tax expense in year ended December 31, 2017, a decrease of RMB66,979 and RMB58,638 in non-current deferred tax assets and income tax payable, respectively, as of December 31, 2017.

**(g)   Retain earnings**

As a result of the foregoing, the Company restated the cumulative effect of the change on retained earnings, which resulted in a decrease of RMB184,972 and RMB369,926 in years ended December 31, 2016 and 2017.

F-36

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**(h)  Earnings (loss) per share**

As a result of the foregoing, the cumulative effect of earnings (loss) per share as follows:

| | Year Ended December 31, 2016 | | |
| --- | --- | --- | --- |
| | As previously reported | Restatement adjustments | As restated |
| | RMB | RMB | RMB |
| Numerator: | | | |
| Net income attributable to Class A and Class B ordinary shareholders | 241,854 | (15,734) | 226,120 |
| Net income for basic and diluted earnings per share | 241,854 | (15,734) | 226,120 |
| Denominator: | | | |
| Denominator for basic earnings per share: | | | |
| Weighted average number of Class A and Class B ordinary shares outstanding | 55,540,670 | - | 55,540,670 |
| Dilutive effect of outstanding share options | 3,464,591 | - | 3,464,591 |
| Denominator for diluted earnings per share | 59,005,261 | - | 59,005,261 |
| **Basic earnings per Class A and Class B ordinary share** | **4.36** | **(0.28)** | **4.07** |
| **Diluted earnings per Class A and Class B ordinary share** | **4.10** | **(0.27)** | **3.83** |

| | Year Ended December 31, 2017 | | |
| --- | --- | --- | --- |
| | As previously reported | Restatement adjustments | As restated |
| | RMB | RMB | RMB |
| Numerator: | | | |
| Net income (loss) attributable to Class A and Class B ordinary shareholders | 184,807 | (184,954) | (147) |
| Net income (loss) for basic and diluted earnings per share | 184,807 | (184,954) | (147) |
| Denominator: | | | |
| Denominator for basic earnings per share: | | | |
| Weighted average number of Class A and Class B ordinary shares outstanding | 56,849,332 | - | 56,849,332 |
| Dilutive effect of outstanding share options | 2,749,379 | - | - |
| Denominator for diluted earnings (loss) per share | 59,598,711 | - | 56,849,332 |
| **Basic earnings (loss) per Class A and Class B ordinary share** | **3.25** | **(3.25)** | **(0.00)** |
| **Diluted earnings (loss) per Class A and Class B ordinary share** | **3.10** | **(3.10)** | **(0.00)** |

F-37

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**14   RELATED PARTY TRANSACTIONS**

The following is a list of related parties which the Company has transactions with:

(1)   Mr. Han Shao Yun ("Mr. Han"), the founder, chairman of our board of directors and former chief executive officer of the Company.

(2)   Chuanbang, a company wholly owned by Mr. Han.

(3)   Xi'an Beilin District Bolton vocational skill training school ("Bolton School"), a company controlled by Mr. Han's brother-in-law.

(4)   Ningxia Tarena Technology Co., Ltd ("Ningxia Company"), a company wholly owned by Ms. Han Liping, a sister of Mr. Han.

(5)   Ms. Han Lijuan, a sister of Mr. Han.

(6)   Connion Capital Limited is a company ultimately owned by our chairman, Mr. Han through a trust. In 2018, the Company wired funds to and shortly received same funds back from Connion Capital Limited in five separate occasions with each no more than US$1 million in order for the Company to maintain the requisite minimum level of activity in its bank account. No amount was due from Connion Capital Limited as of December 31, 2018.

F-49

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**14  RELATED PARTY TRANSACTIONS (CONTINUED)**

The Company had the following balances and transactions with related parties:

Related party balances

| | | As of December 31, | |
| --- | --- | --- | --- |
| | | 2017 | 2018 |
| | | RMB | RMB |
| Amounts due from a related party | | | |
| Chuanbang | (i) | 6,942 | 9,938 |
| Amounts due from a related party - non-current | | | |
| Ms. Han Lijuan | (ii) | 6,500 | 6,500 |

Notes:

(i) The balance resulted from the service fee to Chuanbang for providing cash collection service.

(ii) The balance represented a long-term loan to Ms. Han Lijuan and upon the Company's request to avoid any risk of possible violation of Sarbanes-Oxley Act, all of the balance was repaid to the Company on April 2, 2020.

Related party transactions

The significant related party transactions for the years ended December 31, 2016, 2017 and 2018 are summarized as follows:

| | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | 2016 | 2017 | 2018 |
| | | RMB | RMB | RMB |
| Cash collection service expense to Chuanbang | (a) | 6,445 | 3,230 | 3,489 |
| Franchise and training service income from Bolton School | | 902 | 1,114 | 529 |
| Franchise, training and consulting service income from Ningxia Company | | - | 520 | 493 |
| Training service expense to Bolton School | | 102 | 1,064 | 798 |
| Interest income from Loan to Ms. Han Lijuan | | 81 | 325 | 325 |
| Loan to Ms. Han Lijuan | | 6,500 | - | - |

Notes:

(a) Pursuant to an agreement between Chuanbang and the Company, beginning August 2013, Chuanbang provides cash collection service on the Company's accounts receivable. The fee for the service is calculated based on 2%~20% of the amount collected.

F-50