# Exhibit H

Case 1:21-cv-03502-PKC-RML    Document 26-8    Filed 05/19/22    Page 2 of 5 PageID #: 440

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**FORM 20-F**

**(Mark One)**

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2016.**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report _____**

**For the transition period from _____ to _____**

**Commission file number: 001-36363**

# Tarena International, Inc.

**(Exact name of Registrant as specified in its charter)**

**N/A**
**(Translation of Registrant's name into English)**

**Cayman Islands**
**(Jurisdiction of incorporation or organization)**

**Suite 10017, Building E, Zhongkun Plaza, A18 Bei San Huan West Road, Haidian District**
**Beijing 100098, People's Republic of China**
**(Address of principal executive offices)**

**1/F, Block A, Training Building, 65 Kejiyuan Road, Baiyang Jie Dao, Economic Development District,**
**Hangzhou 310000, People's Republic of China**
**(Address of principal executive offices)**

**Yuduo Yang, Chief Financial Officer**
**E-mail: yangyd@tedu.cn**
**Suite 10017, Building E, Zhongkun Plaza, A18 Bei San Huan West Road, Haidian District**
**Beijing 100098, People's Republic of China**
**Telephone: +86 10-6213 8109**
**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| American Depositary Shares, each representing one Class A ordinary share, par value US$0.001 per share | The NASDAQ Stock Market LLC (The NASDAQ Global Select Market) |
| Class A ordinary shares, par value US$0.001 per share | The NASDAQ Stock Market LLC (The NASDAQ Global Select Market)* |

\* Not for trading, but only in connection with the listing on The NASDAQ Global Select Market of American depositary shares, each representing one Class A ordinary share.

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**

**None**
**(Title of Class)**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**

**None**
**(Title of Class)**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report. As of December 31, 2016, there were 56,055,497 ordinary shares outstanding, par value $0.001 per share, being the sum of 47,160,248 Class A ordinary shares and 8,895,249 Class B ordinary shares.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
☐ Yes ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "accelerated filer," "large accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                    Accelerated filer ☑

Non-accelerated filer ☐                    Emerging growth company ☑

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☑

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark which basis of accounting the registrant has been to prepare the financial statements included in this filing:

U.S. GAAP ☒          International Financial Reporting Standards as issued by the International Accounting Standards Board ☐          Other ☐

If "other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.
☐ Yes ☐ No

**TABLE OF CONTENTS**

| | | | |
|---|---|---|---|
| INTRODUCTION | | | 4 |
| FORWARD-LOOKING INFORMATION | | | 4 |
| PART I. | | | 5 |
| | ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 5 |
| | ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 5 |
| | ITEM 3. | KEY INFORMATION | 5 |
| | ITEM 4. | INFORMATION ON THE COMPANY | 45 |
| | ITEM 4.A. | UNRESOLVED STAFF COMMENTS | 74 |
| | ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 75 |
| | ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 93 |
| | ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 104 |
| | ITEM 8. | FINANCIAL INFORMATION | 106 |
| | ITEM 9. | THE OFFER AND LISTING | 107 |
| | ITEM 10. | ADDITIONAL INFORMATION | 108 |
| | ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 118 |
| | ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 119 |
| PART II. | | | 120 |
| | ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 120 |
| | ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 120 |
| | ITEM 15. | CONTROLS AND PROCEDURES | 122 |
| | ITEM 16.A. | AUDIT COMMITTEE FINANCIAL EXPERT | 123 |
| | ITEM 16.B. | CODE OF ETHICS | 123 |
| | ITEM 16.C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 123 |
| | ITEM 16.D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 123 |
| | ITEM 16.E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 124 |
| | ITEM 16.F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 124 |
| | ITEM 16.G. | CORPORATE GOVERNANCE | 124 |
| | ITEM 16.H. | MINE SAFETY DISCLOSURE | 124 |
| PART III. | | | 125 |
| | ITEM 17. | FINANCIAL STATEMENTS | 125 |
| | ITEM 18. | FINANCIAL STATEMENTS | 125 |
| | ITEM 19. | EXHIBITS | 125 |

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**11    RELATED PARTY TRANSACTIONS**

During the years ended December 31, 2014, 2015 and 2016, the Company entered into related party transactions with Mr. Han, Chuanbang Business Consulting (Beijing) Co., Ltd. ("Chuanbang"), which is wholly owned by Mr. Han, and Precise Advance Limited ("Precise"), which is owned by an executive of the Company's shareholder. The significant related party transactions are summarized as follows:

| | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- |
| | | **2014** | **2015** | **2016** |
| | | **RMB** | **RMB** | **RMB** |
| **Transactions with Chuanbang** | | | | |
| Guarantee fee | (a) | 112 | — | — |
| Cash collection service fee | (b) | 664 | 2,053 | 6,445 |
| **Transactions with others** | | | | |
| Advances from Precise | (c) | — | (1,432) | — |
| Repayment of advances from Precise | (c) | — | 1,432 | — |

Notes:

(a)    Starting from the second half of 2011, the Company began to refer its students who need financial assistance for the payment of their tuition fees to Chuanbang. Chuanbang is a person-to-person or a "peer-to-peer" (P2P) lending intermediary that assists students in obtaining loans to pay for their tuition fees by identifying potential third-party individual lenders (the "Student Loan Program"). The Company has no direct involvement in or is a party to the P2P arrangement, other than serving as the guarantor of the student loans. Under the Student Loan Program, the Company allocates the total consideration between the fair value of the tuition service and the loan guarantee. Subsequent to the initial recognition, the loan guarantee liability is recognized as guarantee fee revenue over the term of the guarantee on a straight-line basis. RMB112, nil and nil was recognized as guarantee fee revenue and included in other revenues for the years ended December 31, 2014, 2015 and 2016, respectively.

(b)    Pursuant to an agreement between Chuanbang and the Company, beginning August 2013, Chuanbang provides cash collection service on the Company's accounts receivable. The fee for the service is calculated based on 2%~12% of the amount collected. Employees of Chuanbang include former employees of the Company who worked in the credit evaluation department. Chuanbang also provides similar cash collection service to financial institutions in the PRC. The cash collection service fee which is included in general and administrative expenses in the consolidated statement of comprehensive income was RMB664, RMB2,053 and RMB6,445 for the years ended December 31, 2014, 2015 and 2016, respectively. The amount due to Chuanbang as of December 31, 2015 was RMB879. The amount due to Chuanbang as of December 31, 2016 was RMB79, which has been fully paid by March 31, 2017.

(c)    In September 2015, Precise, which is owned by an executive of Kohlberg Kravis Roberts & Co. L.P ("KKR"), a shareholder of the Company, provided cash advances in the amount of RMB1,432 to the Company in order to fund its share repurchase plan. The Company has fully repaid the advances in October 2015.