**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated, | CASE No.: 1:21-cv-03502-PKC-RML |
| Plaintiff, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG, | |
| Defendants. | |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

1

I, Phillip Kim, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.      I am an attorney at The Rosen Law Firm, P.A., lead counsel for Lead Plaintiff Walter De Schutter and named plaintiffs Steven Clauter and Cynthia Lewis ("Plaintiffs") in the above-captioned action.  I have been admitted to this Court.

2.      I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendant Tarena International, Inc.'s ("Tarena" or the "Company") Motion to Dismiss the Amended Complaint under Section 10(b) of the Securities Exchange Act of 1934. (Dkt. 17.)

3.      I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

4.      Attached as Exhibit 1 hereto is excerpts from Tarena's SEC Form 20-F, 2018 Annual Report (April 24, 2020).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 4th day of April, 2022, in New York, New York.


*/s/ Phillip Kim*
Phillip Kim (*he/him/his*)

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, the foregoing was served via email upon the following:

Scott D. Musoff
(scott.musoff@skadden.com)
Robert A. Fumerton
(robert.fumerton@skadden.com)
Michael C. Griffin
(michael.griffin@skadden.com)

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Defendant Tarena
International, Inc.*

/s/Phillip Kim

3