# EXHIBIT 1

Case 1:21-cv-03502-PKC-RML Document 28-1 Filed 05/19/22 Page 2 of 48 PageID #: 497

**ITEM 14.**      **MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS**

**Material Modifications to the Rights of Security Holders**

See "Item 10. Additional Information—B. Memorandum and Articles of Association—Ordinary Shares" for a description of the rights of securities holders, which remain unchanged.

**Use of Proceeds**

The following "Use of Proceeds" information relates to the Registration Statement on Form F-1, as amended (File number: 333-19419) in relation to the initial public offering of 15,300,000 ADSs representing 15,300,000 of our Class A ordinary shares, at an initial offering price of US$9.00 per ADS. We offered and sold 11,500,000 ADSs and the selling shareholders offered and sold 3,800,000 ADSs in our initial public offering. Our initial public offering closed in April 2014. Goldman Sachs (Asia) L.L.C. and Credit Suisse Security (USA) LLC were the representatives of the underwriters for our initial public offering. The aggregate price of the offering amount registered and sold was US$137.7 million.

We received net proceeds of approximately US$92.2 million from our initial public offering. Our expenses incurred and paid to others in connection with the issuance and distribution of the ADSs in our initial public offering totaled US$13.6 million, which included US$9.6 million for underwriting discounts and commissions and US$4.0 million for other expenses. Among the US$13.6 million in expenses, US$4.8 million were paid to Goldman Sachs (Asia) L.L.C., an affiliate of ours and one of the underwriters for our initial public offering.

For the period from April 2, 2014, the date that the F-1 Registration Statement was declared effective by the SEC, to December 31, 2018, we invested the net proceeds from our initial public offering in term deposits and still intend to use the proceeds from our initial public offering for general corporate purposes, which may include investing in course development, expanding our learning center network, sales and marketing activities, technology infrastructure and capital expenditures, upgrading facilities, paying dividends, repurchasing shares and other general and administrative matters. We may also use a portion of the net proceeds for investing in, or acquiring, complementary businesses.

**ITEM 15.**      **CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

As of the end of the period covered by this annual report, our management, with the participation of our chief executive officer and chief financial officer, has performed an evaluation of the effectiveness of our disclosure controls and procedures within the meaning of Rules 13a-15(e) and 15d-15(e) of the Exchange Act.

Based upon this evaluation, our management has concluded that, as of December 31, 2018, our existing disclosure controls and procedures were ineffective because of the material weaknesses described below under "Management's Annual Report on Internal Control over Financial Reporting." We have undertaken the remedial steps to address the material weaknesses in our disclosure controls and procedures as set forth below under "Management's Plan for Remediation of Material Weaknesses."

**Management's Annual Report on Internal Control over Financial Reporting**

122

Case 1:21-cv-03592-PKC-RML    Document 28-1    Filed 05/19/22    Page 3 of 48 PageID #: 498

Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements in accordance with U.S. GAAP and includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of a company's assets, (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with generally accepted accounting principles, and that a company's receipts and expenditures are being made only in accordance with authorizations of a company's management and directors, and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of a company's assets that could have a material effect on the consolidated financial statements.

123

Case 1:21-cv-03502-PKC-RML    Document 28-1    Filed 05/19/22    Page 4 of 18 PageID #: 499

Our management, with the participation of our chief executive officer and chief financial officer, conducted an evaluation of the effectiveness of our company's internal control over financial reporting as of December 31, 2018 based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO 2013 Framework). Based on this evaluation, we noted the following deficiencies that we believe to be material weaknesses:

a.  Insufficient demonstration on commitment to integrity and ethical values;

b.  Failure to provide oversight for the system of internal control and lack of direct report from internal auditors to the audit committee;

c.  Lack of sufficient competent internal audit function and requisite skills for the financial reporting under U.S. GAAP;

d.  Failure to align incentives and rewards with the fulfillment of internal control responsibilities in the achievement of objectives;

e.  Failure to consider the potential for fraud and non-compliance with laws and regulations in assessing risks to the achievement of objectives;

f.  Lack of sufficient controls designed and implemented for the credit approval, initiation, recording, allocation and cash collection with respect to revenue transactions;

g.  Lack of sufficient controls designed and implemented for authorization, validation and payment with respect to cost or expense transactions;

h.  Failure to evaluate and implement a mix of control activities, considering both manual and automated controls for other routine transactions;

i.  Lack of sufficient segregation of duties and appropriate skill or competence of control owners at certain control activity level;

j.  Failure to develop control activities to restrict technology access right to authorized users commensurate their job responsibilities;

As a result of the above material weaknesses, management has concluded that our internal control over financial reporting was ineffective as of December 31, 2018.

The material weaknesses resulted in the Restatement of our financial statements as of and for the years ended December 31, 2014, 2015, 2016 and 2017. For more information about the Restatement and the related adjustments as of and for the years ended December 31, 2016 and 2017, see Note 3 "Restatement and reclassifications" to our consolidated financial statements included elsewhere in this annual report on Form 20-F.

In light of the Restatement and new facts discovered by our management, including identification of the material weaknesses as above, we reassessed the appropriateness of the conclusion that our internal control over financial reporting was effective as of December 31, 2016. Considering the material weaknesses identified and the Restatement subsequent to the year ended December 31, 2016, and the significant impact on the Company's original financial information and disclosure, the management concluded that our internal control over financial reporting was ineffective as of December 31, 2016. In addition, the management did not amend the conclusion that our internal control over financial reporting was ineffective as of December 31, 2017.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. In addition, projections of any evaluation of effectiveness of our internal control over financial reporting to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies and procedures may deteriorate. See "Item 3. Key Information—D. Risk Factors—Risks Relating to Our Business—If we fail to implement an effective system of internal controls, we may be unable to accurately report our results of operations or prevent fraud or fail to meet our reporting obligations, and investor confidence and the market price of our ADSs may be materially and adversely affected."

124

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and Board of Directors of
Tarena International, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Tarena International, Inc. (the "Company") as of December 31, 2018 and 2017, the related consolidated statements of comprehensive income (loss), changes in equity and cash flows for each of the three years in the period ended December 31, 2018, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2018 and 2017, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2018, in conformity with accounting principles generally accepted in the United States of America.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of December 31, 2018, based on the criteria established in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in 2013 and our report dated April 24, 2020, expressed an adverse opinion on the effectiveness of the Company's internal control over financial reporting because of the existence of material weaknesses.

**Change in Accounting Principle**

As discussed in Note 2 to the consolidated financial statements, the Company has changed its method of accounting for revenue recognition in 2018 due to the adoption of the guidance in Accounting Standards Codification Topic 606, Revenue from Contracts with Customers (Topic 606), as amended, effective January 1, 2018, using the modified retrospective approach.

**Restatements and Reclassifications**

As discussed in Note 2 to the consolidated financial statements, the Company has identified and corrected material misstatements in previously issued financial statements.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ Marcum Bernstein & Pinchuk LLP

Marcum Bernstein & Pinchuk LLP

We have served as the Company's auditor since 2019.

**Beijing, China**
**April 24, 2020**

F-2

Case 1:21-cv-03502-PKC-RML   Document 29-1   Filed 05/19/22   Page 65 of 18 PageID #: 501

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS**

Starting from April 2019, the Company's audit committee conducted an independent investigation (the "Investigation") regarding certain issues identified by its predecessor auditor during the course of the audit of the Company's financial statements for the year ended December 31, 2018. Through the Investigation, the Company has identified certain  management members and personnel were involved in misconducts in certain transactions. In response, the Company has restated its financial statements for the fiscal years from 2014 to 2017.

F-28

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated balance sheets are as follows:

| | | As of December 31, 2016 | | |
| --- | --- | --- | --- | --- |
| | Item | As previously reported | Restatement adjustments | As Restated |
| | | RMB | RMB | RMB |
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | | 810,672 | - | 810,672 |
| Time deposits | | 416,724 | - | 416,724 |
| Restricted cash | | - | - | - |
| Accounts receivable, net of allowance for doubtful accounts | (a), (b), (e) | 97,374 | (79,059) | 18,315 |
| Amounts due from a related party | (d) | - | 4,978 | 4,978 |
| Prepaid expenses and other current assets | (b) | 126,088 | 5,017 | 131,105 |
| **Total current assets** | | **1,450,858** | **(69,064)** | **1,381,794** |
| Time deposits | | 58,667 | - | 58,667 |
| Accounts receivable, net of allowance for doubtful accounts-non current | (a) | 1,176 | 8,089 | 9,265 |
| Amounts due from a related party | (d) | - | 6,500 | 6,500 |
| Property and equipment, net | (b), (e) | 437,337 | (10,336) | 427,001 |
| Intangible assets, net | (e) | - | 5,194 | 5,194 |
| Goodwill | | 3,365 | - | 3,365 |
| Long term investments | | 41,760 | - | 41,760 |
| Deferred income tax assets | (f) | 54,127 | (49,575) | 4,552 |
| Other non-current assets | (d), (e) | 37,722 | (1,810) | 35,912 |
| **Total assets** | | **2,085,012** | **(111,002)** | **1,974,010** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | | 4,502 | - | 4,502 |
| Amounts due to related parties | (d) | 79 | 447 | 526 |
| Income taxes payable | (f) | 91,240 | (40,853) | 50,387 |
| Deferred revenue | (a), (e) | 266,061 | 62,721 | 328,782 |
| Accrued expenses and other current liabilities | (a), (b), (e) | 117,867 | 51,655 | 169,522 |
| **Total current liabilities** | | **479,749** | **73,970** | **553,719** |
| Other non-current liabilities | | 7,043 | - | 7,043 |
| **Total liabilities** | | **486,792** | **73,970** | **560,762** |
| **Shareholders' equity:** | | | | |
| Ordinary shares | | 388 | - | 388 |
| Treasury shares | | (93,761) | - | (93,761) |
| Additional paid-in capital | | 995,216 | - | 995,216 |
| Accumulated other comprehensive income | | 58,204 | - | 58,204 |
| Retained earnings | (a), (b), (d), (e),(f) | 638,173 | (184,972) | 453,201 |
| **Total shareholders' equity** | | **1,598,220** | **(184,972)** | **1,413,248** |
| **Total liabilities and equity** | | **2,085,012** | **(111,002)** | **1,974,010** |

F-29

Case 1:21-cv-03502-PKC-RML   Document 28-1   Filed 05/19/22   Page 8 of 18 PageID #: 503

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

| | | As of December 31, 2017 | | |
| | Item | As previously reported | Restatement adjustments | As Restated |
| | | RMB | RMB | RMB |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | | 686,691 | - | 686,691 |
| Time deposits | | 432,536 | - | 432,536 |
| Accounts receivable, net of allowance for doubtful accounts | (a), (b), (e) | 216,700 | (165,057) | 51,643 |
| Amounts due from a related party | (d) | 231 | 6,711 | 6,942 |
| Prepaid expenses and other current assets | (b) | 156,360 | (653) | 155,707 |
| **Total current assets** | | **1,492,518** | **(158,999)** | **1,333,519** |
| Time deposits | | 505 | - | 505 |
| Accounts receivable, net of allowance for doubtful accounts-non current | (a) | 14,582 | (8,178) | 6,404 |
| Amounts due from a related party | (d) | - | 6,500 | 6,500 |
| Property and equipment, net | (b), (e) | 519,691 | (17,352) | 502,339 |
| Intangible assets, net | (e) | - | 4,753 | 4,753 |
| Goodwill | | 3,365 | - | 3,365 |
| Long term investments | (e) | 101,920 | (24,750) | 77,170 |
| Deferred income tax assets | (f) | 72,600 | (66,979) | 5,621 |
| Other non-current assets | (d), (e) | 77,464 | 787 | 78,251 |
| **Total assets** | | **2,282,645** | **(264,218)** | **2,018,427** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | | 11,351 | - | 11,351 |
| Amounts due to related parties | (d) | - | 216 | 216 |
| Income taxes payable | (f) | 125,971 | (58,638) | 67,333 |
| Deferred revenue | (a),(c),(e) | 302,163 | 50,097 | 352,260 |
| Accrued expenses and other current liabilities | (a), (b), (c), (e) | 184,646 | 128,783 | 313,429 |
| **Total current liabilities** | | **624,131** | **120,458** | **744,589** |
| Other non-current liabilities | | 4,329 | - | 4,329 |
| **Total liabilities** | | **628,460** | **120,458** | **748,918** |
| **Shareholders' equity:** | | | | |
| Ordinary shares | | 401 | - | 401 |
| Treasury shares | | (255,103) | - | (255,103) |
| Additional paid-in capital | | 1,094,872 | - | 1,094,872 |
| Accumulated other comprehensive income | (e) | 54,122 | (14,750) | 39,372 |
| Retained earnings | (a), (b), (d), (e), (f) | 759,893 | (369,926) | 389,967 |
| **Total shareholders' equity** | | **1,654,185** | **(384,676)** | **1,269,509** |
| **Total liabilities and equity** | | **2,282,645** | **(264,218)** | **2,018,427** |

F-30

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated statements of operations and comprehensive loss are as follows:

| | Item | Year Ended December 31, 2016 | | |
| --- | --- | --- | --- | --- |
| | | As previously reported | Restatement adjustments | As Restated |
| | | RMB | RMB | RMB |
| Net revenues | (a), (e) | 1,579,604 | (59,569) | 1,520,035 |
| Cost of revenues | (a), (b) | (449,104) | 5,637 | (443,467) |
| Selling and marketing expenses | (b) | (527,553) | 3,476 | (524,077) |
| General and administrative expenses | (a), (b), (d) | (307,519) | 43,074 | (264,445) |
| Research and development expenses | | (65,594) | - | (65,594) |
| **Operating income** | | **229,834** | **(7,382)** | **222,452** |
| Interest income | (a), (b) | 23,974 | 1,091 | 25,065 |
| Other income | | 15,960 | - | 15,960 |
| Loss on foreign currency forward contract | | (12,898) | - | (12,898) |
| Foreign currency exchange gains | | 3,760 | - | 3,760 |
| **Income before income taxes** | | **260,630** | **(6,291)** | **254,339** |
| Income tax expense | (f) | (18,776) | (9,443) | (28,219) |
| **Net income** | | **241,854** | **(15,734)** | **226,120** |

F-31

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

| | | Year Ended December 31, 2017 | | |
| | Item | As previously reported | Restatement adjustments | As Restated |
| --- | --- | --- | --- | --- |
| | | RMB | RMB | RMB |
| Net revenues | (a), (c), (e) | 1,973,806 | (220,111) | 1,753,695 |
| Cost of revenues | (a), (b) | (599,199) | 6,253 | (592,946) |
| Selling and marketing expenses | (b) | (713,120) | 5,963 | (707,157) |
| General and administrative expenses | (a), (b), (d) | (392,296) | 37,464 | (354,832) |
| Research and development expenses | | (100,032) | - | (100,032) |
| **Operating income (loss)** | | **169,159** | **(170,431)** | **(1,272)** |
| Interest income | (a), (b) | 21,000 | (4,903) | 16,097 |
| Other income (loss) | (e) | 26,702 | (10,000) | 16,702 |
| Foreign currency exchange loss | | (6,284) | - | (6,284) |
| **Income before income taxes** | | **210,577** | **(185,334)** | **25,243** |
| Income tax expense | (f) | (25,770) | 380 | (25,390) |
| **Net income (loss)** | | **184,807** | **(184,954)** | **(147)** |

F-32

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The effects of the reclassifications and restatement for the errors on the consolidated statements of cash flows are as follows:

| | Year Ended December 31, 2016 | | |
| | As previously reported | Restatement adjustments | As Restated |
| | RMB | RMB | RMB |
|---|---|---|---|
| **Operating activities:** | | | |
| Net income | **241,854** | **(15,734)** | **226,120** |
| *Adjustments to reconcile net income to net cash provided by operating activities:* | | | |
| Depreciation and amortization | 72,757 | 879 | 73,636 |
| Bad debt expense | 33,605 | (33,605) | - |
| Loss on disposal of property and equipment | 297 | - | 297 |
| Deferred income tax benefit | (18,895) | 17,348 | (1,547) |
| Share based compensation expense | 67,824 | - | 67,824 |
| Investment loss (gain) | 29 | (100) | (71) |
| Foreign currency exchange gain, net | (3,760) | (29,645) | (33,405) |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | |
| Accounts receivable | 22,928 | (18,934) | 3,994 |
| Amounts due from a related party | - | (3,753) | (3,753) |
| Prepaid expenses and other current assets | (60,362) | (5,129) | (65,491) |
| Accrued interest income on time deposits | 5,264 | - | 5,264 |
| Other non-current assets | (7,071) | 1,364 | (5,707) |
| Accounts payable | (248) | - | (248) |
| Amounts due to related parties | (800) | - | (800) |
| Income taxes payable | 34,947 | (7,904) | 27,043 |
| Deferred revenue | 101,439 | 21,934 | 123,373 |
| Accrued expenses and other current liabilities | 36,781 | 45,296 | 82,077 |
| Other non-current liabilities | (2,559) | - | (2,559) |
| **Net cash provided by operating activities** | **524,030** | **(27,983)** | **496,047** |
| | | | |
| **Investing activities:** | | | |
| Purchase of property and equipment and intangible assets | (381,982) | (1,693) | (383,675) |
| Proceeds from disposal of property and equipment | 358 | 88 | 446 |
| Purchase of short-term investments | (1,937,000) | 1,517,000 | (420,000) |
| Proceeds from maturity of short-term investments | 1,937,000 | (1,517,000) | 420,000 |
| Purchase of long-term investments | (12,755) | - | (12,755) |
| Purchase of time deposits | (421,170) | (217,000) | (638,170) |
| Proceeds from maturity of time deposits | 678,741 | 246,645 | 925,386 |
| Payment for acquisition of Hanru Hangzhou | (4,360) | - | (4,360) |
| Cash acquired from acquisition of Hanru Hangzhou | 148 | - | 148 |
| Issuance of loan to a related party | (6,500) | - | (6,500) |
| Issuance of loans to employees | (12,025) | (118) | (12,143) |
| Proceeds from repayment of loans from employees | 3,096 | 61 | 3,157 |
| **Net cash used in investing activities** | **(156,449)** | **27,983** | **(128,466)** |
| | | | |
| **Financing activities:** | | | |
| Issuance of Class A ordinary shares in connection with exercise of share options | 20,388 | - | 20,388 |

| | | | |
|---|---|---|---|
| Payment of dividend | (54,026) | - | (54,026) |
| Repurchase of treasury shares | (44,406) | - | (44,406) |
| **Net cash used in financing activities** | **(78,044)** | **-** | **(78,044)** |
| Changes in cash and cash equivalents | 289,537 | - | 289,537 |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and restricted cash | 7,197 | - | 7,197 |
| Net change in cash, cash equivalents and restricted cash | 296,734 | - | 296,734 |
| Cash, cash equivalents and restricted cash at beginning of year | 513,938 | - | 513,938 |
| Cash, cash equivalents and restricted cash at end of year | **810,672** | **-** | **810,672** |

F-33

Case 1:21-cv-03502-PKC-RML Document 28-1 Filed 05/19/22 Page 13 of 18 PageID #: 508

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

## 3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)

| | Year Ended December 31, 2017 | | |
| --- | --- | --- | --- |
| | As previously reported | Restatement adjustments | As Restated |
| | RMB | RMB | RMB |
| **Operating activities:** | | | |
| **Net income (loss)** | **184,807** | **(184,954)** | **(147)** |
| *Adjustments to reconcile net income to net cash provided by operating activities:* | | | |
| Depreciation and amortization | 100,724 | 39 | 100,763 |
| Bad debt expense | 31,499 | (31,499) | - |
| Loss on disposal of property and equipment | 917 | - | 917 |
| Deferred income tax benefit | (18,473) | 17,302 | (1,171) |
| Share based compensation expense | 77,415 | - | 77,415 |
| Investment income | (19,267) | 19,314 | 47 |
| Foreign currency exchange losses, net | 6,471 | (374) | 6,097 |
| Impairment of long-term investments | - | 10,000 | 10,000 |
| *Changes in operating assets and liabilities, net of effects from acquisition of Hanru Hangzhou and Hao Xiao Zi* | | | |
| Accounts receivable | (164,231) | 133,765 | (30,466) |
| Amounts due from related parties | - | (1,964) | (1,964) |
| Prepaid expenses and other current assets | (18,712) | (14,414) | (33,126) |
| Accrued interest income on time deposits | 1,809 | - | 1,809 |
| Other non-current assets | (12,432) | 19,013 | 6,581 |
| Accounts payable | (196) | - | (196) |
| Amounts due to related parties | (310) | - | (310) |
| Income taxes payable | 34,731 | (17,682) | 17,049 |
| Deferred revenue | 36,102 | (12,625) | 23,477 |
| Accrued expenses and other current liabilities | 50,407 | 77,127 | 127,534 |
| Other non-current liabilities | (2,604) | - | (2,604) |
| **Net cash provided by operating activities** | **288,657** | **13,048** | **301,705** |
| | | | |
| **Investing activities:** | | | |
| Purchase of property and equipment and intangible assets | (177,251) | 432 | (176,819) |
| Proceeds from disposal of property and equipment | 462 | (39) | 423 |
| Purchase of short-term investments | (1,970,000) | 1,020,000 | (950,000) |
| Proceeds from maturity of short-term investments | 1,989,314 | (1,039,314) | 950,000 |
| Purchase of long-term investments | (50,500) | - | (50,500) |
| Payment of long-term investment deposit | (4,380) | - | (4,380) |
| Purchase of time deposits | (509,739) | (6,000) | (515,739) |
| Proceeds from maturity of time deposits | 528,999 | 5,959 | 534,958 |
| Issuance of loans to employees | (35,379) | 4,753 | (30,626) |
| Proceeds from repayment of loans from employees | 5,352 | 787 | 6,139 |
| **Net cash used in investing activities** | **(223,122)** | **(13,422)** | **(236,544)** |
| | | | |
| **Financing activities:** | | | |
| Issuance of Class A ordinary shares in connection with exercise of share options | 22,254 | - | 22,254 |
| Payment of dividend | (63,087) | - | (63,087) |
| Repurchase of treasury shares | (143,389) | - | (143,389) |
| **Net cash used in financing activities** | **(184,222)** | **-** | **(184,222)** |
| Changes in cash and cash equivalents | (118,687) | (374) | (119,061) |
| Effect of foreign currency exchange rate changes on cash, cash equivalents and | (5,294) | 374 | (4,920) |

| | | | | | |
|---|---|---|---|---|---|
| restricted cash | | | | | |
| Net change in cash, cash equivalents and restricted cash | | (123,981) | | - | (123,981) |
| Cash, cash equivalents and restricted cash at beginning of year | | 810,672 | | - | 810,672 |
| Cash, cash equivalents and restricted cash at end of year | | **686,691** | | - | **686,691** |

F-34

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3    RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

The following errors in the Company's annual financial statements were identified and corrected as part of the restatement:

**(a)    Restatement adjustments to inaccurate revenue and relevant accounts**

The Company restated the inaccurate revenue recorded for years ended December 31, 2016 and 2017, which was due to the misstatement of revenue resulted from intentional revenue inflation, inaccurate student account status and loan data recorded in the Company's customer relationship management (CRM) system, premature recognition of revenue from certain students, and inaccurate accounting treatment of tuition refunds.

The restatement resulted in a decrease of RMB54,086 and RMB33,605 in revenue and general and administrative expenses for bad debt provision, respectively, for the year ended December 31, 2016, a decrease of RMB133,027 in current and non-current accounts receivable net balances, respectively, and an increase of RMB64,385 in deferred revenue as of December 31, 2016.

The restatement resulted in a decrease of RMB193,303 and RMB31,499 in revenue and general and administrative expenses for bad debt provision, respectively, for the year ended December 31, 2017, a decrease of RMB270,520 in current and non-current accounts receivable net balances, and an increase of RMB97,553 in deferred revenue as of December 31, 2017.

In addition, the interest income and cost of revenue for the years ended December 31, 2016 and 2017, and tax and other tax payable as of December 31, 2016 and 2017 were also restated accordingly.

**(b)    Restatement adjustments to expense inaccuracies**

The Company discovered instances of improper charges against accounts receivable and/or bad debts, and certain students' tuition fee refund due to early termination of study through payment for irregular expense or loan from an individual.

The restatement resulted in an increase of RMB61,088, RMB48,539 and RMB5,015 in accounts receivable, other payable and other receivables, respectively, a decrease of RMB450 in property and equipment as of December 31, 2016, and an increase of RMB2,539 of interests expense, a decrease of RMB17,195 in cost of revenue, general and administrative expense and selling expenses collectively for the year ended December 31, 2016.

The restatement resulted in an increase of RMB93,372, RMB58,697 and RMB1,563 in accounts receivable, other payable and other receivables, respectively, a decrease of RMB882 in property and equipment as of December 31, 2017, and an increase of RMB4,958 of interests expense, a decrease of RMB23,199 in cost of revenue, general and administrative expense and selling expenses collectively for the year ended December 31, 2017.

**(c)    Restatement adjustment to accrue guarantee liabilities for the guarantee provided for students' loan**

The Company did not recognize guarantee liabilities in accordance with ASC Topic 460 to reflect that it provided guarantee to certain students who borrowed the tuition fee from financial service providers. Thus the Company proposed restatement adjustments which resulted in an increase of RMB83,693 in accrued expenses and other current liabilities-guarantee liabilities, and a decrease of RMB46,165 in deferred revenue as of December 31, 2017, and a decrease of RMB37,529 in revenue for year ended December 31, 2017.

**(d)    Incomplete disclosed related party transactions**

The Company has properly classified and presented the related party balances and transactions in the restated consolidation financial statements and disclosed in Note 14, in response to the audit committee's finding on undisclosed conflict of interest and related party transactions. The restatement resulted in an increase of RMB11,478 in current and non-current amount due from related parties, and RMB447 in amount due to related parties as of December 31, 2016, and an increase of RMB13,211 in current and non-current amount due from related parties, and RMB216 in amount due to related parties as of December 31, 2017.

Case 1:21-cv-03502-RKC-RML Document 32-1 Filed 05/19/22 Page 16 of 18 PageID #: 511

F-35

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**3   RESTATEMENT AND RECLASSIFICATIONS (CONTINUED)**

**(e)   Restatement and reclassification adjustments to miscellaneous items**

The Company also corrected and reclassified some minor errors, which led to increase or decrease in certain accounts, i.e. accounts receivable, advance from customers, long-term investment and investment income, cost and expenses, as well as reclassification in property and equipment, intangible assets and other non-current assets, etc.

**(f)   Adjustments on tax payable due to the restatement**

According to the restatement adjustments above, the Company restated the income tax payable and deferred tax assets, which resulted in an increase of RMB9,443 in income tax expense in year ended December 31, 2016, a decrease of RMB49,574 and RMB40,853 in non-current deferred tax assets and income tax payable, respectively, as of December 31, 2016, and a decrease of RMB380 in income tax expense in year ended December 31, 2017, a decrease of RMB66,979 and RMB58,638 in non-current deferred tax assets and income tax payable, respectively, as of December 31, 2017.

**(g)   Retain earnings**

As a result of the foregoing, the Company restated the cumulative effect of the change on retained earnings, which resulted in a decrease of RMB184,972 and RMB369,926 in years ended December 31, 2016 and 2017.

F-36

**TARENA INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
(Amounts in thousands of RMB and US$,
except for number of shares and per share data)

**(h)  Earnings (loss) per share**

As a result of the foregoing, the cumulative effect of earnings (loss) per share as follows:

| | Year Ended December 31, 2016 | | |
| --- | --- | --- | --- |
| | As previously reported | Restatement adjustments | As restated |
| | RMB | RMB | RMB |
| Numerator: | | | |
| Net income attributable to Class A and Class B ordinary shareholders | 241,854 | (15,734) | 226,120 |
| Net income for basic and diluted earnings per share | 241,854 | (15,734) | 226,120 |
| Denominator: | | | |
| Denominator for basic earnings per share: | | | |
| Weighted average number of Class A and Class B ordinary shares outstanding | 55,540,670 | - | 55,540,670 |
| Dilutive effect of outstanding share options | 3,464,591 | - | 3,464,591 |
| Denominator for diluted earnings per share | 59,005,261 | - | 59,005,261 |
| **Basic earnings per Class A and Class B ordinary share** | **4.36** | **(0.28)** | **4.07** |
| **Diluted earnings per Class A and Class B ordinary share** | **4.10** | **(0.27)** | **3.83** |

| | Year Ended December 31, 2017 | | |
| --- | --- | --- | --- |
| | As previously reported | Restatement adjustments | As restated |
| | RMB | RMB | RMB |
| Numerator: | | | |
| Net income (loss) attributable to Class A and Class B ordinary shareholders | 184,807 | (184,954) | (147) |
| Net income (loss) for basic and diluted earnings per share | 184,807 | (184,954) | (147) |
| Denominator: | | | |
| Denominator for basic earnings per share: | | | |
| Weighted average number of Class A and Class B ordinary shares outstanding | 56,849,332 | - | 56,849,332 |
| Dilutive effect of outstanding share options | 2,749,379 | - | - |
| Denominator for diluted earnings (loss) per share | 59,598,711 | - | 56,849,332 |
| **Basic earnings (loss) per Class A and Class B ordinary share** | **3.25** | **(3.25)** | **(0.00)** |
| **Diluted earnings (loss) per Class A and Class B ordinary share** | **3.10** | **(3.10)** | **(0.00)** |

F-37