

Phillip Kim
pkim@rosenlegal.com

July 13, 2022

**VIA ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Qiu v. Tarena International, Inc., et al.,* 1:21-cv-03502 (PKC) (RML)

Dear Judge Chen:

      I write on behalf of the Parties to inform the Court that the Parties have reached a settlement in principle that will resolve all claims in the above-captioned putative class action.

      The Parties are in the process of formalizing their settlement agreement. Accordingly, the Parties respectfully request that the Court hold in abeyance any decision on Tarena International, Inc.'s pending motion to dismiss (Dkt. No. 24). Plaintiffs anticipate filing a motion for preliminary approval of the proposed class action settlement in 45 days.

      Respectfully submitted,

      */s/ Phillip Kim*
      Phillip Kim

CC: All counsel of record via ECF

---

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**