**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>    Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER**
**PRELIMINARILY APPROVING SETTLEMENT AND**
**ESTABLISHING NOTICE PROCEDURES**

PLEASE TAKE NOTICE that Lead Plaintiff Walter De Schutter and Named Plaintiffs Steven Clauter and Cynthia Lewis ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Pamela K. Chen, United States District Judge of the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and Settling Defendant as set forth in the Stipulation of Settlement ("Stipulation") submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement (the "Settlement Fairness Hearing").

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, the Declaration of Phillip Kim, each filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Tarena does not oppose the entry of the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Proposed Order"), but otherwise takes no position on this motion. Accordingly, Plaintiffs request that the Court enter the Proposed Order, also attached as Exhibit A to the Stipulation, submitted herewith.

Dated: August 31, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim (Pronouns: he/him/his)
Jing Chen (Pronouns: she/her/hers)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
        jchen@rosenlegal.com
*Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Phillip Kim*
Phillip Kim