**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>       Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Phillip Kim, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a partner at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Walter De Schutter and Named Plaintiffs Steven Clauter and Cynthia Lewis in the above-captioned Action. I make this declaration in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Settlements: 2021 Review and Analysis.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2022.

                                        */s/ Phillip Kim*
                                        Phillip Kim

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system

*/s/ Phillip Kim*
Phillip Kim