**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG, <br><br> Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of their motion for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Amended Settlement between Plaintiffs and Settling Defendant; (c) approving the form and method for providing notice of the Amended Settlement; and (d) scheduling a hearing date for final approval of the Amended Settlement (the "Settlement Fairness Hearing") (Dkt. Nos. 31-34,38[1]), Plaintiffs respectfully submit this notice to advise the Court of the attached recent decision by the United States District Court for Eastern District of New York in *In re Tenaris S.A. Securities Litigation*, 1:18-cv-07059-

---

[1] Dkt. No. 31 is the Initial Stipulation of Settlement. Dkt. No. 32 is the Notice of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures. Dkt. No. 33 is the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures. Dkt. No. 34 is the Declaration of Phillip Kim in Support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures. Dkt. No. 38 is, subject to the Court's approval, the operative Amended Stipulation of Settlement, amending, pursuant to the Court's November 8, 2022 Order, the initial Stipulation Of Settlement (Dkt. No. 31) to (i) add emailing as an additional method for Settlement Class members to exclude themselves from the Settlement, and (ii) specify the review procedure a Claimant is entitled to when the Claims Administrator rejects his/her/its claim.

KAM-SJB (E.D.N.Y.) (attached as Exhibit 1), which preliminarily certified a world-wide class[2]

for the settlement purposes and approved the settlement. The world-wide settlement class

preliminary approved by the *Tenaris* court comports with Section 10(b) of the Securities

Exchange Act ("Section 10(b)"), which regulates all transactions on U.S. national exchanges

regardless of the purchaser's location.

Dated: April 17, 2023                                      Respectfully submitted,

                                                           **THE ROSEN LAW FIRM, P.A.**

                                                           By: */s/ Phillip Kim*
                                                           Phillip Kim (Pronouns: he/him/his)
                                                           Jing Chen (Pronouns: she/her/hers)
                                                           275 Madison Avenue, 40th Floor
                                                           New York, New York 10016
                                                           Telephone: (212) 686-1060
                                                           Fax: (212) 202-3827
                                                           Email: pkim@rosenlegal.com
                                                                     jchen@rosenlegal.com
                                                           *Lead Counsel for Plaintiffs and the Class*

---

[2] The settlement class in *Tenaris* referred to "all persons and entities who or which purchased or otherwise acquired Tenaris American Depositary Shares ("ADS") between May 1, 2014 and December 5, 2018, inclusive (the "Settlement Class Period") and suffered economic losses as a proximate result of the alleged wrongdoing. Excluded from the Settlement Class are (a) persons who suffered no compensable losses; and (b) (i) Defendants and Former Defendants; (ii) the legal representatives, heirs, successors, assigns, and Immediate Family members of the Individual Defendant and Edgardo Carlos; (iii) the parents, subsidiaries, assigns, successors, predecessors and affiliates of Tenaris, San Faustin S.A., and/or Techint Holdings S.á.r.l.; (iv) any person who served as an Officer and/or director of Tenaris, San Faustin S.A., and/or Techint Holdings S.á.r.l. during the Settlement Class Period; (v) any entity in which any of the foregoing (i)-(iv) excluded persons have or had a majority ownership interest during the Settlement Class Period; (c) any trust of which Individual Defendant or Edgardo Carlos is the grantor or settlor or which is for the benefit of Individual Defendant, or Edgardo Carlos and/or member(s) of their Immediate Family; and (d) Defendants' liability insurance carriers. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court. For the avoidance of doubt, Tenaris ordinary shares are not eligible Settlement Class securities, and purchases or other acquisitions of those securities do not establish membership in the Settlement Class." Tenaris SA's ADSs trade on the New York Stock Exchange, a U.S. national exchange.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Phillip Kim*
Phillip Kim