**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>    Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISBURSEMENT OF REASONABLE NOTICE AND ADMINISTRATION COSTS**

Having read and considered Plaintiffs' request for the Courts' approval for the disbursement of reasonable Notice and Administration Costs[1] the Claims Administrator incurred between November 2, 2023 and December 31, 2023 and the Claims Administrator's Declaration supporting such request filed on January 5, 2024, the Court hereby orders, that:

1.    Plaintiffs' request is granted.

2.    Pursuant to ¶¶2.3, 2.6 of the Stipulation and ¶13 of the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 41), Lead Counsel is hereby permitted to direct the Escrow Agent to disburse $13,689.19 to the Claims Administrator immediately upon entry of this Order.

Dated: January 5, 2024          */s/ Pamela K. Chen*
                               HON. PAMELA K. CHEN
                               UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise indicated, all capitalized terms have the meanings ascribed to them in the Second Amended Stipulation of Settlement (Dkt. No. 40) ("Stipulation").