**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

YILI QIU, Individually and On Behalf of All
Others Similarly Situated,

      Plaintiff,

      v.

TARENA INTERNATIONAL, INC.,
SHAOYUN HAN, and YUDUO YANG,

      Defendants.

CASE No.: 1:21-cv-03502-PKC-RML

---

**NOTICE OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that, pursuant to the Court's September 5, 2023, Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and the Court's December 15, 2023 Order, on February 9, 2024 at 2:00 p.m., before the Honorable Pamela K. Chen, Judge of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, Courtroom 4F North, Lead Plaintiff Walter De Schutter and Named Plaintiffs Steven Clauter and Cynthia Lewis ("Plaintiffs") will move the Court for entry of an Order awarding: (1) attorneys' fees in the amount of one-third of the $3,500,000 Settlement Amount, plus interest; (2) reimbursement of litigation expenses, plus interest; and (3) Awards to Plaintiffs.[1]

This motion is based on: (a) this Notice of Motion; (b) the accompanying Memorandum of Law in Support thereof; (c) the Declaration of Phillip Kim in Support of the Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation; and (II) an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, Awards to Plaintiffs (and all exhibits thereto); (d) the pleadings and papers filed herein; (e) arguments of counsel; and (f) any other matters properly before the Court.

A proposed order is submitted herewith.

Dated: January 12, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Phillip Kim (Pronouns: he/him/his)
Jing Chen (Pronouns: she/her/hers)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings ascribed to them in the Second Amended Stipulation of Settlement, filed August 18, 2023 (ECF No. 40).

1

jchen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2024, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system


<u>/s/ Phillip Kim</u>
Phillip Kim