# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) CAFA NOTICE; (B) MAILING AND EMAILING OF THE NOTICE; (C) PUBLICATION OF THE SUMMARY NOTICE; AND (D) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-two years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred fifty (550) class action cases since its inception. I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.[1] I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE CAFA NOTICE**

2.      At the request of Taren International, Inc.'s ("Tarena") Counsel, Skadden, Arps, Slate, Meagher & Flom LLP, and separate from our engagement as the Claims Administrator for

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Second Amended Stipulation of Settlement, dated August 18, 2023 (Dkt. No. 40, the "Settlement Stipulation").

the Settlement of the above-captioned action, on September 9, 2022, SCS mailed a notice of stipulated class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service. The mailing consisted of: (i) a letter regarding the Settlement provided by Tarena's Counsel describing the mailing (the "CAFA Letter"); and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter. Attached as **Exhibit A** is a copy of the CAFA letter that SCS mailed.

## MAILING OF THE POSTCARD NOTICE AND EMAILING LINKS OF THE LONG NOTICE AND PROOF OF CLAIM

3.      Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, dated September 5, 2023 (Dkt. No. 41, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims for the Settlement.

4.      SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Securities Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") for the DTC to publish on its Legal Notice System ("LENS") on September 15, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. **Exhibit B** is a copy of the Long Notice and Claim Form.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominees, on behalf of the beneficial purchasers. The names

2

and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 840 banks and brokerage companies ("Nominee Account Holders"), as well as 1,344 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On or before September 20, 2023, SCS caused a letter to be mailed or e-mailed to the 2,184 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the link to the Long Notice and Claim Form on the settlement webpage to their customers who may be beneficial purchasers/owners, or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email the link to the Long Notice and Claim Form on the settlement webpage directly to them. A copy of the letter sent to these nominees is attached as **Exhibit C.** A true and correct copy of the Postcard Notice is attached as **Exhibit D**.

6.       To provide actual notice to those persons and entities that purchased the American Depositary Shares ("ADSs") of Tarena during the period from August 16, 2016 through November 1, 2019, inclusive (the "Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class.

7.       SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 658 individuals and organizations identified in the transfer records that Lead Counsel provided to SCS. SCS also sent two emails with a direct link to the Long Notice and Claim Form to individuals and organizations identified in the transfer records that were provided to SCS. These records reflect persons and entities that purchased Tarena ADSs for their own account(s), or for the account(s) of their clients, during the Class Period. The transfer record mailing and emailing

was completed on September 20, 2023. Following this mailing, SCS received 3,809 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that SCS mail the Postcard Notice. Additionally, SCS received a request from two nominees for 3,890 Postcard Notices so that the nominees could forward them to their customers. SCS was also notified by three nominees that they mailed the Postcard Notice to 174 of their customers. Additionally, SCS sent an email with the Long Notice and Claim Form link to two email addresses Lead Counsel provided to SCS. Lastly, a nominee notified SCS that it emailed 4,889 of its clients to notify them of this Settlement and provided a direct link to the Long Notice and Claim Form on the settlement webpage.

8.     Of the 13,424 Notices mailed or emailed, 8,531 Postcard Notices were mailed and 4,893 links to the Long Notice and Claim Form were emailed.

9.     Out of the 8,531 Postcard Notices mailed, 822 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 26, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 796 Postcard Notices returned as undeliverable were "skip-traced" using Experian (a nationally recognized skip tracing firm) to obtain updated addresses and 332 were re-mailed to updated addresses. Accordingly, in total 12,960 potential Settlement Class Members received notice of the Settlement.

## PUBLICATION OF THE SUMMARY NOTICE

10.     Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on *GlobeNewswire* and in print once in the *Investor's Business Daily* on October 2, 2023, as shown in the confirmations of publication attached hereto as **Exhibit E.**

## TOLL-FREE PHONE LINE

11.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and request the Long Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

12.     On September 14, 2023, SCS established a webpage on its website at www.strategicclaims.net/Tarena/. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Settlement Stipulation. On December 15, 2023, SCS updated the Settlement Webpage to notify Settlement Class Members of the change of date of the Settlement Hearing from January 18, 2024 to February 9, 2024, as well as the corresponding deadlines for the submissions of claims, exclusion requests, and objections.

## REPORT ON EXCLUSIONS AND OBJECTIONS

13.     The Long Notice, Summary Notice, Postcard Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than December 28, 2023.[2] SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has received two invalid requests for exclusion. One exclusion request is invalid because the entity is not a Settlement Class Member as it had no compensable losses. The second exclusion request is

---

[2] As the Settlement Hearing was continued until February 9, 2024, the deadline for exclusion requests is now January 19, 2024, twenty-one days before the Settlement Hearing. Preliminary Approval Order at ¶23).

invalid because the individual did not submit the request by the means required by the Court-approved Long Notice, did not provide the information required to determine whether he is a member of the Settlement Class, and did not responded to the Claim's Administrator's follow-up inquiry for the required information. Copies of the exclusion requests are attached hereto as **Exhibit F**.

14.    According to the Long Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than December 28, 2023.[3] As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objection was submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of January 2024, in Media, Pennsylvania.

Josephine Bravata

---

[3] Like the exclusion deadline, the deadline to object to the Settlement is January 19, 2024, twenty-one days before the Settlement Hearing. Preliminary Approval Order, ¶27.


**EXHIBIT A**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### ONE MANHATTAN WEST
### NEW YORK 10001
———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE
OFFICES
----------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
----------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
+1 212-735-3902
DIRECT FAX
+1 917-777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

September 9, 2022

**VIA MAIL**
The Honorable Merrick B. Garland
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

The Honorable Gary Gensler
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-0330

Additional recipients identified in Exhibit A hereto

> **RE:    CAFA Notification of Settlement in *Qiu v. Tarena International, Inc. et al.*, No. 21-cv-3502 (PKC) (RML) (E.D.N.Y.)**

Dear Sir/Madam:

On behalf of all Defendants, we respectfully write pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, *et seq.*, to notify you of the proposed settlement of the above-referenced putative securities class action (the "Settlement"). Plaintiffs asserted claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of all persons who purchased American Depository Shares (ADS) of Defendant Tarena International, Inc. between August 16, 2016 and November 1, 2019, inclusive. It is not feasible at this time to provide the names of individual class members who reside in each state, or the estimated number of class members residing in each state, or the proportionate share of the claims of such members to the entire settlement. On August 31, 2022,

September 9, 2022
Page 2

Plaintiffs filed the Stipulation and Agreement of Settlement and Motion for Settlement.  The Court has not yet ruled on the motion.

The following documents associated with this action and the Settlement are enclosed on a CD:

Exhibit 1:    Complaint (ECF No. 1)

Exhibit 2:    Amended Complaint, with exhibits (ECF No. 17)

Exhibit 3:    Stipulation and Agreement of Settlement, with exhibits (ECF No. 31)

Filings in this action are posted on the website for the United States District Court for the Eastern District of New York, which may be accessed at https://ecf.nyed.uscourts.gov/cgi-bin/ShowIndex.pl.

The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the Stipulation and Agreement of Settlement and which was not filed with the Court.  As described in the Stipulation and Agreement of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement.  The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

This notice is submitted on behalf of all Defendants and is intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the above-captioned matter.  If you have any questions about this notice, the lawsuit, or the enclosed materials, please contact me by telephone at (212) 735-3902 or by email at robert.fumerton@skadden.com.

Sincerely,

Robert A. Fumerton

Encls.

**EXHIBIT A**

| | |
|---|---|
| Steve Marshall<br>Office of the Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | Treg Taylor<br>State of Alaska Department of Law Attorney General<br>PO Box 110300<br>Juneau, AK 99811-0300 |
| Mark Brnovich<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 | Leslie Rutledge<br>Arkansas Attorney General<br>323 Center St<br>Suite 200<br>Little Rock, AR 72201-2610 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave<br>Suite 11000<br>San Francisco, CA 94102 | Phil Weiser<br>Attorney General<br>1300 Broadway<br>10th Fl<br>Denver, CO 80203 |
| William Tong<br>Office of the Attorney General<br>55 Elm St<br>Hartford, CT 06106 | Kathy Jennings<br>Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| Ashley Moody<br>Florida Office of the Attorney General<br>The Capitol<br>PL 101<br>Tallahassee, FL 32399-1050 | Christopher Carr<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Holly Shikada<br>Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | Lawrence Wasden<br>Office of the Attorney General<br>700 W. Jefferson St<br>PO Box 83720<br>Boise, ID 83720-1000 |
| Kwame Raoul<br>Illinois Attorney General<br>100 W. Randolph St<br>Chicago, IL 60601 | Todd Ritka<br>Office of the Indiana Attorney General<br>302 W Washington St<br>5th Floor<br>Indianapolis, IN 46204 |
| Tom Miller<br>Office of the Attorney General<br>1305 E Walnut St<br>Des Moines, IA 50319 | Derek Schmidt<br>Attorney General<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 |
| Daniel Cameron<br>Office of the Attorney General<br>700 Capitol  Ave<br>Capitol Building, Ste. 118<br>Frankfort, KY 40601 | Jeff Landry<br>Office of the Attorney General<br>PO Box 94095<br>Baton Rouge, LA 70804-4095 |
| Aaron Frey<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Brian Frosh<br>Maryland Attorney General<br>200 St. Paul Pl.<br>Baltimore, MD 21202-2202 |

**EXHIBIT A**

| | |
|---|---|
| Maura Healey<br>Attorney General<br>1 Ashburton Pl.<br>Boston, MA 02108-1698 | Dana Nessel<br>State of Michigan Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St.<br>PO Box 30212<br>Lansing, MI 48909 |
| Keith Ellison<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul, MN 55101-2131 | Lynn Fitch<br>Office of the Attorney General State of<br>Mississippi<br>PO Box 220<br>Jackson, MS 39205 |
| Eric Schmitt<br>Missouri Attorney General<br>PO Box 899<br>Jefferson City, MO 65102 | Austin Knudsen<br>Montana Department of Justice Attorney General<br>PO Box 201401<br>Helena, MT 59620-1401 |
| Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 | Aaron Ford<br>Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701 |
| John Formella<br>Office of the Attorney General<br>NH Department of Justice<br>33 Capitol St.<br>Concord, NH 03301-6397 | Matt Platkin<br>Office of the Attorney General<br>Richard Hughes Justice Complex<br>25 Market Street<br>PO Box 080<br>Trenton, NJ 08625-0080 |
| Hector Balderas<br>Office of the New Mexico Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508 | Letitia James<br>Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224 |
| Josh Stein<br>North Carolina Department of Justice Attorney<br>General<br>9001 Mail Service Center<br>Raleigh, NC 27699 | Drew Wrigley<br>North Dakota Attorney General<br>State Capitol<br>600 E Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040 |
| Dave Yost<br>Ohio Attorney General<br>30 E Broad St, 14th Floor<br>Columbus, OH 43215 | John O'Connor<br>Oklahoma Office of the Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Ellen Rosenblum<br>Oregon Department of Justice Attorney General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301 | Josh Shapiro<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Sq.<br>Harrisburg, PA 17120 |
| Peter Neronha<br>Office of the Attorney General<br>150 S Main St.<br>Providence, RI 02903 | Alan Wilson<br>South Carolina Attorney General<br>PO Box 11546<br>Columbia, SC 29211-1549 |

**EXHIBIT A**

| | |
|---|---|
| Mark Vargo<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 | Herbert H. Slatery, III<br>Office of the Attorney General<br>PO Box 20207<br>Nashville, TN 37202 |
| Ken Paxton<br>Attorney General of Texas<br>PO Box 12548<br>Austin, TX 78711-2548 | Sean Reyes<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |
| Susanne Young<br>Office of the Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 | Jason Miyares<br>Attorney General of Virginia<br>900 E Main St<br>Richmond, VA 23219 |
| Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| Josh Kaul<br>Wisconsin Department of Justice Attorney General<br>State Capitol, Ste 114 E<br>PO Box 7857<br>Madison, WI 53707-7857 | Bridget Hill<br>Wyoming Attorney General<br>Pioneer Building, 4th Floor<br>2424 Pioneer Avenue<br>Cheyenne, WY 82002 |
| Karl A. Racine<br>Office of the Attorney General<br>441 4th St, NW<br>Suite 1100S<br>Washington, DC 20001 | Domingo Emanuelli<br>Puerto Rico Attorney General<br>PO Box 9020192<br>San Juan, PR 00902-0192 |
| Leevin Camacho<br>Attorney General<br>ITC Building<br>590 S. Marine Corps Dr<br>Suite 706<br>Tamuning, Guam 96913 | |


**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>   Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased the American Depositary Shares ("ADSs") of Tarena International, Inc. ("Tarena" or the "Company") during the period from August 16, 2016 through November 1, 2019, both dates inclusive ("Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide three million five hundred thousand dollars ($3,500,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Tarena ADSs during the Class Period.

- The Settlement represents an estimated average recovery of $0.08 per ADS for the approximately 43.4 million Tarena ADSs damaged during the Class Period. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Tarena ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($1,166,666.67), reimbursement of no more than $40,000 in litigation expenses, and a total case contribution award to Plaintiffs not to exceed $15,000. Collectively, the attorneys' fees and expenses and Plaintiffs' award are estimated to average $0.028 per Tarena ADS outstanding during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Amount.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.052 per Tarena ADS outstanding during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Tarena ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants issued false and misleading financial statements which resulted in a restatement. Tarena has denied and continues to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. Tarena has also denied, among other things, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Tarena continues to believe the claims asserted against it in the Action are without merit.

1

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

<table>
<tr><td colspan="2" align="center"><strong>YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT</strong></td></tr>
<tr><td><strong>Submit a Proof of Claim and Release Form</strong></td><td>Fill out the attached Proof of Claim and Release Form and submit it no later than <strong>December 28, 2023</strong>. <strong>This is the only way to get a payment.</strong></td></tr>
<tr><td><strong>Exclude Yourself from the Class</strong></td><td>Submit a request for exclusion no later than <strong>December 28, 2023.</strong> This is the only way you can ever be part of any other lawsuit against the Defendants or the other Released Parties relating to the legal claims in this case. <strong>If you exclude yourself, you will receive no payment and cannot object or speak at the hearing</strong>.</td></tr>
<tr><td><strong>Object</strong></td><td>Write to the Court no later than <strong>December 28, 2023</strong> about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it.</td></tr>
<tr><td><strong>Go to the Hearing</strong></td><td>Ask to speak in Court about the fairness of the Settlement no later than <strong>December 28, 2023</strong> at the hearing on <strong>January 18, 2024</strong>. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it.</td></tr>
<tr><td><strong>Do Nothing</strong></td><td><strong>Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.</strong></td></tr>
</table>

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

<table>
<tr>
<td align="center">Tarena International, Inc. Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel.: (866) 274-4004<br>Fax: (610) 565-7985<br>info@strategicclaims.net</td>
<td align="center"><strong>or</strong></td>
<td align="center">Phillip Kim, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Ave, 40th Floor<br>New York, NY 10016<br>Tel: (212) 686-1060<br>Fax: (212) 202-3827<br>pkim@rosenlegal.com</td>
</tr>
</table>

2

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Second Amended Stipulation of Settlement, dated August 18, 2023 (the "Settlement Stipulation").

### COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.   Why did I get this Notice?**

You or someone in your family may have purchased Tarena ADSs during the period from August 16, 2016 through November 1, 2019, both dates inclusive.

**2.   What is this lawsuit about?**

The case is known as *Qiu v. Tarena International, Inc., et al.,* 1:21-cv-03502-PKC-RML (the "Action"). The Court in charge of the case is the United States District Court for the Eastern District of New York.

The Action involves allegations that Defendants made materially false statements and omissions to the public. Specifically, the Complaint alleges that Defendants engaged in a multi-year accounting fraud rendering Tarena's financial statements during the Class Period false and culminated in a restatement. Tarena has denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Plaintiffs or any other Settlement Class Member.

**3.   Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.   Why is there a Settlement?**

Plaintiffs and Tarena do not agree regarding the merits of Plaintiffs' allegations or the average amount of damages per ADS, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Tarena disagree include: (1) whether Tarena made any allegedly misleading statements or omissions; (2) whether Tarena acted knowingly or were grossly reckless in making the alleged misrepresentations; (3) whether the alleged disclosures corrected the alleged misrepresentations; (4) whether the alleged misrepresentations caused any loss in the value of Tarena ADSs; and (5) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Tarena have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Tarena. Even if Plaintiffs were to win at trial, and also prevail on any on appeal, Plaintiffs might not be able to collect any of any judgment they are awarded.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased Tarena ADSs from August 16, 2016 through November 1, 2019, both dates inclusive, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are (1) Defendants, (2) the present and former officers and directors of Tarena at all relevant times, (3) members of such excluded persons' immediate families, (4) the legal representatives, heirs, successors, or assigns of any such excluded person or entity, and (5) any entity in which any of the Defendants, or any person excluded under this subsection, has or had a majority ownership interest at any time. Also excluded from the Settlement Class are those Persons who (i) suffered no compensable losses, or (ii) submit valid and timely a request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/Tarena/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Tarena and/or their insurers to pay three million five hundred thousand dollars ($3,500,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration approved by the Court, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Tarena ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs approved by the Court, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the price of Tarena ADSs was artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated

4

price of Tarena ADSs.  Tarena has denied and continues to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

## PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation does not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Tarena/.

The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund pursuant to the Plan of Allocation. The Recognized Loss formula and the proposed allocation of the Net Settlement Fund to specific time frames within the Settlement Class Period, as set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial.  Payments to valid Settlement Class Members pursuant to the Plan of Allocation shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement and subject to the Court's approval; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s)  approved by the Court.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

(I) Recognized Loss for Tarena ADSs purchased during the Class Period will be calculated as follows:

(A)    For shares purchased during the Class Period and sold during the Class Period, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)    For shares purchased during the Class Period and retained as of the close of trading on January 31, 2020[1], the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $1.58[2] per share.

---

[1] This is the last day of the 90-day look back period.

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market

5

(C)    For shares purchased during the Class Period and sold during the period November 4, 2019 through January 31, 2020, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

| INFLATION TABLE A | |
|---|---|
| ADSs Purchased During the Class Period | |
| **Period** | **Inflation** |
| August 16, 2016 to April 30, 2019 inclusive | $0.56 per share |
| May 1, 2019 to May 16, 2019, inclusive | $0.52 per share |
| May 17, 2019 to May 19, 2019, inclusive | $0.24 per share |
| May 20, 2019 to July 24, 2019, inclusive | $0.08 per share |
| July 25, 2019 to November 1, 2019 inclusive | $0.01 per share |
| After November 1, 2019 | $0.00 per share |

## Table B

| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2019 | $0.83 | $0.83 | | 12/4/2019 | $0.77 | $0.83 | | 1/3/2020 | $2.48 | $1.05 |
| 11/5/2019 | $0.83 | $0.83 | | 12/5/2019 | $0.75 | $0.83 | | 1/6/2020 | $2.48 | $1.08 |
| 11/6/2019 | $0.84 | $0.83 | | 12/6/2019 | $0.77 | $0.82 | | 1/7/2020 | $2.65 | $1.12 |
| 11/7/2019 | $0.81 | $0.83 | | 12/9/2019 | $0.77 | $0.82 | | 1/8/2020 | $2.56 | $1.15 |
| 11/8/2019 | $0.80 | $0.82 | | 12/10/2019 | $0.87 | $0.82 | | 1/9/2020 | $2.50 | $1.18 |
| 11/11/2019 | $0.80 | $0.82 | | 12/11/2019 | $0.91 | $0.83 | | 1/10/2020 | $2.56 | $1.21 |
| 11/12/2019 | $0.80 | $0.81 | | 12/12/2019 | $0.94 | $0.83 | | 1/13/2020 | $2.61 | $1.24 |
| 11/13/2019 | $0.83 | $0.82 | | 12/13/2019 | $1.03 | $0.84 | | 1/14/2020 | $2.56 | $1.26 |
| 11/14/2019 | $0.83 | $0.82 | | 12/16/2019 | $1.08 | $0.84 | | 1/15/2020 | $2.21 | $1.28 |
| 11/15/2019 | $0.87 | $0.82 | | 12/17/2019 | $0.96 | $0.85 | | 1/16/2020 | $2.50 | $1.31 |
| 11/18/2019 | $0.82 | $0.82 | | 12/18/2019 | $1.18 | $0.86 | | 1/17/2020 | $2.82 | $1.34 |
| 11/19/2019 | $0.87 | $0.83 | | 12/19/2019 | $1.35 | $0.87 | | 1/21/2020 | $3.34 | $1.37 |
| 11/20/2019 | $0.82 | $0.83 | | 12/20/2019 | $1.25 | $0.88 | | 1/22/2020 | $3.68 | $1.42 |
| 11/21/2019 | $0.82 | $0.83 | | 12/23/2019 | $1.30 | $0.90 | | 1/23/2020 | $3.48 | $1.45 |
| 11/22/2019 | $0.80 | $0.82 | | 12/24/2019 | $1.29 | $0.91 | | 1/24/2020 | $3.15 | $1.49 |
| 11/25/2019 | $0.82 | $0.82 | | 12/26/2019 | $1.34 | $0.92 | | 1/27/2020 | $2.80 | $1.51 |
| 11/26/2019 | $0.87 | $0.83 | | 12/27/2019 | $1.54 | $0.94 | | 1/28/2020 | $2.68 | $1.53 |
| 11/27/2019 | $0.87 | $0.83 | | 12/30/2019 | $1.72 | $0.96 | | 1/29/2020 | $2.60 | $1.55 |
| 11/29/2019 | $0.88 | $0.83 | | 12/31/2019 | $1.96 | $0.98 | | 1/30/2020 | $2.62 | $1.56 |

---

price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $1.58 per share was the mean (average) daily closing trading price of Tarena ADSs during the 90-day period beginning on November 4, 2019 and ending on January 31, 2020, inclusive.

| **Table B** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Closing Price** | **Average Closing Price** | | **Date** | **Closing Price** | **Average Closing Price** | | **Date** | **Closing Price** | **Average Closing Price** |
| 12/2/2019 | $0.87 | $0.83 | | 1/2/2020 | $2.36 | $1.01 | | 1/31/2020 | $2.28 | $1.58 |
| 12/3/2019 | $0.78 | $0.83 | | | | | | | | |

To the extent a Claimant had a trading gain or "broke even" from his, her or its overall transactions in Tarena ADSs during the Class Period, the value of the Recognized Loss will be zero and the Claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a Claimant suffered a trading loss on his, her or its overall transactions in Tarena ADSs during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the Claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions, and sales of the Company's ADSs during the period from August 16, 2016 through and including January 31, 2020.

Payment pursuant to the Plan of Allocation approved by the Court will be conclusive against all Authorized Claimants. No person will have any claim against Defendants, Defendants' Counsel, Lead Plaintiff, Lead Plaintiff's Counsel or the Claims Administrator or other agent designated by Lead Plaintiff's Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant will be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.    How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form" This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/Tarena/. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Tarena/ **by 11:59 p.m. EST on December 28, 2023**; or (2) by mailing the Proof of Claim and Release Form together with all documentation requested in the form, **postmarked no later than December 28, 2023**, to:

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant. If the Claims Administrator determines that your claim is deficient or rejected, the Claims Administrator will send a deficiency letter or rejection letter, describing the basis on which the claim is so determined. If you timely submit a Proof of Claim and Release Form that is deficient or otherwise rejected, you will be afforded a reasonable time (at least ten (10) calendar days) to cure such deficiency if such deficiency may be cured. If your claim has been rejected in whole or in part and you wish to contest such rejection, you must, within thirty (30) calendar days after the date of mailing of the rejection notice, serve upon the Claims Administrator, by mail or email, a notice and statement of reasons for contesting the rejection along with any supporting documentation. If you disagree with the Claims Administrator's review decision, you may request Lead Counsel to review your claim. If an issue concerning a claim cannot be otherwise resolved, Lead Counsel shall thereafter present the request for review to the Court at the time a motion for distribution of Settlement fund is made.

**10.    What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the December 28, 2023 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against Tarena and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Tarena and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of Tarena ADSs during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, sale or ownership of Tarena ADSs during the Class Period. The specific terms of the release are included in the Settlement Stipulation.

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Tarena or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter or send an email that (A) clearly indicates your name, address, phone number and email contact information (if any) and states that you "request to be excluded from the Settlement Class in *Qiu v. Tarena International, Inc., et al.,* 1:21-cv-03502-PKC-RML (E.D.N.Y)" and (B) states the date, number of shares and dollar amount of each Tarena ADS purchased during the Class Period, any sale transactions, and the number of Tarena ADSs held by you as of August 1, 2016 and November 1, 2019. In order to be valid, such request for exclusion must be submitted by mail or email with documentary proof: (i) of each purchase and, if applicable, sale transaction of Tarena ADSs during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Tarena ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail or email your exclusion request, to be **received no later than December 28, 2023**, to the Claims Administrator at the following address:

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Email: info@strategicclaims.net

**You cannot exclude yourself by telephone.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Tarena or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Tarena or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be

9

reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($1,166,666.67) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $40,000, and an award to Plaintiffs not to exceed $15,000 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.     How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Qiu v. Tarena International, Inc., et al.,* 1:21-cv-03502-PKC-RML (E.D.N.Y). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of Tarena ADSs during the Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than December 28, 2023**:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Phillip Kim, Esq.<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>40th Floor<br>New York, NY 10016<br><br>***Lead Counsel*** | Robert A. Fumerton, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br><br>***Counsel for Tarena*** |

**16.     What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.     When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **January 18, 2024 at 10:00 a.m.**, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 4F North, Brooklyn, NY 11201. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct

the Claims Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

**18.   Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.   What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Tarena or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

### SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Class Period, you purchased or sold Tarena ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased Tarena ADSs during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to the Notice and Proof of Claim and Release Form to the email address of each beneficial purchaser/owner of Tarena ADSs; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of the Tarena ADSs. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.05 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.05 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.05 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 2 above.

DATED: SEPTEMBER 5, 2023                   BY ORDER OF THE UNITED STATES
                                           DISTRICT COURT FOR THE
                                           EASTERN DISTRICT OF NEW YORK

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  December 28, 2023**

IF YOU PURCHASED TARENA INTERNATIONAL, INC. ("TARENA") AMERICAN DEPOSITARY SHARES BETWEEN AUGUST 16, 2016 AND NOVEMBER 1, 2019, BOTH DATES INCLUSIVE (THE "CLASS PERIOD") YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE: (1) DEFENDANTS; (2) THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF TARENA AT ALL RELEVANT TIMES; (3) MEMBERS OF SUCH EXCLUDED PERSONS' IMMEDIATE FAMILIES; (4) THE LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, OR ASSIGNS OF ANY SUCH EXCLUDED PERSON OR ENTITY; (5) ANY ENTITY IN WHICH ANY OF THE DEFENDANTS, OR ANY PERSON EXCLUDED UNDER THIS SUBSECTION, HAS OR HAD A MAJORITY OWNERSHIP INTEREST AT ANY TIME; (6) PERSONS WHO SUFFERED NO COMPENSABLE LOSSES; AND (7) PERSONS WHO SUBMIT VALID AND TIMELY A REQUEST FOR EXCLUSION IN ACCORDANCE WITH THE PRELIMINARY APPROVAL ORDER.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS CLAIM FORM BY 11:59 P.M. EST ON DECEMBER 28, 2023 AT WWW.STRATEGICCLAIMS.NET/TARENA/.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS CLAIM FORM, YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN DECEMBER 28, 2023 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY DECEMBER 28, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE COURT'S ORDER AND FINAL JUDGMENT UNLESS YOU EXCLUDE YOURSELF. SUBMISSION OF A CLAIM FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

12

## CLAIMANT'S STATEMENT

1.  I (we) purchased or otherwise acquired Tarena International, Inc. ("Tarena") American Depositary Shares ("ADSs") during the Class Period. (Do not submit this Proof of Claim and Release Form ("Claim Form") if you did not purchase Tarena ADSs during the Class Period.)

2.  By submitting this Claim Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Tarena ADSs, and each sale, if any, of such ADSs. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Tarena ADSs listed below in support of my (our) claim. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker or tax advisor because these documents are necessary to prove and process your claim. **YOUR FAILURE TO SUBMIT COPIES OF OFFICIAL DOCUMENTS EVIDENCING YOUR PURCHASES AND/OR SALES OF TARENA ADSs WILL CAUSE THE CLAIMS ADMINISTRATOR TO REJECT YOUR CLAIM**.

6.  I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.) I (we) understand that if I (we) timely submit a Claim Form that is deficient or otherwise rejected, I (we) will be afforded a reasonable time (at least ten (10) calendar days) to cure such deficiency if such deficiency may be cured. I (we) understand that if I (we) you wish to contest the rejection determination, I (we) must, within thirty (30) calendar days after the date of mailing of the rejection notice, serve upon the Claims Administrator, by mail or email, a notice and statement of reasons for contesting the rejection along with any supporting documentation. I (we) understand that if I (we) disagree with the Claims Administrator's review decision, I (we) may request Lead Counsel to review the claim; if an issue

13

concerning a claim cannot be otherwise resolved, Lead Counsel shall thereafter present my (our) request for review to the Court at the time a motion for distribution of Settlement fund is made.

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Second Amended Stipulation of Settlement, dated August 18, 2023 ("Stipulation").

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Stipulation.

10. "Released Claims" has the meaning laid out in the Stipulation.

11. "Unknown Claims" has the meaning laid out in the Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/Tarena/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

14

TARENA

## I. CLAIMANT INFORMATION

| | |
|---|---|
| Beneficial Owner Name | |
| | |
| Address | |
| | |
| City | State | Zip Code |
| Foreign Province | Foreign Country |
| Day Phone | Evening Phone |
| Email | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN TARENA INTERNATIONAL, INC. ("TARENA") AMERICAN DEPOSITARY SHARES ("ADSs")

**Beginning Holdings:**

A. State the total number of shares of Tarena ADSs held at the close of trading on August 15, 2016 (*must be documented*). If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Tarena ADSs between August 16, 2016 and January 31, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

15

TARENA

**Sales:**

C.  Separately list each and every sale of Tarena ADSs between August 16, 2016 and January 31, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D. State the total number of shares of Tarena ADSs held at the close of trading on January 31, 2020 (*must be documented).* If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of New York with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Tarena ADSs during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

16

TARENA

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN DECEMBER 28, 2023 AND MUST BE MAILED TO:**

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by December 28, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll-free at 866-274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form.  Please notify the Claims Administrator of any change of address.

17

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

o   Please be sure to sign this Claim Form on page 17. If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Claim Form or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.



**EXHIBIT C**

### REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

September 15, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS WHO PURCHASED THE AMERICAN DEPOSITARY SHARES ("ADSs") OF TARENA INTERNATIONAL, INC. ("TARENA") DURING THE PERIOD FROM AUGUST 16, 2016 THROUGH NOVEMBER 1, 2019, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are (1) Defendants, (2) the present and former officers and directors of Tarena at all relevant times, (3) members of such excluded persons' immediate families, (4) the legal representatives, heirs, successors, or assigns of any such excluded person or entity, and (5) any entity in which any of the Defendants, or any person excluded under this subsection, has or had a majority ownership interest at any time.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Tarena International, Inc. Securities Litigation*<br>CASE No.: 1:21-cv-03502-PKC-RML<br>Claim Filing Deadline: December 28, 2023<br>Exclusion Deadline: December 28, 2023<br>Objection Deadline: December 28, 2023<br>Settlement Fairness Hearing: January 18, 2024 | Cusip Number: 876108101 (ADS)<br>Ticker Symbol: NASDAQ: TEDU |

### PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the Summary Notice or the link to the to the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") in electronic format or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Summary Notice and either email the Summary Notice in electronic format or link to the Long Notice and Claim Form and advise us that you will be emailing the Summary Notice or link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email notice sent** OR
- **$0.05 per name, address and email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Long Notice and Claim Form and all the important documents are available on our website at www.strategicclaims.net/Tarena/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Tarena International, Inc. Securities Litigation

# EXHIBIT D

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a payment. This notice may affect your legal rights.*

*Please read it carefully.*

The United States District Court for the Eastern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against Tarena International, Inc. ("Tarena") and certain of its officers in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public about Tarena's financial statements, causing damage to Settlement Class Members. Tarena denies any wrongdoing.

You received this notice because you may have purchased Tarena's American Depositary Shares ("ADSs") between August 16, 2016 and November 1, 2019, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $3,500,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Second Amended Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/Tarena/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Tarena International, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/Tarena/. PROOFS OF CLAIM ARE DUE BY MAIL, POSTMARKED BY DECEMBER 28, 2023, TO: TARENA INTERNATIONAL, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/Tarena/. If you do not want to be legally bound by the Settlement, you must exclude yourself by December 28, 2023 by mail or email. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by December 28, 2023. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on January 18, 2024 at 10:00 a.m. at the Court, 225 Cadman Plaza East, Courtroom 4F North, Brooklyn, NY 11201, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $40,000 in expenses, and awards to Plaintiffs of no more than $15,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.



EXHIBIT E



Josephine Bravata <jbravata@strategicclaims.net>

---

## GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA
1 message

---

**donotreply@globenewswire.com** <donotreply@globenewswire.com>                    Mon, Oct 2, 2023 at 9:02 AM
To: jbravata@strategicclaims.net
Cc: jbravata@strategicclaims.net, lrosen@rosenlegal.com



# Release Distribution Confirmation

## The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Tarena International, Inc. American Depositary Shares – TEDU

**Cross time: 10/02/23 09:00 AM ET: Eastern Time - View release on GlobeNewswire.com**

**This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.**

**If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930**

---

This message was distributed by GlobeNewswire.
2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

**AFFIDAVIT**

**STATE OF NEW JERSEY**                    )
                                           ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Ian Martin, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

     insertion(s) on the following date(s):

OCT-02-2023

ADVERTISER: Tarena International, Inc.;

and that the foregoing statements are true and correct to the best of my knowledge.

 Sworn to before me this
 5    day of   October      2023

_____
Notary Public

Keith Oechsner
NOTARY PUBLIC
State of New Jersey
ID # 50106528
My Commission Expires
June 10, 2024

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF OCTOBER 2, 2023        A11

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| | |
|---|---|
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.16% |
| Brooks Automation (BRKS) | 1.13% |

*When the line is heading up, big cap growth funds are outperforming small cap growth funds.*

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| | |
|---|---|
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

*When the line is heading up, growth funds are outperforming value funds.*

## Top Growth Funds
Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Kinetics:Paradigm | +25 | A+ | 343.70 mil |
| Kinetics:SC Oppty | +18 | A+ | 219.80 mil |
| Fairholme:Fairholme | +17 | A+ | 1.516 bil |
| Hennessy:Crnst Gro | +9 | A+ | 152.80 mil |
| Ave Maria Value | +8 | A+ | 370.30 mil |
| AQR:Div Strat | +7 | A+ | 324.20 mil |
| Third Avenue:SC Val | +6 | A+ | 176.80 mil |
| Hennessy:Crnst MdCp | +4 | A+ | 299.00 mil |
| AMG RR SMid Val | +4 | A+ | 232.30 mil |
| BlackRock:Tct Opp | +4 | B | 946.30 mil |
| Merger Fund | +4 | C | 582.00 mil |
| Avantis US SCV | +3 | A+ | 443.80 mil |
| Hotchkis:Sm Cap Val | +3 | A+ | 677.60 mil |
| Pin Oak Equity | +3 | B | 128.20 mil |
| Columbia:Mlt Str Alt | +3 | C- | 719.40 mil |
| Wasatch:Sm Cap Val | +3 | A | 649.00 mil |
| Brown Adv SC FV | +3 | A+ | 635.60 mil |
| Royce Fd:SC Tot Ret | +3 | A+ | 645.00 mil |
| Fidelity Value Strat | +3 | A+ | 577.80 mil |
| Gotham Index Plus | +2 | A | 491.10 mil |
| White Oak Select Growth | +2 | B+ | 369.40 mil |
| Hodges | +2 | A+ | 172.60 mil |
| Lyrical US Val Eqty | +2 | A+ | 571.40 mil |
| RBB:BP SCV2 | +2 | A+ | 608.80 mil |
| DWS Sm Cp Core | +2 | A+ | 128.20 mil |

**U.S. Stock Fund Cash Position    High (11/00) 6.2%    Low (12/21) 1.5%**

| | | | | | |
|---|---|---|---|---|---|
| 22-Feb | 1.90% | 22-Aug | 2.50% | 23-Feb | 2.26% |
| 22-Mar | 2.00% | 22-Sep | 2.50% | 23-Mar | 2.17% |
| 22-Apr | 2.10% | 22-Oct | 2.50% | 23-Apr | 2.22% |
| 22-May | 2.50% | 22-Nov | 2.50% | 23-May | 2.05% |
| 22-Jun | 2.40% | 22-Dec | 2.40% | 23-Jun | 1.98% |
| 22-Jul | 2.40% | 23-Jan | 2.30% | 23-Jul | 1.93% |

## Top Growth Funds
Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 3 years | $ Net Assets |
|---|---|---|---|
| Kinetics:SC Oppty | -10 | A+ | 219.80 mil |
| Third Avenue:Value | +10 | A+ | 754.30 mil |
| Kinetics:Paradigm | -12 | A+ | 343.70 mil |
| Hotchkis:Sm Cap Val | +8 | A+ | 677.60 mil |
| Oberweis:Micro-Cap | +9 | A+ | 240.60 mil |
| ProFunds:Semiconduct | +94 | A+ | 127.20 mil |
| Avantis US SCV | +7 | A+ | 443.80 mil |
| Undsc Mgr:Beh Val | -1 | A- | 2.586 bil |
| Hennessy:Crnst MdCp | +21 | A+ | 299.00 mil |
| Victory:Integrity SCV | +6 | A+ | 820.50 mil |
| Fairholme:Fairholme | +38 | A+ | 1.516 bil |
| Oberweis:Sm-Cap Opp | +10 | A+ | 241.80 mil |
| Victory:RS Partners | +5 | A+ | 236.10 mil |
| FMI:Common Stock | +12 | A+ | 517.10 mil |
| Fidelity Value Strat | +8 | A+ | 577.80 mil |
| Hennessy:Crnst Gro | +12 | A+ | 152.80 mil |
| Third Avenue:SC Val | +12 | A+ | 176.80 mil |
| Victory:Integ SMCV | +5 | A+ | 233.40 mil |
| Fidelity Value Fund | +6 | A+ | 7.542 bil |
| Fidelity Adv Val | +6 | A+ | 160.10 mil |
| Columbia:SmCp Val I | +6 | A+ | 535.90 mil |
| Hodges Small Cp | +7 | A+ | 148.30 mil |
| DWS Sm Cp Core | +4 | A+ | 128.20 mil |
| Principal:SCV II | +5 | A+ | 185.60 mil |
| Fidelity Adv SC Val | +4 | A+ | 1.171 bil |

©2023 Investor's Business Daily, LLC. All rights reserved.

[The remaining columns of the page consist of dense fund-performance listings (36 Mo Performance Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr Tax Rtn | Net Asset Value | NAV Chg) and legal notices. The legal notices are transcribed below.]

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

YILI QIU, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG, Defendants.

CASE No.: 1:21-cv-03502-PKC-RML

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED THE AMERICAN DEPOSITARY SHARES OF TARENA INTERNATIONAL, INC. ("TARENA") FROM AUGUST 16, 2016 THROUGH NOVEMBER 1, 2019, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on January 18, 2024 at 10:00 a.m. before the Honorable Pamela K. Chen, United States District Judge of the Eastern District of New York, 225 Cadman Plaza East, Courtroom 4F North, Brooklyn, NY 11201 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,500,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $40,000 and a service payment of no more than $15,000 in total to Plaintiffs should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Second Amended Stipulation of Settlement, dated August 18, 2023 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased Tarena's American Depositary Shares ("ADSs") during the period from August 16, 2016 through November 1, 2019, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Tarena ADSs. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Tarena International, Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Tarena/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than December 28, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than December 28, 2023, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in writing in the manner and form explained in the detailed Notice and received no later than December 28, 2023, by each of the following:

| Clerk of the Court | Phillip Kim, Esq. | Robert A. Fumerton, Esq. |
|---|---|---|
| United States District Court | The Rosen Law Firm, P.A. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Eastern District of New York | 275 Madison Ave, 40th Floor | One Manhattan West |
| 225 Cadman Plaza East | New York, NY 10016 | New York, NY 10001 |
| Brooklyn, NY 11201 | **Lead Counsel** | **Counsel for Tarena** |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
pkim@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: SEPTEMBER 5, 2023        BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**LEGAL NOTICE**

**Attention purchasers and holders of EQT Corporation ("EQT") and Rice Energy Inc. ("Rice") common stock from June 19, 2017 through June 17, 2019**

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

TO:    all persons and entities who:

(i) purchased the common stock of EQT from June 19, 2017 through June 17, 2019 (the "Class Period");

(ii) held EQT shares as of the record date of September 25, 2017 and were entitled to vote with respect to EQT's acquisition of Rice (the "Acquisition") at the November 9, 2017 special meeting of EQT shareholders;

(iii) held Rice shares as of the record date of September 21, 2017 and were entitled to vote with respect to the Acquisition at the November 9, 2017 special meeting of Rice shareholders; and/or

(iv) acquired the common stock of EQT in exchange for their shares of Rice common stock in connection with the Acquisition,

and were damaged thereby (collectively, the "Class").

**YOU ARE HEREBY NOTIFIED THAT A CLASS HAS BEEN CERTIFIED IN PENDING LITIGATION THAT MAY AFFECT YOUR RIGHTS.**

If you are a member of the Class described above, your rights may be affected by the lawsuit referred to as *In re EQT Corporation Securities Litigation*, Case No. 2:19-cv-00754-RJC, which is now pending before the United States District Court for the Western District of Pennsylvania (the "Court"), brought by Lead Plaintiffs Government of Guam Retirement Fund and Eastern Atlantic States Carpenter Annuity Fund and Eastern Atlantic States Carpenter Pension Fund (f/k/a Northeast Carpenters Annuity Fund and Northeast Carpenters Pension Fund) (collectively, "EAS Carpenters") and additional Plaintiff Cambridge Retirement System on behalf of themselves and others similarly situated against EQT and its senior executives and board members, Steven T. Schlotterbeck, Robert J. McNally, David L. Porges, David E. Schlosser, Jr., Jimmi Sue Smith, James E. Rohr, Vicky A. Bailey, Philip G. Behrman, Kenneth M. Burke, Margaret K. Dorman, Lee T. Todd, Jr., Christine J. Toretti, Daniel J. Rice IV, and Robert F. Vagt (collectively, "Defendants").

The Court determined that the Action may proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure. Excluded from the Class are Defendants, directors and officers of EQT, and their families and affiliates. Additionally, any person or entity that timely and validly requests exclusion will be excluded from the Class.

This Notice is not an expression of any opinion by the Court with respect to the merits of the claims or the defenses asserted in the Action. No decision has been made as to whether Defendants did anything wrong, Defendants deny any wrongdoing, and this notice is not an admission by Defendants that the claims asserted by Lead Plaintiffs in this case are valid. This Notice is merely to advise you of the pendency of this Action and of your rights therein.

If you have not received the "Notice of Pendency of Class Action" which describes the Class Action and your related rights in detail, you may obtain a copy by writing to:

*EQT Corporation Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173068
Milwaukee, WI 53217
(877) 388-1761

If you fall within the definition of the Class set forth above, you are currently a member of the Class. Defendants may argue at summary judgment that the scope of the Class should be different. Prior to final judgment, as in all class actions, the Class definition is subject to change by Court order, pursuant to Rule 23 of the Federal Rules of Civil Procedure. **IF YOU WISH TO REMAIN A MEMBER OF THE CLASS, YOU DO NOT NEED TO DO ANYTHING AT THIS TIME.**

If you wish to be excluded from the Class, you must send a request for exclusion to the address above, postmarked no later than **November 17, 2023**. There are specific requirements for requesting exclusion that are set forth in the detailed Notice of Pendency of Class Action.

In addition, inquiries regarding this litigation may be addressed to:

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers
S. Douglas Bunch
Christina D. Saler
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3934
Telephone: (202) 408-4600
Fax: (202) 408-4699

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Adam Wierzbowski
Jesse L. Jensen
Jai K. Chandrasekhar
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Fax: (212) 554-1444

**PLEASE DO NOT CALL THE COURT OR THE DISTRICT CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: August 18, 2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

 **Malta Pension Investments**

| Malta Pension Investments | | Ihr Zeichen<br>Your Reference | Unser Zeichen/Datum<br>Our Reference/Date | Telefon/Telefax<br>Phone/Telefax |
| --- | --- | --- | --- | --- |

Claims Administrator
Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
United States

11th October 2023

**Request to be excluded from the Settlement Class in *Qiu v. Tarena International, Inc., et al.,*
1:21-cv-03502-PKC-RML (E.D.N.Y)**

Name:  MALTA PENSION INVESTMENTS

Address:

Contact:  Markus Pawlik, Managing Director

Email:

Telephone:

Trading history and proof of ownership being in the attached custodian certificate.

Markus Pawlik                                      Daniel Caruana

Managing Director                              Authorised Signatory

**STATE STREET**

State Street Bank International GmbH

statestreet.com

October 6th, 2023

**Re: Statement of positions TARENA INTERNATIONAL INC.**

**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH,                    , act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.

The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Digitally signed by

Date: 2023.10.10
12:36:58 +02'00'

Name:
Title:

| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT.SETL DATE | TRADE DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | LOCAL NET AMOUNT LESS INTEREST | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | UNIT PRICE | LOCAL FEES | TAXES | OTHER CHARGES | ISIN | TR CU R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 16-Aug-16 | | Opening balance | | | | | | 0.000 | | | | | | | | | |
| I | Asia Em Equity (Quoniam) | 876108101 | TARENA INTERNATIONAL INC ADR ADR USD.001 | 14-Nov-2016 | 8-Nov-2016 | DTC | BUY | 13,240.000 | 198,611.35 | 79.41 | 198,531.94 | | 13,240.000 | 16-Aug-16 | 1-Nov-19 | ITG INC | 14.99 | 0.00 | 0.00 | 0.00 | US876108101 2 | USI |
| I | Asia Em Equity (Quoniam) | 876108101 | TARENA INTERNATIONAL INC ADR ADR USD.001 | 7-Mar-2017 | 2-Mar-2017 | DTC | BUY | 18,706.000 | 291,655.47 | 116.62 | 291,538.85 | | 31,946.000 | 16-Aug-16 | 1-Nov-19 | J P MORGAN SECURITIES INC | 15.59 | 0.00 | 0.00 | 0.00 | US876108101 2 | USI |
| I | Asia Em Equity (Quoniam) | 876108101 | TARENA INTERNATIONAL INC ADR ADR USD.001 | 31-Oct-2017 | 27-Oct-2017 | DTC | SELL | (31,946.000) | (460,920.71) | (184.45) | (460,736.26) | | 0.000 | 16-Aug-16 | 1-Nov-19 | J P MORGAN SECURITIES INC | 14.43 | 0.00 | 10.66 | 0.00 | US876108101 2 | USI |
| | | | | | 1-Nov-19 | | Closing balance | | | | | | 0.000 | | | | | | | | | |

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872



MaltaPost p.l.c.   26-Oct-2023

Stamps Afixed       Foreign Post - Letters
€    0.00           Registered

Total Postage Value

€   7.40

Destination:                    USA

WEIGHT  0.022 Kg  (1)

FOREIGN  ZONE  B



26 OCT 2023

SAN ĠILJAN

malta POST

Registered Item
RR437910717MT

Malta Pension Investments



NOV 10 2023



# SUPPORT CENTER
Support Ticket System

11/14/2023 09:10:39 AM

# Ticket #616456

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Omarserrano312 |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 11/13/2023 02:08:05 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 11/14/2023 09:10:22 AM |
| **Due Date** | 11/14/2023 09:15:18 AM | | **Last Message** | 11/14/2023 01:48:03 AM |

## Ticket Details

| **Case:** | Tarena |
|---|---|

# SCS Contact Form: Question about a Case

| 11/13/2023 02:08:05 AM SCS Contact Form: Question about a Case | 'Amazon Reply |
|---|---|

**Reason for Contacting Us**

Question about a Case

**Please tell us what case you are inquiring about**

I want to exclude myself from this case

**Control Number / Mail ID**

1631

**Name**

Heradia Victoria

**Email**



**Phone**



**Your Question**

I want to exclude myself from a case that I received from the mail. The mail ID is 1631. Please contact me when I've been excluded. Thank you.

# SUPPORT CENTER
Support Ticket System

11/14/2023 09:10:39 AM

| 11/13/2023 09:15:00 AM | George Allen |
|---|---|

Good morning,

We handle a number of cases. Please specify which case you are inquiring about.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

| 11/14/2023 01:48:03 AM | Omarserrano312 |
|---|---|

It seems like it's coming from Tarena International, Inc. Securities Litigation. This case is about purchasing Tarenas American Depositary Shares (ADSs). It says that the court will hold a hearing in this case on January 18, 2024 at 10:00 am at the court 225 Cadman Plaza East, Courtroom 4F North, Brooklyn, NY 11201. At the very top of this notice, it has Case No. 1:2-cv-03502 (E.D.N.Y.) Not sure if that helps. Please contact me if you need more information or if ive been excluded. Thank you
On Mon, Nov 13, 2023 at 6:15 AM Claims Administrator reply@strategicclaims.net> wrote:

| 11/14/2023 09:10:22 AM | George Allen |
|---|---|

Good morning,

Thank you for the clarification.

**SUPPORT CENTER**
Support Ticket System

11/14/2023 09:10:39 AM

Please see the instructions found on p. 9 of the attached Notice/Claim Form for how to exclude yourself from the Settlement (quoted below):

"To exclude yourself from the Settlement, you must mail a letter or send an email that (A) clearly indicates your name, address, phone number and email contact information (if any) and states that you "request to be excluded from the Settlement Class in Qiu v. Tarena International, Inc., et al., 1:21-cv-03502-PKC-RML (E.D.N.Y)" and (B) states the date, number of shares and dollar amount of each Tarena ADS purchased during the Class Period, any sale transactions, and the number of Tarena ADSs held by you as of August 1, 2016 and November 1, 2019. In order to be valid, such request for exclusion must be submitted by mail or email with documentary proof: (i) of each purchase and, if applicable, sale transaction of Tarena ADSs during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Tarena ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail or email your exclusion request, to be received no later than December 28, 2023, to the Claims Administrator at the following address:


Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Email: info@strategicclaims.net "

If you have any further questions, please feel free to contact our office.


Thank you.


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination,*

**SUPPORT CENTER**
Support Ticket System

11/14/2023 09:10:39 AM

*distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Tarena - Final Notice and Claim Formv2.pdf (355.9 kb)

# SUPPORT CENTER
Support Ticket System

11/22/2023 10:20:20 AM

# Ticket #485613

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Omarserrano312 |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 11/20/2023 04:16:04 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 11/22/2023 10:20:06 AM |
| **Due Date** | 11/21/2023 04:16:04 PM | **Last Message** | 11/20/2023 04:16:04 PM |

**Ticket Details**

| **Case:** | Tarena |
|---|---|

# Exclude myself

| 11/20/2023 04:16:04 PM Exclude myself | Omarserrano312 |
|---|---|

Heradia Victoria


Mail ID: 1631

"request to be excluded from the Settlement Class in Qiu

v. Tarena International, Inc., et al., 1:21-cv-03502-PKC-RML (E.D.N.Y)"


I don't have any forms or know what this case is even about. I don't want to be a part of this case. Please exclude me. Thank you

| 11/22/2023 10:20:06 AM | George Allen |
|---|---|

Good morning,

# SUPPORT CENTER
Support Ticket System

---

11/22/2023 10:20:20 AM

Please see the instructions found on p. 9, paragraph 11 of the attached Notice/Claim Form for how to exclude yourself from the Settlement (quoted below):

" (B) states the date, number of shares and dollar amount of each Tarena ADS purchased during the Class Period, any sale transactions, and the number of Tarena ADSs held by you as of August 1, 2016 and November 1, 2019. In order to be valid, such request for exclusion must be submitted by mail or email with documentary proof: (i) of each purchase and, if applicable, sale transaction of Tarena ADSs during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Tarena ADSs.

Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail or email your exclusion request, to be received no later than December 28, 2023, to the Claims Administrator at the following address:

Tarena International, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Email: info@strategicclaims.net   "

If you have any further questions, please feel free to contact our office.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination,*

---

**SUPPORT CENTER**
Support Ticket System

11/22/2023 10:20:20 AM

*distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Tarena - Final Notice and Claim Formv2.pdf (355.9 kb)