# EXHIBIT 19

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re Oracle Corporation Securities Litigation, No. 5:18-cv-04844-BLF | (N.D.Cal.) (Dec. 2022) (Dkt. No. 140) | Associate: $425 - $575<br><br>Staff Attorney: $425 - $450<br><br>Investigator: $325 - $600<br><br>Paralegal: $335 - $375 | $850 - $1,100 |
| | Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corp., et al., No. 1:16-cv-00112--MN | (D. Del.) (Feb. 2022) (Dkt. No. 347-5) | Senior Counsel: $775<br><br>Associate: $425 - $700<br><br>Staff Attorney: $350 - $400<br><br>Paralegal: $325 - $350 | $900 - $1,300 |
| | SEB Investment Management AB, et al. v. Symantec Corporation and Gregory S. Clark, No. 3:18-cv-02902-WHA | (N.D.Cal.) (Dec. 2021) (Dkt. No. 415-3) | Senior Counsel: $775 - $800<br><br>Associate: $425 - $575<br><br>Staff Attorney: $375 - $425<br><br>Investigator: $300 - $575<br><br>Paralegal: $325 - $350 | $875 - $1,300 |
| Boies, Schiller & Flexner LLP | Brown et al. v. Google LLC, No. 4:30-cv-03664-YGR-SVK | (N.D.Cal.) (Jun. 2022) (Dkt. No. 597) | Associate: $475 - $950<br><br>Paralegal: $225 - $380 | $725 - $1,950 |
| | Erica P John Fund Inc et al v. Halliburton Company et al, No. 3:02-cv-01152-M | (N.D. Tex.) (July 2017) (Dkt. No. 819) | Of Counsel: $700 - $750<br><br>Associate: $420 - $720<br><br>Staff Attorney: $180 - $390<br><br>Paralegal: $100 - $260 | $350 - $1,650 |

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cohen Milstein Sellers & Toll, PLLC | Plumbers & Pipefitters National Pension Fund et al v. Kevin Davis et al, No. 1:16-cv-03591-GHW | (S.D.N.Y.) (Oct. 2022) (Dkt. No. 292) | Of Counsel: $725 - $750<br><br>Associate: $475 - $585<br><br>Staff Attorney: $495 - $585<br><br>Investigator: $450 - $535<br><br>Paralegal: $270 - $335 | $775 - $1,150 |
|  | In re GreenSky Securities Litigation, No. 1:18-cv-11071-AKH | (S.D.N.Y.) (Sep. 2021) (Dkt. No. 195) | Of Counsel: $675<br><br>Associate: $495 - $585<br><br>Staff Attorney: $455 - $575<br><br>Paralegal: $290 - $325 | $740 - $1,125 |
|  | In re Flint Water Cases, No. 5:16-cv-10444-JEL-MKM | (E.D. Mich.) (Mar. 2021) (Dkt. No. 1458-2) | $530 - $740 (Associate / Of Counsel) | $645 - $1,125 |
| Hausfeld LLP | In re TikTok, Inc., Consumer Privacy Litigation, MDL No. 2948 | (N.D.Ill.) (Mar. 2022) (Dkt. No. 197-20) | Of Counsel: $875<br><br>Associate: $500 - $610<br><br>Paralegal: $300 - $325 | $725 - $1,525 |
|  | In re Foreign Exchange Benchmark Rates Antitrust Litigation, No. 1:13-cv-07789-LGS | (S.D.N.Y.) (Jan. 2018) (Dkt. No. 939-3) | Associate: $350 - $500<br><br>Staff Attorney: $350 - $600<br><br>Contract Attorney: $350 - $425<br><br>Paralegal: $75 - $280 | $630 - $1,375 |
| Keker, Van Nest & Peters LLP | OpenGov, Inc. v. GTY Technology Holdings Inc. et al, No. 3:18-cv-07198-JSC | (N.D. Cal.) (Mar. 2019) (Dkt. No. 40-1) | Of Counsel: $775 - $1,075<br><br>Paralegal: $250 - $290 | $700 - $1,500 |
| Labaton Sucharow LLP | In re Twitter Inc. Securities Litigation, No. 4:16-cv-05314-JST (SK) | (N.D.Cal.) (Oct. 2022) (Dk. No. 661-1) | Of Counsel: $675<br><br>Staff Attorney: $335 - $410<br><br>Paralegal $355 - $375 | $825 - $1,100 |

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Labaton Sucharow LLP | In re Nielsen Holdings PLC Securities Litig., No. 1:18-cv-07143-JMF | (S.D.N.Y.)  (Jul. 2022) (ECF No. 146-5) | Of Counsel: $550 - $850<br><br>Associate: $425 - $675 | $875 - $1,300 |
|  | In re Resideo Technologies, Inc. Securities Litigation, No. 0:19-cv-02863-WMW-BRT | (D. Minn.) (Dec. 2021) (Dkt. No. 144-5) | Of Counsel: $565 - $800<br><br>Associate: $400 - $525<br><br>Staff Attorney: $390 - $435<br><br>Paralegal: $335 - $375 | $800 - $1,150 |
|  | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $425 - $750 | $775 - $1,100 |
|  | In re Facebook Biometric Information Privacy Litigation, No. 3:15-cv-03747-JD | (N.D. Cal.) (Oct. 2020) (Dkt. No. 499-5) | $360 - $850 | $800 - $1,200 |
| Levi & Korsinsky LLP | In re U.S. Steel Consolidated Casts, No. 2:17-cv-00579-CB | (W.D.Penn.) (Mar. 2023) (Dkt. No. 351) | Of Counsel: $450 - $850<br><br>Associate: $425 - $850 | $765 - $1,050 |
|  | In re Restoration Robotics, Inc. Securities Litigation, No. 5:18-cv-03712-EJD | (N.D.Cal.) (Jul. 2021) (Dkt No. 117) | $425 - $850 | $1,000 - $1,050 |
|  | In re ADT Inc. Shareholder Litigation, No. 502018CA003494 | (Palm Beach County, Fla.) (Dec. 2020) (Dkt. No. 170) | $495 - $800 | $1,000 - $1,050 |
| Lieff Cabraser Heimann & Bernstein, LLP | In re BofI Holding, Inc. Securities Litigation, No. 3:15-cv-02324-GPC-KSC | (S.D.Cal) (Jul. 2022) (Dkt. No. 383-2) | Associate: $395 - $535<br><br>Staff Attorney: $415 | $555 - $1,150 |
|  | In re Volkswagen "Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation, No. 15-md-02672 | (N.D. Cal.) (Nov. 2016) (Dkt. No. 2175-1) | Associate: $150 - $790<br><br>Paralegal: $80 - $490 | $275 - $1,600 |
| Motley Rice LLC | In re Twitter Inc. Securities Litigation, No. 4:16-cv-05314-JST (SK) | (N.D.Cal.) (Oct. 2022) (Dk. No. 664-1) | Senior Counsel: $925<br><br>Associate: $425 - $600<br><br>Staff Attorney: $400 - $425<br><br>Contract Attorney: $395<br><br>Paralegal: $175 - $375 | $725 - $1,100 |

*Listed in order of filing date.                                                                                           Page 3 of 14

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Motley Rice LLC | In re SCANA Corp. Sec. Litig., No. 3:17-cv-02616-MBS | (D.S.C.) (Apr. 2020) (Dkt. No. 229-7) | Senior Counsel: $925<br><br>Associate: $500 - $600<br><br>Paralegal: $225 - $375 | $775 - $1,100 |
| | In re Investment Technology Group, Inc. Securities Litigation, No. 15-cv-06369 | (S.D.N.Y.) (Jan. 2019) (Dkt. No. 119) | $300 - $750 | $775 - $1,050 |
| Pomerantz LLP | Klein v. Altria Group, Inc. et al., No. 3:20-cv-00075-DJN | (E.D. Va.) (Feb. 2022) (Dkt. No. 311-5) | Of Counsel: $645 - $660<br><br>Associate: $375 - $660<br><br>Paralegal: $335 | $815 - $1,025 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Alaska Electrical Pension Fund, et al., v. Bank of America, N.A., et al., No. 14-cv-07126-JMF-OTW | (S.D.N.Y.) (Mar. 2018) (Dkt. No. 617-1) | Of Counsel: $885 - $920<br><br>Associate: $630 - $875<br><br>Staff Attorney: $350 - $535<br><br>Paralegal: $300 - $320<br><br>Litigation Support: $175 - $365 | $940 - $1,375 |
| Robbins Geller Rudman & Dowd LLP | In re Infinity Q Diversified Alpha Fund Securities Litigation, No. 651295/2021 | (New York County, New York) (Dec. 2022) (Dkt. No. 223) | Of Counsel: $1,090<br><br>Associate: $375<br><br>Staff Attorney: $420 - $445<br><br>Research Analyst: $295 | $675 - $1,350 |
| | Azar v. Grubhub Inc., et al., No. 1:19-cv-07665 | (N.D.Ill.) (Dec. 2022) (Dkt. No. 2279) | Of Counsel: $955<br><br>Associate: $375 - $650<br><br>Staff Attorney: $410 -$445<br><br>Research Analyst: $295<br><br>Investigator: $290 | $675 - $1,350 |

*Listed in order of filing date.

| Plaintiffs' Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | Gordon v. Vanda Pharmaceuticals, Inc. and Mihael H Polymeropoulos, No. 1:19-cv-01108-FB-LB | (E.D.N.Y.) (Dec. 2022) (Dkt. No. 104-6) | Of Counsel: $1,090<br><br>Associate: $375 - $630<br><br>Staff Attorney: $420 - $445<br><br>Litigation Support: $300<br><br>Investigator: $290 | $785 - $1,350 |
| | In re Twitter Inc. Securities Litigation, No. 4:16-cv-05314-JST (SK) | (N.D.Cal.) (Oct. 2022) (Dk. No. 663-1) | Of Counsel: $775 - $1,080<br><br>Associate: $425 - $520<br><br>Staff Attorney: $400 - $425<br><br>Paralegal: $275 - $350 | $820 - $1,325 |
| | Rodriguez v. CPI Aerostructures, Inc. et al., No. 1:20-cv-00982-ENV-CLP | (E.D.N.Y.) (Aug. 2022) (Dkt. No. 64-5) | Of Counsel: $925 - $1,090<br><br>Associate: $630 | $675 - $1,350 |
| Scott+Scott, Attorneys at Law, LLP | In re Infinity Q Diversified Alpha Fund Securities Litigation, No. 651295/2021 | (New York County, New York) (Dec. 2022) (Dkt. No. 230) | Associate: $675 - $795<br><br>Staff Attorney: $650<br><br>Research Analyst: $395<br><br>Paralegal: $395 | $995 - $1,395 |
| | Mo-Kan Iron Workers Pension Fund v. Teligent, Inc. et al., No. 1:19-cv-03354-VM | (S.D.N.Y.) (Oct. 2021) (Dkt. No. 91) | Associate: $475 - $695<br><br>Investigator: $550 - $650<br><br>Paralegal: $395 | $995 - $1,295 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | In re Pipeline Health System, LLC, *et al.* , Debtors, No. 22-90291 (MI) | (Bankr. S.D.Tex.) (Mar. 2023) (Dkt. No. 1169) | Senior Counsel: $1,105 - $1,300<br><br>Counsel: $1,025 - $1,190<br><br>Associate: $670 - $880<br><br>Paraprofessional: $510 | $1,400 - $1,775 |
| | In re GTT Communications, Inc., *et al.* , Debtors, No. 21-11880-MEW | (Bankr. S.D.N.Y.) (Nov. 2021) (Dkt. No. 133) | Senior Counsel: $845 - $1,655<br><br>Counsel: $1,025 - $1,225<br><br>Associate: $605 - $1,130<br>("2022 Range") | $1,125 - $1,995<br>("2022 Range") |
| | In re True Religion Apparel Inc., *et al.* , Debtors, No. 20-10941 (CSS) | (Bankr. D. Del.) (May 2020) (Dkt. No. 216) | Senior Counsel: $735 - $1,510<br><br>Counsel: $820 - $1,090<br><br>Associate: $535 - $960<br><br>Paraprofessional: $100 - $455 | $995 - $1,995 |
| | In re Purdue Pharma L.P., *et al.,* Debtors, No. 19-23649 (RDD) | (Bankr. S.D.N.Y.) (Mar. 2020) (Dkt. No. 947) | Senior Counsel & Counsel: $850 - $1,110<br><br>Associate: $535 - $810<br><br>Staff Attorneys & Paraprofessional:<br>$205 - $625<br>("2020 Rate") | $1,075 - $1,655<br>("2020 Rate") |
| Arnold & Porter Kaye Scholer LLP | In re BDC Inc., *et al.* , Debtors, No. 20-10010 (CSS) | (Bankr. D. Del.) (Feb. 2021) (Dkt. No. 1423) | Counsel: $920 - $1,050<br><br>Associate: $520 - $910<br><br>Staff Attorney: $545 - $610<br><br>Legal Assistant: $295 - $405 | $910 - $1,240 |
| Boies, Schiller Flexner LLP | In re Marshall Broadcasting Group, Inc., Debtor, No. 19-36743 (DRJ) | (Bankr. S.D.Tex.) (Mar. 2021) (Dkt. No. 443) | Associate: $850 - $890 | $1,050 - $1,080 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | In re Genesis Global Holdco, LLC, *et al.*, Debtors, No. 23-10063 (SHL) | (Bankr. S.D.N.Y.) (May 2023) (Dkt. No. 316) | Counsel: $1,280 - $1,765<br><br>Associate: $845 - $1,400<br><br>Contract Attorney: $300 - $375<br><br>Litigation Paralegal: $370 - $430 | $1,305 - $2,135 |
| | In re LATAM Airlines Group S.A., *et al.*, Debtors, No. 20-11254 (JLG) | (Bankr. S.D.N.Y.) (Aug. 2020) (Dkt. No. 967) | Counsel / Senior Attorney: $1,130 - $1,215<br><br>Associate: $770 - $955<br><br>First-year Associate: $565 - $670<br><br>Staff / Project Attorney: $420 - $495<br><br>Paralegal: $355 - $415 | $1,065 - $1,525 |
| Dechert LLP | In re PURDUE PHARMA L.P., *et al.*, Debtors, No. 19-23649-shl | (Bankr. S.D.N.Y.) (Aug. 2023) (Dkt. No. 5840) | Associate: $880 - $1,050<br><br>Paralegal: $300 | $1,125 - $1,650 |
| | In re LATAM Airlines Group S.A., *et al.*, Debtors, No. 20-11254 (JLG) | (Bankr. S.D.N.Y.) (Dec. 2022) (Dkt. No. 7235) | Counsel: $1,145<br><br>Associate: $630 - $1,065<br><br>Legal Assistant: $460 | $1,200 - $1,650 |
| DLA Piper LLP (US) | In re Amsterdam House Continuing Care Retirement Community, Inc., Debtor, No. 23-70989-ast | (Bankr. E.D.N.Y.) (Jun. 2023) (Dkt. No. 254) | Associate: $750 - $1,195<br><br>Paralegal: $380 - $475 | $1,195 - $1,240 |
| | In re Tilden Marcellus, LLC, Debtor, No. 22-20212-GLT | (Bankr. W.D.Penn.) (Jun. 2022) (Dkt. No. 496) | Associate: $675 - $1,020<br><br>Paralegal: $340 - $360 | $1,020 - $1,285 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Freshfields Bruckhaus Deringer LLP | In re Revlon, Inc. *et al.*, Debtors, No. 22-10760 (DSJ) | (Bankr. S.D.N.Y.) (Apr. 2023) (Dkt. No. 1835) | Counsel: $843<br><br>Associate: $321 - $1,323<br><br>Paralegal/Non-Legal Staff: $320 - $525 | $1,057 - $1,723 |
| | In re Expro Holdings US Inc., *et al.*, Debtors, No. 17-60179 (DRJ) | (Bankr. S.D. Tex.) (Dec. 2017) (Dkt. No. 154) | Counsel: $1,065<br><br>Associate: $545 - $965<br><br>Paralegal: $325 - $425 | $1,165 - $1,250 |
| Gibson, Dunn & Crutcher LLP | In re Stimwave Technologies Incorporated, *et al.*, Debtors, No. 22-10541 (TMH) | (Bankr. D.Del.) (May 2023) (Dkt. No. 901) | Associate: $1,105 - $1,210 | $1,860 |
| | In re Sequential Brands Group, Inc., *et al.*, Debtors, No. 21-11194 (JTD) | (Bankr. D.Del.) (Sep. 2021) (Dkt. No. 95) | Counsel: $1,025 - $1,210<br><br>Associate: $610 - $1,060 | $1,095 - $1,645 |
| Greenberg Traurig LLP | In re Kabbage, Inc. d/b/a Kservicing, *et al.*, Debtors, No. 22-10951 (CTG) | (Bankr. D.Del.) (Jun. 2023) (Dkt. No. 855) | Associate: $870<br><br>Paralegal: $435 | Shareholder: $1,255 - $1,540 |
| | In re American Eagle Delaware Holding Company LLC, et al, Debtors, No. 22-10028-JKS | (Bankr. D. Del.) (Mar. 2022) (Dkt. No. 250) | Associate: $750<br><br>Paralegal: $150 - $365 | Shareholder: $1,255 - $1,430 |
| | In re Avadel Specialty Pharmaceuticals, LLC, Debtor, No. 19-10248 (CSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 443) | Associate: $395 - $900<br><br>Paralegal: $150 - $325 | Shareholder: $650 - $1,480 |
| | In re IFS Securities, Inc., Debtor, No. 20-65841-LRC | (Bankr. N.D. Ga.) (May 2020) (Dkt. No. 49-2) | Of Counsel: $400 - $995<br><br>Associate: $395 - $825<br><br>Legal Assistant/Paralegal: $120 - $475 | Shareholder: $565 - $1,500 |
| Hogan Lovells US LLP | In re LTL Management LLC, Debtor, No. 21-30589 (JCW) | (Bankr. D.N.J.) (May 2022) (Dkt. No. 2240-1) | Counsel: $910 - $1,735<br><br>Associate: $605 - $1,055<br><br>Paralegal: $275 - $550 | $950 - $2,465 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Jones Day | In re Purdue Pharma L.P., et al., Debtors, No. 19-23649 (SHL) | (Bankr. S.D.N.Y.) (Jun. 2023) (Dkt. No. 5669) | Associate: $650 -$880<br><br>Paralegal & Staff: $325 - $450 | $1,050 - $1,418 |
| | In re LTL Management LLC, Debtor, No. 21-30589 (JCW) | (Bankr. W.D.N.C.) (Nov. 2021) (Dkt. No. 404) | Associate: $525 - $975 | $1,125 - $1,450 |
| Katten Muchin Rosenman LLP | In re Voyager Digital Holdings, Inc.*et al.*, Debtors, No. 22-10943 (MEW) | (Bankr. S.D.N.Y.) (Mar. 2023) (Dkt. No. 1147) | Associate: $765 - $815 | $1,040 - $1,755 |
| | In re: Sheridan Holding Company I, LLC, et al. Reorganized Debtors, No. 20-31884 (DRJ) | (Bankr. S.D.Tex.) (Apr. 2020) (Dkt. No. 124) | Of Counsel: $895 - $1,475<br><br>Associate: $460 - $970<br><br>Paraprofessional: $195 - $580 | $770 - $1,555 |
| | In re: High Ridge Brands Co., et al., Debtors, No. 19-12689 (BLS) | (Bankr. D.Del.) (Jan. 2020) (Dkt. No. 161) | Of Counsel: $895 - $1,475<br><br>Associate: $460 - $970<br><br>Paraprofessional: $195 - $580 | $770 - $1,555 |
| King & Spalding LLP | In re DCL Holdings (USA), Inc., *et al.*, Debtors, No. 22-11319 (JKS) | (Bankr. D.Del.) (May 2023) (Dkt. No. 442) | Associate: $685 - $1,315<br><br>Project Assistant: $250 | $1,340 - $1,780 |
| | In re Briggs & Stratton Corporation, *et al.*, Debtors, No. 20-43597 | (Bankr. E.D.Mo.) (Jul. 2020) (Dkt. No. 194) | Counsel: $750 - $1,005<br><br>Associate: $440 - $750<br><br>Paraprofessional: $190 - $325 | $820 - $1,290 |
| Kirkland & Ellis, LLP | In re: Celsius Network LLC, No. 22- 10964 | (Bankr. S.D.N.Y. Aug. 2022) (ECF No. 360) | Of Counsel: $805 - $1,845<br><br>Associate: $650 - $1,245 | $1,135 - $1,995 |
| | In re Seadrill New Finance Limited, *et al.*, Reorganized Debtors, No. 22-90001 (DRJ) | (Bankr. S.D. Tex.) (Feb. 2022) (Dkt. No. 96) | Associate: $660 - $1,245<br><br>Paralegal: $295 - $480 | $1,195 - $1,995 |
| | In re rue21, inc., *et al.,* Debtors, No. 17-22045-GLT | (Bankr. W.D. Pa.) (Nov. 2017) (Dkt. No. 1308-6) | Associate: $555 - $965<br><br>Paralegal: $220 - $420<br><br>Support Staff: $210 - $340 | $965 - $1,625 |

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Mayer Brown LLP | In re GWG Holdings, Inc., *et al.* , Debtors, No. 22-90032 (MI) | (Bankr. S.D.Tex.) (Dec. 2022) (Dkt. No. 1220) | Counsel: $1,025 to $1,250<br><br>Associate: $590 - $1,075<br><br>Paraprofessionals: $210 - $475 | $1,120 - $1,940 |
| | In re Greensill Capital Inc., Debtor, No. 21-10561 (MEW) | (Bankr. S.D.N.Y.) (Sep. 2021) (Dkt. No. 262) | Counsel: $995<br><br>Associate: $505 - $870<br><br>Paralegal: $400 | $865 - $1,425 |
| | In re Scottish Holdings, Inc., *et al.,* Debtors, No. 18-10160 (LSS) | (Bankr. D. Del.) (Mar. 2018) (Dkt. No. 193) | Of Counsel: $775 - $895<br><br>Associate: $605 - $780<br><br>Paralegal: $350 | $960 - $1,130 |
| McDermott Will & Emery LLP | In re: Voyager Digital Holdings, Inc., No. 22-0943 | (Bankr. S.D.N.Y.) (Aug. 2022) (Dkt. No. 317) | Of Counsel: $755 - $1,300<br><br>Associate: $545 - $1,190 | $875 - $1,510 |
| Milbank LLP | In re Talen Energy Supply, LLC, *et al.* , Debtors, No. 22-90054 (MI) | (S.D.Tex.) (Mar. 2023) (Dkt. No. 1931) | Special Counsel: $1,320<br><br>Associate: $695 - $1,200<br><br>Legal Assistant: $270 - $390 | $1,495 - $2,045 |
| | In re: Kfir Gavrieli, Debtor, No. 21-bk-10826-BB | (Bankr. C.D. Cal.) (Oct. 2021) (Dkt. No. 517) | Associate: $1,050 - $1,090 | $1,695 |
| Norton Rose Fulbright US LLP | In re Valaris PLC, *et al.* , Debtors, No. 20-34114 (MI) | (Bankr. S.D.Tex.) (Jun. 2021) (Dkt. No. 1307) | Associate: $450 - $665 | $780 - $1,165 |
| | In re TRIVASCULAR SALES LLC, *et al.* , No. 20-31840-SGJ | (Bankr. E.D.Tex.) (Aug. 2020) (Dkt. No. 291) | Of Counsel: $670 - $1,225<br><br>Senior Counsel: $520 - $1,175<br><br>Associate: $355 - $855<br><br>Paraprofessional: $230 - $480 | $700 - $1,350 |

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| O'Melveny & Myers LLP | In re: FHC Holdings Corporation, *et al.*, Debtors, No. 20-13076-BLS | (Bankr. D. Del.) (Jun. 2021) (Dkt. No. 792) | Senior Counsel: $1,105<br><br>Associate: $708 - $940 | $1,100 - $1,400 |
| | In re Remington Outdoor Company, Inc., *et al.*, Debtors, No. 20-81688-11 | (Bankr. N.D. Ala.) (Jul. 2020) (Dkt. No. 24) | Associate and Counsel: $545 - $995<br><br>Paraprofessional and Legal Assistant: $180 - $415 | $955 - $1,555 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | In re Mallinckrodt PLC, *et al.*, Debtors, No. 20-12522 (JTD) | (Bankr. D.Del.) (Apr. 2022) (Dkt. No. 7037) | Counsel: $1,525<br><br>Associate: $1,040 - $1,135 | $1,605 - $2,025 |
| | In re Diamond Offshore Drilling, Inc., *et al.*, Debtors, No. 20-32307 (DRJ) | (Bankr. S.D.N.Y.) (Dec. 2020) (Dkt. No. 766) | Counsel: $1,200<br><br>Associate: $255 - $380<br><br>Paraprofessional: $255 - $380 | $1,225 - $1,650 |
| Proskauer Rose LLP | In re Alpha Media Holdings LLC, *et al.*, Debtors, No. 21-30209 (KRH) | (Bankr. E.D. Va.) (Mar. 2021) (Dkt. No. 197) | Senior Counsel: $1,150 - $1,375<br><br>Associate: $730 - $1,195 | $1,225 - $1,795 |
| Quinn Emanuel Urquhart & Sullivan, LLP | In re J.C. Penney Company, Inc., *et al.*, Debtors, No. 20-20182 (DRJ) | (Bankr. S.D. Tex.) (Jan. 2021) (Dkt. No. 2313) | $750 - $1,100 | $1,200 - $1,325 |
| | In re: Garrett Motion Inc., No. 20-12212 | (Bankr. S.D.N.Y. Sep. 2020) (ECF No. 137) | $625 - $1,270 | $745 - $1,595 |
| Ropes & Gray LLP | In re Vewd Software USA, LLC, *et al.*, Debtors, No. 21-12065 (MEW) | (Bankr. S.D.N.Y.) (Jan. 2022) (Dkt. No. 62) | Counsel: $770 - $1,140<br><br>Associate: $700 - $1,270<br><br>Paraprofessional: $290 - $485 | $1,400 - $2,100 |
| | In re Weatherford International plc, *et al.*, Debtors, No. 19-33694 (DRJ) | (Bankr. S.D. Tex.) (Aug. 2019) (Dkt. No. 276) | Associate: $580 - $1,050<br><br>Paralegal: $400 | $1,150 - $1,520 |
| Shearman & Sterling LLP | In re Carlson Travel, Inc., *et al.*, Reorganized Debtors, No. 21-90017 (MI) | (Bankr. S.D. Tex.) (Jan. 2022) (Dkt. No. 249) | Associate: $435 - $1,210<br><br>Paralegal: $395 | $1,195 - $1,825 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Sidley Austin LLP | In re: GVS Texas Holdings I, LLC, *et al.* , Debtors, No. 21-31121-MVL | (Bankr. N.D. Tex.) (Nov. 2021) (Dkt. No. 279) | Counsel: $1,075<br><br>Associate: $815 - $930<br><br>Paralegal: $415 - $490 | $1,100 - $1,450 |
| | In re Boy Scouts of America and Delaware BSA, LLC, Debtors, No. 20-10343 (LSS) | (Bankr. D. Del.) (Jun. 2020) (Dkt. No. 760) | Counsel: $925 - $1,000<br><br>Associate: $570 - $955 ($550 for Associate pending Admission)<br><br>Paralegal: $250 - $460 | $1,100 - $1,375 |
| | In re Borden Dairy Company, *et al.,* Debtors, No. 20-10010 (CSS) | (Bankr. D. Del.) (Feb. 2020) (Dkt. No. 264) | Senior Counsel and Counsel: $775 - $1,750<br><br>Associate: $570 - $960<br><br>Paraprofessional: $250 - $470 | $1,000 - $1,800 |
| Simpson Thacher & Bartlett LLP | In re MetlinPatterson Global Opportunities Partners II L.P., *et al.* , Debtors, No. 21-11255-DSJ | (Bankr. S.D.N.Y.) (Nov. 2021) (Dkt. No. 243) | Senior Counsel and Counsel: $1,320 - $1,350<br><br>Associate: $655 - $1,240<br><br>Paralegal: $320 - $475 | $1,550 - $1,895 |
| | In re Arsenal Energy Holdings LLC, Reorganized Debtor, No. 19-10226 (BLS) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 77) | Senior Counsel and Counsel: $1,190 - $1,220<br><br>Associate: $840 - $1,050 ($590 for Associate pending Admission)<br><br>Paralegal: $265 | $1,425 - $1,535 |
| | In re FR Dixie Acquisition Sub Corp., Reorganized Debtor, No. 18-12476 (KG) | (Bankr. D. Del.) (Feb. 2019) (Dkt. No. 26) | Senior Counsel and Counsel: $1,140 - $1,170<br><br>Associate: $540 - $1,085<br><br>Paralegal: $240 - $410 | $1,350 - $1,550 |

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | In re: Armstrong Flooring, Inc., No. 22-bk-10426 | (Bankr. D. Del. May 2022) (ECF No. 187) | Of Counsel: $1,300 - $1,495<br><br>Associate: $550 - $1,275 | $1,465 - $1,980 |
| | In re VIVUS, Inc. *et al.*, Reorganized Debtors, No. 20-bk-11779 (LSS) | (Bankr. D. Del.) (Jan. 2021) (Dkt. No. 443) | Of Counsel: $1,260<br><br>Associate: $695 - $1,120 ($495 for Associate pending Admission) | $1,425 - $1,565 |
| | In re JCK Legacy Company, *et al.,* Debtors, No. 20-10418 (MEW) | (Bankr. S.D.N.Y.) (Oct. 2020) (Dkt. No. 938) | Counsel: $1,125 - $1,325<br><br>Associate: $575 - $1,120<br><br>Paraprofessional: $95 - $520 | $1,275 - $1,775 |
| Sullivan & Cromwell LLP | In re SVB Financial Group, Debtor, No. 23-10367 (MG) | (Bankr. S.D.N.Y.) (Sep. 2023) (Dkt. No. 543) | Senior Counsel: $2,165<br><br>Special Counsel: $1,575 - $1,790<br><br>Associate: $775 - $1,475<br><br>Paralegal: $425 - $595<br><br>Legal Analyst: $595 | $1,083 - $2,165 |
| | In re FTX Trading LTD, *et al.*, Debtors, No. 22-11068 (JTD) | (Bankr. D. Del.) (Aug. 2023) (Dkt. No. 2271) | Of Counsel: $2,165<br><br>Special Counsel: $1,575 - $1,825<br><br>Associate: $775 - $1,475<br><br>Law Clerk: $550<br><br>Paralegal: $425 - $595<br><br>Legal Analyst: $595 | $1,595 - $2,165 |

*Listed in order of filing date.

| Defense Firm Name | Case Name | Citation | Non-Partner Attorneys' Fee Range | Partners' Fee Range |
|---|---|---|---|---|
| Vinson & Elkins LLP | In re California Resources Corporation, *et al.*, Debtors, No. 20-33568 (DRJ) | (Bankr. S.D.Tex.) (Nov. 2020) (Dkt. No. 674) | Counsel: $835 - $1,085<br><br>Associate: $565 - $955 | $1,025 - $1,630 |
| | In re Cloud Peak Energy Inc., *et al.*, Debtors, No. 19-11047 (KG) | (Bankr. D. Del.) (Sept. 2019) (Dkt. No. 663) | Counsel: $1,010 - $1,070<br><br>Associate: $525 - $1,065<br><br>Paralegal: $330 - $380<br><br>Practice Support: $300 - $375 | $1,070 - $1,550 |
| Weil, Gotshal & Manges LLP | In re ORG GC MIDCO, LLC, Debtor, No. 21-90015 (MI) | (Bankr. S.D. Tex.) (Dec. 2021) (Dkt. No. 124-2) | Associate: $630 - $1,100<br><br>Paraprofessional: $260 - $460 | $1,225 - $1,795 |
| | In re Sears Holdings Corporation, *et al.*, Debtors, No. 18-23538 (RDD) | (Bankr. S.D.N.Y.) (Oct. 2018) (Dkt. No. 344) | Associate: $560 - $995<br><br>Paraprofessional: $240 - $420 | $1,075 - $1,600 |
| Willkie Farr & Gallagher LLP | In re Frontier Communications Corporation, *et al.*, Debtors, No. 20-22476 (RDD) | (Bankr. S.D.N.Y.) (Nov. 2020) (Dkt. No. 1365) | Associate: $1,050<br><br>Paralegal: $265 - $435 | $1,450 |
| | In re Imerys Talc America, Inc., *et al.*, Debtors, No. 19-10289 (LSS) | (Bankr. D. Del.) (Nov. 2020) (Dkt. No. 2554) | Associate: $515 - $1,100<br><br>Paraprofessional: $310 - $435 | $1,200 - $1,600 |
| Wilson Sonsini Goodrich & Rosati | In re Tonopah Solar Energy, LLC, Debtor, No. 20-11884 (KBO) | (Bankr. D. Del.) (Jul. 2020) (Dkt. No. 43) | Counsel: $440 - $1,350<br><br>Associate: $510 - $920<br><br>Legal Staff: $120 - $480 | Member: $925 - $1,750 |
| | In re Insys Therapeutics, Inc., *et al.*, Debtors, No. 19-11292 (JTD) | (Bankr. D. Del.) (Apr. 2020) (Dkt. No. 1289) | Associate: $590- $815 | Member: $840 -$1,390 |