**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YILI QIU, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TARENA INTERNATIONAL, INC., SHAOYUN HAN, and YUDUO YANG,<br><br>    Defendants. | CASE No.: 1:21-cv-03502-PKC-RML |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING AND EMAILING OF THE NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-two years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE AND EMAILING LINKS OF THE LONG NOTICE AND PROOF OF CLAIM**

2.    Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, dated September 5, 2023 (Dkt. No. 41, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to

1

supervise and administer the notice procedure as well as the processing of claims for the Settlement.[1]

3.    I submit this declaration as a supplemental to my previously filed Declaration of Josephine Bravata Concerning: (A) CAFA Notice; (B) Mailing and Emailing of the Notice; (C) Publication of the Summary Notice; and (D) Report on Requests for Exclusion and Objections, dated January 12, 2024 (Dkt. No. 53-1, the "Initial Mailing Declaration"), to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

### UPDATE ON INDIVIDUAL NOTICE DISSEMINATION

4.    Since the Initial Mailing Declaration was filed, no additional Postcard Notices have been requested or mailed and no additional links to the Long Notice and Claim Form have been requested or emailed.

### UPDATE ON TOLL-FREE PHONE LINE

5.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to respond promptly to each telephone inquiry and address Settlement Class Members' inquiries.

### UPDATE ON SETTLEMENT WEBPAGE

6.    The Initial Mailing Declaration also noted that on September 14, 2023, SCS established a page on its website at www.strategicclaims.net/Tarena/. The webpage is accessible

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Second Amended Stipulation of Settlement, dated August 18, 2023 (Dkt. No. 40, the "Settlement Stipulation").

24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents. On January 17, 2024, SCS updated the Settlement Webpage to notify Settlement Class Members of the change in time of the Settlement Hearing on February 9, 2024 from 2:00 p.m. to 11:15 a.m. pursuant to the Court's January 17, 2023 Scheduling Order.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.      The Long Notice, Summary Notice, Postcard Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they should be received no later than December 28, 2023.  As the Settlement Hearing was continued from January 18, 2024 to February 9, 2024, the deadline for exclusion requests was changed to January 19, 2024, twenty-one days before the Settlement Hearing (Preliminary Approval Order at ¶23). As noted in the Initial Mailing Declaration, SCS updated the settlement webpage to note the change of date of the Settlement Hearing and the corresponding deadlines for the submissions of claims, exclusion requests, and objections pursuant to the Court's December 15, 2023 Scheduling Order. Initial Mailing Declaration, ¶12.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received two invalid requests for exclusion. *See* Initial Mailing Declaration, ¶13. These exclusion request copies were attached as Exhibit F to the Initial Mailing Declaration.  Since the Initial Mailing Declaration was filed, no additional exclusion requests were received, and we have not received any response from the individual who submitted one of the two invalid exclusions regarding our request for the required documentations to be considered a valid exclusion.

8.      According to the Long Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for

attorneys' fees and expenses and application for an award to Plaintiffs must have been submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, twenty-one days before the Settlement Hearing (Preliminary Approval Order at ¶27). Like the exclusion deadline, the deadline to object to the Settlement has been extended from December 28, 2023 to January 19, 2024 pursuant to the Court's December 15, 2023 Scheduling Order. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that an objection was filed.

## CLAIM FORM FILING STATUS

9.        To date, SCS has received 2,399 claims.  The Long Notice, the Postcard Notice, Summary Notice, and the settlement website initially informed potential Settlement Class Members that the claims filing deadline was postmarked or submitted by December 28, 2023.  Same as the objection and exclusion deadlines, the deadline to file a claim to the Settlement has been extended to January 19, 2024, twenty-one days before the Settlement Hearing (Preliminary Approval Order at ¶21(a)), pursuant to the Court's December 15, 2023 Scheduling Order. The preliminary estimate of the total recognized losses of valid claims, to date, is $6,599,664 and of deficient claims, to date, is $6,407. These numbers are subject to potential adjustments as a result of SCS's ongoing quality assurance review process which includes, *inter alia*, verifying that the claims include the required supporting documentations and detecting duplicative claims. Once this audit process is complete, claimants with deficient or invalid claims will be given an opportunity to supplement or cure their claims.  With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of February 2024, in Media, Pennsylvania.

Josephine Bravata