UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WALTER DE SCHUTTER, Individually and On
Behalf of All Others Similarly Situated,

                          Plaintiff,

    v.

TARENA INTERNATIONAL, INC.,
SHAOYUN HAN, and YUDUO YANG,,
                    Defendants.
---------------------------------------------------------------X

JUDGMENT

21-CV-3502 (PKC) (RML)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 9, 2024, approving the settlement agreement; certifying the Settlement Class; approving and awarding (1) attorneys' fees in the amount of $1,166,666.67, (2) reimbursement of litigation expenses in the amount of $25,922.61 (plus accrued interest), and (3) incentive awards to Plaintiffs totaling $15,000, comprising of $10,000 to Lead Plaintiff and $2,500 to each Named Plaintiff; it is

ORDERED and ADJUDGED that the settlement agreement is approved; that the Settlement Class is certified; and that the Court approves and awards: (1) attorneys' fees in the amount of $1,166,666.67, (2) reimbursement of litigation expenses in the amount of $25,922.61 (plus accrued interest), and (3) incentive awards to Plaintiffs totaling $15,000, comprising of $10,000 to Lead Plaintiff and $2,500 to each Named Plaintiff.

Dated: Brooklyn, New York
       September 23, 2024

                          Brenna B. Mahoney
                          Clerk of Court

                 By:   */s/Jalitza Poveda*
                          Deputy Clerk